UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PETER ALTMAN,

                      Plaintiff,

v.

STARBUCKS CORPORATION,

                      Defendant.

**NOTICE OF MOTION**

Index No.: 1:18-cv-03411

PLEASE TAKE NOTICE that, upon Defendant, Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks") Memorandum of Law, the Affirmation of Joseph M. Hanna, Esq. affirmed June 24, 2019 and exhibit attached hereto, and upon all papers and proceedings herein, Starbucks will move this court before the Hon. Steven M. Gold, Magistrate Judge for the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and time to be set by the Court, for an Order:

i. Granting Starbucks Motion to Preclude Plaintiff's Experts Joseph A. Pollini and Peter G. Passias, M.D.

ii. granting Starbucks such other and further relief as the Court may deem just and proper.

Date: Buffalo, New York
       June 24, 2019

GOLDBERG SEGALLA LLP

Joseph M. Hanna, Esq. (JH2603)
*Attorneys for Defendant*
*Starbucks Corporation d/b/a*
*Starbucks Coffee Company*
665 Main Street
Buffalo, New York 14203
Telephone: 716-566-5400
jhanna@goldbergsegalla.com

23307789.v1