**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLMAN | Civil Action No. 1:18-cv-03411 |
| -against- | FED. R.C. P. 26 Expert Witness Disclosure |
| STARBUCKS CORPORATION | |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Plaintiff, PETER ALLMAN, by his undersigned attorneys, in accordance with Federal Rule of Civil Procedure 26, files this Expert Witness Disclosure and states as follows:

1.     Plaintiff designates the following expert witness to testify on her behalf:

**Joseph A. Pollini**
**107-24 71 Road – PH 2C**
**Forest Hills, NY 11375**

2.     The Defendant's expert witness disclosure has not been provided at the time of filing this disclosure. The attached report contains a complete statement of Joseph A. Pollini's opinions formulated to date to be expressed at trial and the bases and reasons therefor; the data or other information considered by him in informing the opinion; any exhibits to be used as a summary of or support for the opinions; the qualifications of Mr. Pollini, including: (1) a list of publications and/or presentations authored in the past ten years (2) a *curriculum vitae*; (3) the compensation to be paid for the study and testimony; and, (4) the listing of any other cases in which he has testified as an expert at trial or by deposition within the preceding four years. All relevant information regarding the above-mentioned disclosures is attached hereto as **Exhibit 1**.

3.    Plaintiff designates the following expert witness to testify on her behalf:

**Peter G. Passias, M.D.**
**761 Merrick Avenue**
**Westbury, NY 11590**

4.    The Defendant's expert witness disclosure has not been provided at the time of filing this disclosure. The attached report contains a summary of the surgery performed by Dr. Passias on November 27, 2017. Dr. Passias will testify as to the causal relationship between the subject accident and Plaintiff's spinal injuries, the treatment performed and the diagnosis and prognosis reached by Dr. Passias as Plaintiff's treating physician, the degree of past and future disability of Plaintiff and the Plaintiff's future prognosis and anticipated future medical care, which are Dr. Passias's opinions formulated to date and will be expressed at trial with the bases and reasons therefor; the qualifications of Dr. Passias, including: (1) a list of publications and/or presentations authored in the past ten years (2) a *curriculum vitae*; (3) the compensation to be paid for the study and testimony; and, (4) the listing of any other cases in which he has testified as an expert at trial or by deposition within the preceding four years. All relevant information regarding the above-mentioned disclosures is attached hereto as **Exhibit 2**.

5.    Plaintiff reserves the right to rely on the testimony of any of the Defendant's experts. Furthermore, Plaintiff reserves the right to rely on the testimony of any of the Defendant's hybrid fact and/or expert witnesses.

Respectfully submitted,
PETER ALLMAN

By his attorneys,
**KRENTSEL & GUZMAN, LLP**

By: KURT ROBERTSON, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _10th_ day of _May_____, 2019, a copy of

the Plaintiff's Expert Witness Disclosure, with all attachments thereto, was mailed, first-class,

postage prepaid, the Defendant or their counsel at the following address:

**J. DANIEL VELEZ, Esq.**
**GOLDBERG SEGALLA, LLP**
**200 Garden City Plaza – Suite 520**
**Garden City, New York 11530**
SENT VIA REGULAR MAIL &
EMAIL: dvelez@goldbergsegalla.com

Dated: New York, New York
      May 10, 2019

_____
KURT ROBERTSON, Esq.

EXHIBIT 1

# Joseph A. Pollini

Police Expert, Inc.
107-24 71 Road, PH2C
Forest Hills, New York 11375

May 10, 2019

**Peter Altman v. Starbucks Corporation-Index No.: 1:18-cv-03411**

Krentsel & Guzman, LLP
17 Battery Place, Suite 604
New York, New York 10004

Ms. Meredith A. Yevin, Esq.

1.      Pursuant to Plaintiff's request, I am submitting a summary of my opinions, within a reasonable degree of professional certainty, regarding the actions and procedures employed by the Starbucks Corporation.  This summary is based on:

      A.    A review of the documents provided;
      B.    My experience, training education and professional background, which are described below.

2.      I am a retired member of the NYPD, having served on the force for more than 33 years. During my tenure, I held the ranks of Police Officer, Investigator, Sergeant, Lieutenant, and Lieutenant Squad Commander.    I served in numerous capacities including patrol officer; investigator; patrol sergeant; detective squad sergeant; Lieutenant Squad Commander of the Brooklyn Robbery Squad, 81 Detective Squad and the Cold Case Homicide Squad.  Over the years I responded to, investigated and made arrests in connection with more than a thousand cases of assault, robbery, kidnapping, homicides and other crimes.  I served as a member of the Hostage Negotiating Team for 17 years, and I trained members of the FBI on kidnapping investigations tactics.  I testified in court numerous times, which included testimony pertaining to criminal matters and proper police procedures. My resume is also enclosed.

My rate is  $250.00 per hour for preparing reports and consulting with attorneys.  My rate for court testimony or deposition testimony, is $2,500 per day, plus travel expenses.

During the past four years I have provided either deposition, and or trial testimony in the following cases:

    a.    Irma Marquez v. City of Yonkers, 08CV4903-Deposition Testimony (11/9/15).

    b.    Rios v. City of New York-14-CV-03743-BMC-Deposition Testimony (3/22/2016).

    c.    William Lopez v. City of New York, United States District Court, Eastern District, New York-Deposition (10/23/15)

    d.    Martin Nnodimele v. City of New York, United States District Court, New York-Deposition (12/19/14).

    e.    Velez v. City of New York, United States, Eastern District Federal Court-Trial Testimony-Qualified as a Police Procedures Expert (9/21/11).

    f.    Jabbar Collins v. City of New York, United States, Eastern District, New York, Deposition 11CV 766 (FB) (RML) – Deposition (7/24/15).

    g.    Shroeder v. City of Long Beach - Deposition - CV 12-3657-deposition (10/1/14)

    h.    Johnson v. City of New York, NYS Supreme Civil Court, 15804/12. Qualified as a Police Procedures Expert. Trial Testimony (3/12/15).

    i.    Ahmad Manzoor v. City of New York, NYS Supreme Court, New York, New York-Qualified as a police procedures expert. Trial Testimony-Testified on 3/10/2017.

3.    Since my retirement from the NYPD, I have been a member of the faculty at John Jay College of Criminal Justice for 24 years, where I have taught undergraduate and graduate level courses in police science and criminal justice. Currently, I am Deputy Chairperson of the Law/ Police Science and Criminal Justice Administration Department and the Coordinator of the Police Studies Program.

4.    Since January 2002, until the present, I have been the President of J. Pollini Investigative and Security Consultants, Inc. The company provides investigative and security consulting services.

5.    The following is a list of materials pertaining to the incident and individuals involved that have been provided for my review thus far:

    a.    Accident Intake Form-Description of Accident
    b.    Summons
    c.    Plaintiff's Verified Bill of Particulars
    d.    Plaintiff's Response to Combined Demands
    e.    Plaintiff's Combined Demands As Per Various Enumerated Sub-Divisions
    f.    Demand for Insurance Policy and Affidavit
    g.    Plaintiff's Demand for Verified Bill of Particulars
    h.    NYU/Hospital for Joint Diseases-Operation Summary
    i.    Civil Action-Plaintiff's Initial Disclosure Pursuant to FED.R.CIV.P.26
    j.    Plaintiff's Request for Production of Documents

k.    Responses to Plaintiff's First Request for Production of Documents
l.    Exhibit E
m.    Starbucks Store Operations Manual
n.    Safety and Security Manual
o.    Pictures of Inside Bathroom
p.    Sayeed Akbar-Written Statement Form, 9/5/2017
q.    Nataly Villanueva, Written Statement, 9/4/17
r.    Nataly Villanueva, Incident Report Form, August 21, 2017
s.    Sayeed Akbar, Deposition, 4/15/19
t.    Jenny Leung, Deposition, 3/6/19
u.    Peter Allman, Deposition, 1/29/19
v.    Nataly Villanueva, 3/6/19.

## SUMMARY OF FACTS

6.    On August 21, 2017, at approximately 6:00 p.m., inside the Starbucks, located at 51-06 Northern Blvd., Queens, N.Y., Mr. Peter Allman, entered the rest room at the location, (Plaintiff's Verified Bill of Particulars, page 1). As he entered the rest room and proceeded to walk to the toilet, he slipped and fell, landing on his hip and back, (Allman, page 36). Mr. Allman said that the floor in the bath room was flooded with water. It appeared to him that the water was coming from the wall, all the way around the left side. Mr. Allman said that once he landed on the floor, he became soaking wet from the water on the floor of the bathroom, (Allman, page 41).

7.    Mr. Allman stated that just subsequent to his fall, one of the Managers, Jenny, came to assist him. Jenny informed Mr. Allman that the flood in the bathroom occurred as a result of a backup in the toilet. Jenny apologized to Mr. Allman for the inconvenience and got him a chair to sit on and an ice pack for his injury, (Allman, pages 50-51). Ms. Nataly Villanueva, a supervisor at the Starbucks, called for EMS to respond to the store and render first aid to Mr. Alllman. Mr. Allman was subsequently removed to a local hospital for medical treatment, (Villanueva, pages 39-40).

## SUMMARY AND OPINIONS

8.    On August 21, 2017, at approximately 6:00 p.m., Mr. Peter Allman (Plaintiff) entered the Starbucks, located at 51-06 Northern Blvd, Queens, N.Y., (Plaintiff's Verified Bill of Particulars). Once inside the store, Mr. Allman purchased a bottle of Perrier Water, which he consumed (Allman, page 25). Subsequent to consuming the water, Mr. Allman had a need to relieve himself and proceeded to the bathroom located in the Starbucks. Mr. Allman said the door to the bathroom was unlocked. (Allman, pages 28-29). Mr. Allman opened the door to the bathroom, entered and turned to place the latch on the bathroom door. (Allman, page 31). After placing the latch on the door, Mr. Allman turned and walked approximately two steps, slipped and fell to the floor of the bathroom. (Allman, page 36). Mr. Allman became soaking wet as a result of falling

to the floor.    He remained in the bathroom for approximately a minute and one half before anyone in the store realized what had happened to Mr. Allman.  (Allman, page 37).  Mr. Allman said that the floor was flooded with water and that the water was coming from the wall. (Allman, page 41).

9.        As Mr. Allman exited the bathroom, a store employee, Mr. Sayeed Akbar, observed Mr. Allman holding his hip.  Mr. Allman told Mr. Akbar that he had fallen inside the bathroom.  Mr. Akbar said he then got a chair for Mr. Allman and prepared an ice pack to be placed on his injuries.    Mr. Akbar then notified his supervisor, Natalie.   Mr. Akbar then resumed his normal work duties.  (Akbar, page 23-24).

10.       Mr. Akbar stated, during his deposition, that there were leaks in the bathroom prior to August of 2017.  (Akbar, page 25).  Mr. Akbar said that the one leak he observed prior to August of 2017, occurred six months prior to this incident.  He said that cause of the leak was attributed to the grout that was holding the toilet to the ground.  (Akbar, page 26).  Mr. Akbar was asked during his deposition:

        Q.      Did you ever observe the inside of the bathroom after Mr. Altman had used it?
        A.      Yes.
        Q.      Was there any water on the ground?
        A.      Yes, but not a lot.
        Q.      Where did you see the water?
        A.      I saw it towards the middle of the bathroom.
(Akbar, page 29).

11.       On September 5th, Mr. Akbar, prepared a witness statement in connection with this incident.  During Mr. Akbar's deposition he was asked questions regarding his statement, (page 33).

        Q.      In the statement, it says "the entire floor was wet"?  What did you mean by "the entire floor was wet".
        A.      I meant the middle portion of the floor.
        Q.      Is there any reason why you didn't say the middle portion of the floor?
        A.      Perhaps I was trying to get back to my tasks and the report was written a little hastily.
(Akbar, page 35).

        This statement was prepared by Mr. Akbar on September 5, nine days after the incident. Mr. Akbar said that he confusingly indicated the amount of water on the floor, because he was trying to get back to work.  This is contradictory, because the statement was not prepared on the day of the incident, but nine days after the incident.  Mr. Akbar had sufficient time, on September the 5th to clearly and accurately document what he observed on the day of the incident.

        Mr. Akbar was asked on the day of his deposition;

        Q.      The second sentence where you said that you "presumed it was a leak from the toilet." Do you see that?
        A.      Yes.

Q.    Why did you presume that it was a leak from the toilet?

A.    Because that had happened six months prior.

Q.    You said that you "thought about it and you checked." When did you check for the leak?

A.    I checked when Mr. Altman came out.

(Akbar, page 36)

Mr. Akbar was asked the following during his deposition;

Q.    The next sentence, again, you say "it was strange that the entire floor was wet." Do you see that?

A.    Yes.

Q.    Why was it strange that the entire floor was wet?

A.    Because I had checked the bathroom 15 to 20 minutes prior to the incident and the floor was dry.

Q.    Again, now, with respect to the use of the term "entire floor was wet," is there any reason why you didn't use that point, indicate that the portion of the floor that you're referring to was that portion that you indicated in the photograph?

Q.    Do you understand what I'm saying?

A.    I do, but, once again, it was due to the fact that this report was written very hastily, and, "entire floor, " I referenced in my head that it was the middle portion of the floor, that main part of the floor.

Q.    Again, now, with respect to the second time that the term "entire floor" was used, with respect to this portion here, you were, again, aware of the importance that the report be as accurate as possible, correct?

A.    At the time of me writing the report, no, not really.

(Akbar, pages 37-38).

Mr. Akbar obviously changed his facts between the time he wrote the report to the time he testified at his deposition. He changed his facts to downplay the severity of the incident and to lessen the importance of the extent of the flooding in the bathroom.

During Mr. Akbar's deposition he was asked the following:

Q.    The second to last sentence, it says there that you "assume that someone had spilled a lot of water on the floor." Do you see that?

A.    Yes.

Q.    Why did you make that assumption?

A.    Usually, customers will shake their hands when they wash them or splash their face with water. I assumed that they had just missed the sink.

(Akbar, page 39).

When reporting facts as a witness, it is of the upmost importance to record true and accurate information, not assumptions.

12.    Ms. Villanueva was asked during her deposition, when should incident reports be prepared in relation to the time and date of the incident;

Q.    Is there any policy or procedure as to when Starbucks is supposed to prepare an incident report?

A.    Yes, it should be as soon as an incident happens, like soon after.

(Villanueva, page 44).

Reports should always be prepared as soon as possible after the time of occurrence. Witnesses should also be kept separated until reports are completed.    A delay in report preparation may result in distorted or incomplete facts.

13.    Mr. Akbar was asked during his deposition the following;

Q.    Specifically, with respect to taking pictures of the water in the bathroom, what would the shift supervisor use in order to take those photos?

A.    A phone picture, a phone camera.

Q.    Would that be the shift supervisor's personal phone or someone else's?

A.    The shift supervisor's personal phone.

(Akbar, page 15)

Q.    Would Helen store the photographs or would Starbucks store the photographs? Do you know?

A.    Usually we would just get rid of the photographs as soon as the situation was taken care of.

Q.    How would the photographs be gotten rid of?

A.    They would be deleted on the phone.

(Akbar, page 17)

It is paramount that all photographs, notes, statements and recordings, that are made in connection with a case, be secured and kept for a period of at least 10 years.  Destroying any of these documents would lead one to believe that the defendant's had something to hide from the plaintiff.

Ms. Leung was asked the following during her deposition;

Q.    Who took these photographs?

A.    I did.

Q.    When were they taken?

A.    I don't remember the date, but it was like two, three weeks after the incident.

(Leung, page 35).

Photos should be taken of an incident scene, immediately after the time of occurrence. Although, photographs only document what the scene looked like at the time it was photographed and not the time of the actual occurrence, it is paramount to take the photos as soon after the time of the incident as possible.

14.    Ms. Jenny Leung, a Starbucks manager, was asked during her deposition the following:

Q.    Prior to August, 21, 2017 were you aware of homeless people spilling water or causing water to be on the floor in the bathroom in the Starbucks?

A.    Sometimes because they do take longer time in the bathroom.

Q.    To your knowledge, would the homeless people be using the bathroom to clean themselves?

A.    Yes.

Q.    And by cleaning themselves I mean like to shave or wash their hair or upper body and that sort of thing?

A.    Yes.

Q.    They would be doing that?

A.    I mean, I don't physically see it, but sometimes you just know because you'll see like shavings in the - - like hair in the sink or a lot of napkins on the sink in the bathroom. (Leung, page 22).

Starbucks should have obvious, visible signs, on display in the bathroom indicating that *washing and grooming oneself, is not permitted*. Also, *signs should indicate that users of the* bathroom should not stuff excessive amounts of paper down the toilet or allow significant amounts of water to fall on the floor.   The door to the bathroom should be kept locked at all times and entrance by patrons, to the bathroom should only be allowed with a digital key pad or key locking mechanism that is under the control of employees.  It is not only important to screen individuals that may cause damage, but also to preclude individuals that may choose to remain out of sight until they have an opportunity to rob the location.


## CONCLUSIONS

15.    For the above reasons, it is my opinion, within a reasonable degree of professional certainty that the defendant failed to provide a safe and hazard free environment for their patrons.

16.    The defendant were careless and negligent by allowing members of the public to use their bathroom facility, while it was in a dangerous, hazardous and unsafe condition.  The employees of Starbucks knew or should have known of all existing hazardous conditions that existed at the location.

17.    The fact that the bathroom was frequented by numerous people, including homeless people, on a daily basis, would have required constant inspection, after each use to determine if any slippery, hazardous conditions existed.  Also, the fact that there was substantial pedestrian traffic in and out of the bathroom, should have required that a "caution" sign be posted in full view, at all times, to warn of any hazards and slippery floors.

18.    Defendants should have taken steps to secure the bathroom door with a locking mechanism-digital type or key type-that would have been under the direct control of Starbucks

employees. This would have allowed Starbucks employees greater control and the ability to monitor pedestrians that required the use of the bathroom

19. Defendants failed to carry out a proper investigation of the circumstances of this incident. Management failed to direct witnesses to prepare an incident report, immediately after the time of occurrence. Evidence, such as photographs, should have been kept in a secure location for a period of at least 10 years. Photographs of the scene should have been taken by trained individuals, with company owned photographic equipment, not personnel cell phones.

20. I reserve the right to supplement this report upon my review of additional materials that may be available.


Joseph Pollini

*Joseph A. Pollini*
*107-24 71 Road – PH 2C*
*Forest Hills, NY 11375*
*jpollini@jjay.cuny.edu*
*917-969-1711*

**Education:**

- 1995 – MA Criminal Justice.  John Jay College of Criminal Justice, C.U.N.Y.
- 1992 – BS Degree – Police Science.  John Jay College of Criminal Justice, C.U.N.Y.

**Professional Experience:**

For over 33 years, I served as a member of the New York City Police Department.  During this time I served the department in the following ways:

- As a patrol officer
- As an undercover narcotics investigator.  I was also designated to train incoming narcotics investigators.
- Assigned as a bomb and explosives investigator.  During this time I played an integral role in the investigation of terrorist bombing incidents.
- Assigned as a homicide investigator in the Brooklyn North and Brooklyn South Homicide Units.
- Served the department as a patrol supervisor.
- Commander of a unit within the School Program to Educate and Control Drug Abuse.  This was a pilot project where members of the police department educated students in the New York City Public School System on the detriments of narcotics use.  This program was evaluated by John Jay College and as a result of their report, the program was instituted citywide.
- Assigned as an investigator and subsequently as a Detective Sergeant and Detective Lieutenant Commander in the Major Case Squad.  In this unit, I investigated, directed, and supervised bank robbery investigations, truck hijackings, kidnappings, assaults on police officers, and confidential investigations for the Chief of Detectives and the Police Commissioner.  I also trained members of the FBI on kidnapping investigative tactics.
- Served as a member of the Hostage Negotiation Team for 17 years.
- Served the department as a precinct detective squad commander and robbery squad commander.
- Commander the Cold Case Homicide Squad, Special Projects Unit.  I was designated to command this unit from it's inception in 1996.  In this unit I worked very closely with federal investigators and federal prosecutors to develop cases against violent gangs.  I was also designated by the department during this time to develop an investigative plan to identify and eradicate violent gang activity.  This plan was subsequently implemented and is still used today to combat gang violence.

**Honors and Recognition:**

- During my career in the New York Police Department, I received numerous citations for outstanding police service and bravery. I was also given an award for not reporting sick during my entire 33 year career.

**Professional Training:**

The following is a list of training courses that I attended while a member of the New York City Police Department:

- Police Academy Recruit Training Course
- 1972 – Narcotics Identification and Undercover Operative Training
- 1974 – Criminal Identification Course
- 1977 – FBI Bomb/Explosives Investigators Course
- 1978 – Arson Investigators Course
- 1979 – Photography Course (Nikon)
- 1980 – Homicide Investigators Course
- 1981 – Sex Crimes Investigators Course
- 1982 – Auto Crime Investigators Course
- 1984 – BMOC-Sergeants Training Course
- 1984 - Dignitary Protection Course
- 1985 – Methods of Instruction Course
- 1985 – Hostage Negotiation Course
- 1989 – Lieutenants Training Course

**Service at John Jay College:**

For over 16 years, I have had the opportunity to serve the college in many ways, including:

- Deputy Chair Person – Law/Police Science/ Criminal Justice Administration (2008-present).
- Full Time Faculty – Lecturer- CCE– Department of Law/Police Science/Criminal Justice Administration.
- Served as a Substitute Assistant and Adjunct Assistant teaching in the Department of Law, Police Science and Criminal Justice Administration, where I have taught a total of 18 undergraduate and 5 graduate level courses.
- As an instructor in the Office of Special Programs.
- As an instructor and coordinator for the investigative portion of the program to upgrade policing in the Dominican Republic. I also acquired and supplied the program with training manuals from the New York City Police Department to teach officers at the Dominican Republic Police Recruit Training School.
- As an instructor in the program operated in the New York City public schools, which seeks to explain police operations to students and faculty.

- Being quoted in numerous local, national and international news media on police and investigative subject matters.
- Serve as a media representative for the college on police related matters
- Represented the college during a seminar at the New York Bar Association as an expert on interrogation.
- Served as the Coordinator for the John Jay College, Criminal Justice Society.
- As a freshman advisor, course fair advisor and as a faculty member who has been cited by Dean's List students and the Student Council for providing outstanding support and advice.
- Serve as a liaison with numerous national and international police agencies.  I also regularly meet and greet representatives from various international police agencies and provide them with guidance in various police related matters.
- Served as consultant to the United States Marine Corp on Community Policing.  The information that was conveyed to the USMC is being integrated in military operations in Iraq and Afghanistan.
- Serve as a police consultant for many of my college colleagues.
- I have developed courses for the Graduate Studies Program dealing with policing and investigations.
- I will be playing an integral role in the development of the new curriculum for the Police Studies Major at John Jay College. These course will be taught, starting in the Fall 2011 Semester.

**References:**

Available upon request

EXHIBIT 2

# NYU/HOSPITAL FOR JOINT DISEASES

## OPERATION SUMMARY

Name: Allman, Peter
Chart #: 1257197

Date of Surgery: 11/27/2017
DOB: 48 Male y.o., ▮▮▮▮ 1969

**PRIMARY SURGEON: PETER G. PASSIAS, M.D.**
Assist: Jessica Morton, M.D., PGY2

Anesthesia: General Endotracheal. Dr. Ng
EBL: 150 ml
IVF: 2 L LR;
UOP: 250 mL
TXA 20/?
Complications: None
Instrumentation: 75 cc Cancellous Chips, Globus Bilateral L4 7.5mm by 50 mm, Bilateral L5 7.5 by 50mm, Globus Rise 10-17 mm by 12 by 26 mm cage 15 Lordotic at L5-S1, 2 Prebent 5.5 Hyperlordotic Titanium Rods (55). Graft: BMP-2 Extra-Small, Maxregen 15.
Neuromonitoring: TcMEPs, EMG free running, SSEPs.

Findings: Intra-operative Evidence of Instability with Translation at L5-S1.
Diagnosis: Central, Foraminal and Lateral Recess Spinal Stenosis L5-S1, Spondylolisthesis L5-S1, Segmental Instability L5-S1, Spondylosis Lumbar Spine L5-S1, Herniated Nucleus Pulposis Paracentral and Foraminal L5-S1, Radiculopathy Bilateral L5-S1, Mechanical Low Back Pain, Partial pre-op paralysis lower extremities, L5 and S1 Radiculopathy.

Operation:
Application of Intervertebral Biomechanical Device L5-S1, (22853),
Partial Corpectomy (less than 50%) L5-S1, (63090),
Posterior and Posterolateral Technique Arthrodesis with Right and Left Lateral Transverse L5-S1 (Through MIS Tube), (22633),
Posterior Instrumentation Across Two Spinal Segments (22840)
Hemilaminectomy with Decompression Nerve Root Including Foraminotomy, Facetectomy for Decompression, Left and Right L5-S1, (63047 Modifier 59 and 50)
Aspiration of Iliac Crest Bone Marrow Bilateral with Stem Cell Concentration and Reimplantaion (38220 w/ modifiers 51 & 59),
Intra-operative interpretation of CT scan,
Allograft Morselized (20930),
Autograft Morselized (20936),
Autograft Collected (20937)
Fluoroscopy Interpretation (76000),
Microscope Technique (69990)
Collection Autologous Graft Bone Collector

**Procedure:**
Prior to entering the operating room informed consent was obtained and the surgical site was marked. The patient again expressed clear and complete understanding of the risks and benefits that were detailed in my office consent form, including death, major complications, worsening of symptoms, paralysis and others and wished to proceed. He also expressed that was having increasing symptoms distribution in recent weeks prior to surgery. We discussed not treating L4-5 with understanding it may progress and require surgery. Before making an incision a time-out was conducted. Antibiotics were administered within one hour of incision and sequential compression stockings were applied.

**Positioning:**
Following intubation the patient was placed prone onto the Jackson table with 4 posts and a chest pad. Maximum obtainable lumbar lordosis was achieved. Care was taken to position Gel padding under potential pressure points at the hips, knees and elbows making sure all peripheral nerves including the peroneal and femoral nerves were free of compression. A grounding pad was carefully positioned on the thigh and a strap around the thigh was positioned to hold the legs firmly in position. Calf length compression stockings were connected. Antibiotics were administered within 1 hour of incision.

**Prepping and Draping:**
A time-out was performed prior to preparation. The back was prepped with a chlorhexadine solution. Standard draping of the thoracic and lumbosacral area was performed leaving access to the posterior superior iliac crests. A fire safety was performed.

**Incision and Exposure:**
Two incisions were made paramedian at L5 and S1. Electrocautery was utilized to control all bleeding. We went through the subcutaneous layer exposing the lumbodorsal fascia. The subcutaneous layer was stripped off to the side to gain exposure to the fascial layers. The fascia was then opened just lateral to the midline on each side. The perimesium was then opened 2cm lateral to the midline on each side. The paravertebral muscles were separated between the longissimus and the dorsalis spinalis gaining access to the posterior elements. Cerebellar and Wetlander retractors were used to hold the soft tissues out of the way. Care was taken to avoid damage to the facet capsules of the levels not to be fused. Care was taken not to violate the inter-transverse membrane. Radiographs were taken to document levels. At this point radiographically and in situ the L5-S1 segments were visualized to have evidence of segmental instability. Instability was clearly seen translational and angular confirmed on fluoroscopy seen.

**Right Iliac Crest Bone Marrow Aspirate with Stem Cell Concentration**
A separate fascial incision was made over the right iliac crest. At this point a trocar was used and bone marrow was aspirated using a syringe (for total of 15cc) and this was mixed with the allograft after being concentrated using the bone marrow concentration system.

**Insertion of Pedicle Screws L5-S1 Bilateral**
**Posterior Instrumentation Across Two Spinal Segments (22840)**
Using an osteotome the inferior facet was removed at the L5-S1 level bilaterally. A portion of the lower pars and the superior facet was also removed. The remaining superior facet was decorticated to remove all cartilage. Mobility was then ensured at the segment. Pedicle screws were seated bilaterally using a percutaneous technique, from L5 and S1 at all levels and then using a standard entrance point created

2

with a burr to create a tunnel using a gearshift probe using anatomical landmarks. The tracts were then palpated to ensure a complete bony tunnel and a floor and the dimensions were determined. A preference for an anatomical insertion angle was utilized when possible. Direct screw stimulation with EMGs of all screws was performed and revealed them to be well above the safe threshold. Fluoroscopic imaging confirmed localization and orientation.

Hemilaminotomy with Decompression Nerve Root Including Foraminotomy, Facetectomy for Decompression, Right and Left L5-S1, (63047 Modifier 59 and 50)
Using a fluted followed by a diamond burr and then Kerrison Rongeurs a portion of the lower edge of the right L4 lamina and the cephalad edge of the S1 lamina was removed. Small Kerrison rongeurs and curettes were utilized to remove the remaining lateral 1/2 of the ligamentum flavum and epidural fat. At this point approximately one-third of the right facet was removed to decompress the lateral recess. The L5-S1 foramen was then palpated and a foraminotomy was performed. At this time the table was tilted away and the contralateral left laminotomy was performed taking the ventral lamina and ligamentum and leaving the dorsal lamina partially intact. The right one-third facet was removed to decompress the lateral recess and the foramen was decompressed. At this point using a blunt Woodson elevator the central space, lateral recess and foramina were palpated and thoroughly decompressed. The L5-S1 nerve roots were visualized and also noted to be free.

Application of Intervertebral Biomechanical Device L5-S1, (22851),
Partial Corpectomy and Diskectomies L5-S1 (less than 50%), (63090),
Posterior and Posterolateral Technique Arthrodesis with Right and Left Lateral Transverse Technique L5-S1, (22633),
A Right and Left sided approach to the L5-S1 interspace would be performed. Using an osteotome a vertical followed by a horizontal cut was carefully made on the left side of the left hemi-lamina, with care taken to leave the pars intact. Using a curette this was separated from the ligamentum flavum which was then resected. The laminotomy was completed with Kerrison Rongeurs relieving the lateral recess stenosis and pressure on the traversing nerve root. At this point the Right L5-S1 foramen was palpated with a Woodson elevator. Leaving this in place to protect the nerve root a complete foraminotomy was performed to the level of the distal pedicle, thus exposing the disk space and nerve root. Extensive scarring was appreciated in this area from the previous surgery surrounding the nerve root. Bipolar was used to control epidural bleeding. In a TLIF fashion with the exiting and traversing nerve roots carefully protected, the disc annulotomy was performed and the disk space entered. The disk was removed entirely using pituitary rongeurs curettes and rasps, with the exception of the anterior and lateral outer annulus. The endplates of L5 and S1 were scraped until there was evidence of bleeding bone. At this point an osteotome was used to perform a partial corpectomy at the inferior portion of L5 and superior portion of S1 (less than 50%) in order to remove posterior osteophyte and maximize access to the disk space prior to trials. Trials were progressively performed. The anterior disk space was using a funnel. A 10mm titanium cage was packed with the same mixture of allograft/BMA and inserted into the interbody space. Adequate placement was confirmed with fluoroscopy. This was expanded to a 17mm height.

Posterior and Posterolateral Fusion and Instrumentation L5-S1,
Posterior Instrumentation Across Two Spinal Segments (22840)

All exposed posterior and posterolateral bone surfaces were decorticated. At this point the 2 lumbosacral rods were chosen. The 2 rods on each side were then seated in a gradual fashion to the pedicle screws following contouring and sizing. Compression between the screws was performed. The caps were locked into the final position and thorough irrigation was performed. Radiographs were obtained to document the improvement in alignment at this point.

Allograft Morselized (20930)
Autograft Morselized (20936)
Collected Autograft (20937),
Following this, the previously osteotomized facet joints and lateral gutters, and that collected through a bone collector connected to suction, were packed with autologous local bone. Care was taken to avoid placement near exposed nerve roots or dura. A piece of gelfoam was placed over any exposed neurological structures additionally. The remaining allograft was placed posteriorly and laterally to supplement the fusion. Lastly, the remaining allograft bone was added. This had been previously soaked with vancomycin 1gm and gentamicin 80mg.

Closure:
The retractors were removed. Final x-rays were taken. The muscle was loosely approximated. 500mg of Vancomycin powder was placed on top of this layer. The perimesium was closed bilaterally with interrupted figure-8 #1 Vicryl sutures followed by a running layer. The central fascial incision was closed with interrupted figure 8 #1 Vicryl sutures followed by a running layer. Vancomycin was placed above this layer as well. The subcutaneous space between the skin and iliac crests were sutured separately. The subcutaneous layer was closed with 2-0 Vicryl. The overlying skin was closed with 2-0 nylon vertical mattress sutures. Steri-strips were applied. A sterile dressing was placed over the wound and covered with a sterile Ioban dressing. The patient was awoken, extubated and transferred carefully from the Jackson frame to the bed. Upon wake up the patient was intact neurologically consistent with his pre-operative examination.

The patient was transferred to the recovery room in Stable Condition. No complications were witnessed. All counts were correct. The SSEPs, and free running EMGs were stable throughout. Screw stimulation was above threshold for all screws.

Peter G. Passias, M.D.

4

Alexandre B. de Moura, MD
Peter G. Passias, MD
Angel Macagno, MD
Alan Greenfield, MD
Adam Landskowsky, MD



**NEW YORK SPINE INSTITUTE**

Medical solutions for spine disorders

761 Merrick Avenue, Westbury, NY 11590
Phone (516) 357-8777    Fax (516) 357-0087

Michael Friar, DPT
Anthony Tisi, R-PAC
Carlos Concepcion, R-PAC
Leslie Chen, R-PAC
Hugh DeGannes, R-PAC

To: _____     From: _____
Phone: _____     Fax: _____
Date: _____     Pages: _____
RE: _____     CC: _____

A request for medical services has been received for the above name patient. The fee for these services are as follows:

| | | |
|---|---|---|
| ____Narrative Report | $____750.00____ | |
| ____Deposition | $____400.00____ | |
| ____Trial Prep (Per Half Hour) | $____3,000.00____ | (____ hrs) |
| ____ ½ Day Trial | $____15,000.00____ | (up to 4 hours) |
| ____Arbitration Appearance | $____15,000.00____ | |
| ____Full Day Trial | $____20,000.00____ | (greater than 4 hours) |
| TOTAL AMOUNT DUE | $_____ | |

**PLEASE BE ADVISED, THAT THE <u>TOTAL AMOUNT DUE</u> MUST BE RECEIVED FIVE (5) BUSINESS DAYS BEFORE REQUESTED SERVICES.**

Upon receipt of the above fee, the requested services will be rendered and/or scheduled.
Thank you for your cooperation.

****_Make check payable to:_ **New York Spine Institute** - - - - _Tax ID:_ **11-3574485******

IF APPEARANCE IS NO LONGER REQUIRED AND/OR NEEDED, PLEASE BE ADVISED THAT THIS PAYMENT IS NON-REFUNDABLE, PLEASE SIGN BELOW WHERE INDICATED TO CONFIRM YOUR ACCEPTANCE OF THE TERMS AND FAX BACK TO US AT YOUR EARLIEST CONVENIENCE.

X_____     X_____
**Attorney Signature**                       **Date**

CONFIDENTIALITY NOTICE
THE PAGES COMPRISING THIS FACSIMILIE TRANSMISSION MAY CONTAIN LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION. THIS INFORMATION IS INTENDED SOLEY FOR USE BY THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT HEROF. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE OR USE OF THE CONTENT OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL BY MAIL.

March 27, 2017

## Curriculum Vitae

Peter G. Passias, M.D.
360 Furman Street
Brooklyn Heights, NY  11201
Phone: (917) 576-3556  Fax: (718) 797-3801
pgpassias@yahoo.com  peter.passias@nyumc.org
http://www.nyspine.com/peter-passias-m-d/

## EDUCATION

| Year | Degree | Field | Institution |
|---|---|---|---|
| 9/1992 – 9/1996 | Diploma *Top 1% GPA* | | Bronx High School of Science |
| 8/1996 – 5/2001 | Bachelor of Science *Summa Cum Laude* | Biology/Medical Sciences | CUNY Medical School |
| 6/2001 – 5/2003 | Doctor of Medicine *Summa Cum Laude, Junior AOA* | Medicine | SUNY Brooklyn College of Medicine |

### Postdoctoral Training: Research and Clinical Fellowships

| | |
|---|---|
| 7/2008 – 8/2009 | Combined Spinal Research and Clinical Fellowship with Focus on Spine Tumors and Spine Trauma. Massachusetts General Hospital and Brigham and Woman's Hospital/Harvard University Medical School |
| 8/2009 – 8/2010 | Spine/Scoliosis Surgery Clinical Fellowship, Hospital for Special Surgery/Cornell University Medical School. New York, NY |

### Internship and Residencies:

| | |
|---|---|
| 7/2003 – 7/2004 | General Surgical Internship, Tufts University Medical Center, Boston, MA |
| 7/2004 – 7/2008 | Orthopaedic Residency Program, Tufts University Affiliated Hospitals Combined Program, Boston, MA |

### Licensure and Certification

| | |
|---|---|
| 7/2003 – 7/2009 | Commonwealth of Massachusetts Limited Medical License |
| 6/2005 – 6/2007 | State of Rhode Island Limited Medical License |
| 7/2009 – Present | State of New York Full Medical License |
| 10/2015 – Present | State of New Jersey Full Medical License |

### Academic Appointments

| | |
|---|---|
| 8/2010 – Present | Associate Clinical Professor of Orthopaedic Surgery, Division of Spinal Surgery, Hospital for Joint Diseases/New York University Langone Medical Center/New York University School of Medicine, New York, NY |

### Awards and Honors

| | |
|---|---|
| 2016 | John Moe Award for Best Clinical Paper Presentation. Annual Meeting of the Scoliosis Research Society |

| 2016 | Nominated for Best Clinical E-Poster Goldstein Award. Annual Meeting of the Scoliosis Research Society |
| 2015 | Best Clinical Research Paper. Annual Meeting of the International Society for the Advancement of Spinal Surgery |
| 2007 | First place OREF Resident Research Forum New England 2007 |
| 2003 | Alpha Omega Alpha at SUNY Downstate |
| 2003 | Summa Cum Laude at SUNY Downstate |
| 2001 | Summa Cum Laude at Sophie Davis BS/MD program at City College of New York |
| 2001 | Golden Key Honor Society at CCNY |
| 1993 | Eagle Scout Rank in Boy Scouts of America, 1993 |

## Memberships, Offices and Committee Assignments in Professional Societies

| 2005 – Present | North American Spine Society, Active Member |
| 2013 – Present | North American Spine Society, Evidence Based Medicine Committee Member |
| 2003 – Present | American Medical Association, Active Member |
| 2004 – Present | American Academy of Orthopaedic Surgeons, Active Member |
| 2014 – Present | Committee Member for Spine Program at AAOS Annual Meeting |
| 2004 – Present | Orthopaedic Research Society, Active Member |
| 2012 – Present | Diplomat, National Board of Medical Examiners |
| 2004 – 2008 | Tufts University Clinical Instructor of Orthopaedic Surgery, 7/2004-7/2008 |
| 2004 – Present | Massachusetts Medical Society, Active member |
| 2006 – Present | Hellenic Medical Society of New York, Active Member |
| 2014 – Present | Association for Collaborative Spine Research, Co-Chair of Degenerative Subgroup |
| 2012 – Present | International Spine Study Group, Active Member |
| 2014 – Present | Scoliosis Research Society, Candidate Member |
| 2015 – Present | Scoliosis Research Society, Committee Member for Research Funding Council |
| 2016 – Present | Scoliosis Research Society, Committee Member for Morbidity/Mortality Council |
| 2015 – Present | Cervical Spine Research Society, Member |
| 2017 – Present | Scoliosis Research Society, Committee Member Health Policy Council |

## Editorial Positions: Ad Hoc Reviewer

| 1/2010 – Present | Journal of Advanced Biomechanical Research |
| 1/2013 – Present | Neurosurgery |
| 1/2009 – Present | Spine Journal |
| 1/2008 – Present | The Spine Journal |
| 1/2015 – Present | Journal of the American Geriatric Society |
| 1/2016 – Present | Journal of Neurosurgery Spine |
| 1/2017 – Present | Journal of Bone and Joint Surgery Am |
| 1/2017 – Present | Journal of Operative Neurosurgery |

## Principal Clinical and Hospital Service Responsibilities

| 2012 – Present | Attending Physician, NYU Hospital for Joint Disease/Langone Medical Center Spine Division, Department of Orthopaedic Surgery |
| 2012 – Present | Co-Director of Adults Scoliosis and Cervical Clinic |
| 2012 – Present | Director of Research New York Spine Institute |

## Major Administrative Responsibilities

| 2014 – Present | NYU/HJD Co-Director of Medical Student Spine Rotation |
| 2016 – 2017 | Orthopaedic Surgery Resident Selection Committee |

2017 –Present          Orthopaedic Surgery Residency Core Curriculum Committee

**Mentoring of Students**

| Name | Position | Time period | Present Position |
|---|---|---|---|
| Carolyn Poorman | Research Assistant | 2012 | Surgical Resident, Emory Medical School |
| Anthony Boniello | Research Assistant | 2013 | Orthopaedic Resident, Jefferson UMC |
| Sun Yang | Research Assistant | 2013 | Neurology Resident, UCLA |
| Nancy Worley | Research Assistant | 2013 – 2014 | University of Tulane Medical School |
| Cyrus Jalai, | Research Assistant | 2014 – 2015 | University of Vermont Medical School |
| Greg Poorman | Research Assistant | 2015 – 2017 | NYU Masters in Health Administration |
| Samantha Horn | Research Assistant | 2016 – Present | |
| Frank Segreto | Research Assistant | 2017 – Present | |
| Cole Bortz | Research Assistant | 2017 – Present | |

**Major Research Interests**
- Corrective Spinal Deformity Surgery with Focus on Realignment and Biomechanics
- Treatment of Incomplete Spinal Cord Injuries with Focus on Cervical Myelopathy
- Biologics of Spinal Fusion and Regenerative Treatments Using Bone Marrow Concentration and Stem Cell Techniques

**Grants Received**

| Agency | Title | Grant Period | Total Direct Costs | Role (PI/Co) | % Effort |
|---|---|---|---|---|---|
| NIH/ Massachusetts General Hospital | In vivo Kinematics of Disc Deformation in Patients with Degenerative Disc Disease | 1/2009 – 1/2010 | $1,100,000 | Co-PI to Guain Li, U.S. PI | 20% effort |
| Medtronic/ Massachusetts General Hospital | In vivo Kinematics of x-stop device | 4/2009 – 4/2010 | $130,000 | Co-PI | 50% effort |
| ZimmerBiomet (formerly Lanx Spine)/NYU | ASPEN Trial: RCT Evaluating Interspinous Fusion Device vs. Pedicle Fixation in Anterior-Posterior Fusions. | 6/2011 – 6/2016 | $112,000 | Site PI | 5% effort |
| Cervical Spine Research Society/NYU | Cervical Psychiatric Burden: Analysis of Pre-operative Psychiatric Burden and Impact of Treatment on Outcomes | 1/2017 - | $50,000 | PI | 10% effort |
| | | | | | |
| | | | | | |
| | | | | | |

**Professional Consultant/Patent Development**
2015-2016     Medical Consultant for Medicrea
- Member of Design Team for Posterior Cervical Development: Pass OCT and Unid technology.
- In Application

**Invited Seminars and Lectures**

1. 1/2014  Association for Collaborative Research Meeting San Diego: Cost Effectiveness in Cervical Spine Surgery
2. 3/2014  American Association of Orthopaedic Surgeons: Poster Tour Poster # P368 and Poster #P390
3. 5/2015  American College of Spine Surgery: "Neurologically intact Patient Cervical Jumped Facets – Closed reduction? MRI?, anterior vs. posterior vs. combined" and "Panel - My Worst Case #2 (Cervical Trauma)"
4. 10/2015  "North American Spine Society: Role of Pre-operative Planning in Deformity Surgery Using UNID Technology"
5. 3/2016  AAOS Instructional Course Lecture, 369 Adult Lumbar Disc Herniation: Treatment, Complications, Outcomes, and Evidence-Based Data for Patient and Health Professional Counseling. Klineberg EO, Neuman B, Kelly MP, **Passias PG.**
6. 6/2016  ZimmerBiomet Residents/Fellows Educational Didactic and Cadaveric Course – Faculty.
7. 9/2016  Globus Invited Faculty Lecture and Cadaveric Teaching Lab on Proximal Junctional Kyphosis: Transitioning Between Rigid End of Construct Fixation to Minimize Risk of PJK, Austin, Texas.
8. 10/2016  ZimmerBiomet Complex Cervical Deformities Case Presentation. Invited Speaker, NYC, NY.
9. 11/2016  International Association of Spinal Surgery Deformity Course – Faculty. "Planning for Adult Deformity Surgery", Baltimore, MD, USA.

# Bibliography

## Original Reports

1. Wang S, **Passias PG,** Li G, Li G, Wood K: Measurement of vertebral kinematics using noninvasive image matching method-validation and application. Spine 2008 15;33 (11): E355-61.

2. Li G, **Passias PG,** Kozanek M, Shannon B, Li G, Villamil F, Bono CM, Harris M, Wood KB. Interobserver reliability and intraobserver reproducibility of powers ratio for assessment of atlanto-occipital junction: Comparison of plain radiography and computer tomography. Eur Spine J. 2009 18(4): 577-82.

3. Wang S, Xia Q, **Passias PG,** Wood K, Li G. Measurement of geometric deformation of lumbar intervertebral discs under in-vivo weightbearing condition. J Biomech. 2009 42(6):705-11.

4. Li G, **Passias PG,** Wang S, Xia Q, Li G, Wood K. Segmental In-vivo vertebral motion during functional human lumbar spine activities. Eur Spine J. 2009 18(7): 1013-21.

5. Xia Q, Wang S, **Passias PG,** Kozanek M, Li G, Wood K. In vivo range-of-motion of the lumbar spinous processes. Eur Spine J. 2009. 18(9): 1355-62.

6. Wang S, Wang C, **Passias PG,** Li G, Yan M, Zhou H. Interobserver and intraobserver reliablility of the cervicomedullary angle in a normal adult population. Eur Spine J. 2009 18(9):1349-54.

7. Li G, **Passias PG,** Kozanek M, Fu E, Wang S, Xia Q, Li G, Rand FE, Wood KB. Adult scoliosis in patients over 65 years of age: Outcomes of operative vs. non-operative treatment at a minimum two-year follow-up. Spine 2009 34(20): 2165-70.

8. Kozanek M, Wang S, **Passias PG,** Xia Q, Li G, Bono C, Wood K, Li G. Range of motion and orientation of the lumbar facet joints in vivo. Spine 2009 34(19): E689-96.

9. Lu G, **Passias PG,** Kozanek M, Wang S, Li G, Li G, Wood K: Endoscopically Assisted Anterior Release and Reduction through an Anterolateral Retropharyngeal Approach for Irreducible Atlantoaxial Dislocation Spine 2010 35(5):544-51.

10. Li G, **Passias PG,** Kozanek M, Metkar US, Liu Z, Wood K, Rehak L, Deng Y. Complications associated with thoracic pedicle screws in spinal deformity. Eur Spine J 2010 19(9):1576-84.

11. Xia Q, Wang S, Kozanek M, **Passias PG,** Wood K, Li G. In-vivo motion characteristics of lumbar vertebrae in sagittal and transverse planes. J Biomech. 2010 43(10):1905-9.

12. Wang S, Wang C, **Passias PG,** Yan M, Zhou H. Pedicle versus laminar screws: what pr ovides more suitable C2 fixation in congenital C2-3 fusion patients? Eur Spine J. 2010 1306-11.

13. Ma Y, **Passias PG,** Gaber-Baylis L, Girardi F, Memtsoudis S. Comparative in-hospital morbidity and mortality after revision versus primary thoracic and lumbar fusion. The Spine Journal. 2010 10(3) 881-889.

14. **Passias PG,** Wang S, Kozanek M, Xia Q, Li W, Grottkau B, Wood KB, Li G. Segmental lumbar rotation in patients with discogenic low back pain during functional weight-bearing activities. J Bone Joint Surg Am. 2011 93:29-37.

15. Wang S, Xia Q, **Passias PG,** Li W, Wood K, Li G. How Does Degenerated Lumbar Disc Disease Affect the Disc Deformation at the Cephalic Levels In Vivo? Spine 2011. 36(9):E574-81.

16. Li W, Wang S, Xia Q, **Passias PG,** Kozanek M, Wood K, Li G. Lumbar facet joint motion in patients with degenerative disc disease at affected and adjacent levels: an in vivo biomechanical study. Spine 2011 36(10):E629-37.

17. **Passias PG,** Ma Y, Chiu YL, Mazumdar M, Girardi FP, Memtsoudis SG. Comparative Safety of Simultaneous and Staged Anterior and Posterior Spinal Surgery. Spine 2012 37(3):247-55.

18. **Passias PG,** Kozanek M, Wood KB. Surgical Treatment of Low Grade Isthmic Spondylolisthesis with Trans-sacral Fibular Strut Grafts. Neurosurgery 2012 70(3):758-63.

19. **Passias PG,** Wang S, Kozanek M, Wang S, Wang C.J. Spinal. Relationship Between the Alignment of the Occipitoaxial and Subaxial Cervical Spine in Patients With Congenital Atlantoxial Dislocations. J Spinal Disord Tech 2013 26:15-21.

20. Wan Z, Wang S, Kozánek M, **Passias PG,** Mansfield FL, Wood KB, Li G. Biomechanical Evaluation of the X-Stop Device for Surgical Treatment of Lumbar Spinal Stenosis. J Spinal Disord Tech 2012 25(7) 374-8.

21. **Passias PG,** Wang S, Zhao D, Wang S, Kozanek M, Wang C. The Reversibility of Swan Neck Deformity in Chronic Atlantoaxial Dislocations. Spine 38(7):E379-85.

22. **Passias PG,** Wang S, Wang S. Combined ossification of the posterior longitudinal ligament at C2-3 and invagination of the posterior axis resulting in Myelopathy. Eur Spine J 2013 38(7):E379-85, 2013.

23. Wang S, **Passias PG,** Cui L, Li G, Yan M, Zhou H, Wang C. Does atlantoaxial dislocation influence the subaxial cervical spine? Eur Spine J 2013 Jul;22(7):1603-7.

24. Yoshihara H, **Passias PG,** Errico TJ. Screw related complications in the subaxial cervical spine with the use of lateral mass versus cervical pedicle screws; a systematic review of the present literature. J Neurosurg Spine 2013 Nov;19(5):614-23.

25. Marascalchi BJ, **Passias PG,** Goz V, Weinreb JH, Joo L, Errico TJ. Comparative Analysis of Cauda Equina Syndrome (CES) Patients versus an Unaffected Population Undergoing Spinal Surgery. Spine 2014 Mar 15;39(6):482-90.

26. Yang SY, Boniello AJ, Poorman CE, Chang AL, Wang S, **Passias PG.** A review of the diagnosis and treatment of atlantoaxial dislocations. Global Spine J 2014 Aug;4(3):197-210.

27. Zhao D, **Passias PG,** Wang S, Wang C. Craniocervical Instability in Os Odontoideum: Etiology, Presentation, Surgical Treatment and Outcomes in a Series of 279 Cases. Neurosurgery. 2015 May;76(5):514-21.

28. Poorman CE, **Passias PG,** Bianco KM, Boniello A, Yang S, Gerling MC. Effectiveness of postoperative wound drains in one- and two-level cervical spine fusions. Int J Spine Surg. 2014 Dec 1;8.

29. Cook CE, Arnold PM, **Passias PG,** Frempong-Boadu AK, Radcliff K, Isaacs R; Association for Collaborative Spine Research (ACSR). Predictors of pain and disability outcomes in one thousand, one hundred and eight patients who underwent lumbar discectomy surgery. Int Orthop. 2015 Nov;39(11):2143-51.

30. Oh T, Scheer JK, Eastlack R, Smith JS, Lafage V, Protopsaltis TS, Klineberg E, **Passias PG,** Deviren V, Hostin R, Gupta M, Bess S, Schwab F, Shaffrey CI, Ames CP; International Spine Study Group. Cervical compensatory alignment changes following correction of adult thoracic deformity: a multicenter experience in 57 patients with a 2-year follow-up. J Neurosurg Spine. 2015 Jun;22(6):658-65.

31. Passias PG, Soroceanu A, Smith J, Boniello A, Yang S, Scheer JK, Schwab F, Shaffrey C, Kim HJ, Protopsaltis T, Mundis G, Gupta M, Klineberg E, Lafage V, Ames C; International Spine Study Group. Postoperative cervical deformity in 215 thoracolumbar patients with adult spinal deformity: prevalence, risk factors, and impact on patient-reported outcome and satisfaction at 2-year follow-up. Spine 2015 Mar 40(5): 283-91.

32. Passias PG, Soroceanu A, Scheer J, Yang S, Boniello A, Smith J, Protopsaltis T, Kim HJ, Schwab F, Gupta M, Klineberg E, Mundis G, Shaffrey C, Lafage R, Hart R, Lafage V, Ames C; ISSG. Magnitude of Preoperative Cervical Lordotic Compensation and C2-T3 Angle are Correlated to Increased Risk of Post-operative Sagittal Spinal Pelvic Malalignment in Adult Thoracolumbar Deformity Patients at 2-year Follow-up. Accepted to The Spine Journal, April 2015.

33. Jalai CM, Worley N, Marascalchi B, Challier V, Vira S, Yang S, Boniello A, Bendo J, Lafage V, Passias PG. The Impact of Advanced Age on Peri-Operative Outcomes in the Surgical Treatment of Cervical Spondylotic Myelopathy. Spine, August, 2015.

6

34. Passias PG, Poorman CE, Yang S, Boniello A, Jalai CM, Worley N, Lafage V. Surgical Treatment Strategies for High-Grade Spondylolisthesis: A Systematic Review. International Journal of Spine Surgery, 2015. Predictors of morbidity and mortality among patients with cervical spondylotic myelopathy treated surgically.

35. Kaye ID, Marascalchi BJ, Macagno AE, Lafage VA, Bendo JA, Passias PG. Eur Spine J. 2015 May 23. [Epub ahead of print]33.

36. Wei F, Liu Z, Liu X, Jiang L, Dang G, Passias PG, Yu M, Wu F, Dang L. An Approach to Primary Tumors of the Upper Cervical Spine With Spondylectomy Using a Combined Approach: Our Experience with 19 Cases. Spine. 2015.

37. Worley N, Marascalchi B, Jalai CM, Yang S, Diebo B, Vira S, Boniello A, Lafage V, Passias PG. Predictors of Inpatient Morbidity and Mortality in Adult Spinal Deformity Surgery. European Spine Journal, July, 2015.

38. Macagno A, Liu S, Marascalchi BJ, Yang S, Boniello AJ, Bendo JA, Lafage V, Passias PG. Peri-Operative Risks Associated with Cervical Spondylotic Myelopathy Based on Surgical Treatment Strategies. Accepted to the International Journal of Spine Surgery, Jun 2015.

39. Diebo BG, Passias PG, Marascalchi BJ, Jalai CM, Worley NJ, Yang S, Errico TJ, Lafage V. Primary Versus Revision Surgery in the Setting of Adult Spinal Deformity: A Nationwide Study on 10,912 Patients. Spine Aug 2015.

40. Leven D, Passias PG, Errico TJ, Lafage V, Bianco K, Lee A, Lurie JD, Tosteson TD, Zhao W, Spratt KF, Morgan TS, Gerling MC. Risk Factors for Reoperation in Patients Treated Surgically for Intervertebral Disc Herniation: A Subanalysis of Eight-Year SPORT Data.

41. J Bone Joint Surg Am. 2015 Aug 19;97(16):1316-25.

42. Boniello A, Hasan S, Yang S, Jalai C, Worley N, Passias PG. Selective versus Non-Selective Thoracic Fusion in Lenke 1C Curves: A Meta-Analysis of Baseline Characteristics and Post-Operative Outcomes. Accepted to Journal of Neurosurgery: Spine, January 2015.

43. Scheer JK, Passias PG, Sorocean AM, Boniello AJ, Mundis GM Jr, Klineberg E, Kim HJ, Protopsaltis TS, Gupta M, Bess S, Shaffrey CI, Schwab F, Lafage V, Smith JS, Ames CP; International Spine Study Group. Association between preoperative cervical sagittal deformity and inferior outcomes at 2-year follow-up in patients with adult thoracolumbar deformity: analysis of 182 patients. J Neurosurg Spine 2015 Sep. [Epub ahead of print]

44. Park P, Okonkwo DO, Nguyen S, Mundis GM Jr, Than KD, Deviren V, La Marca F, Fu KM, Wang MY, Uribe JS, Anand N, Fessler R, Nunley PD, Chou D, Kanter AS, Shaffrey CI, Akbarnia BA, Passias PG, Eastlack RK, Mummaneni PV; Can a Minimal Clinically Important Difference Be Achieved in Elderly Patients With Adult Spinal Deformity Who Undergo Minimally Invasive Spinal Surgery? International Spine Study Group. World Neurosurg. 2015 Sep 29. [Epub ahead of print]

45. Passias PG, Poorman CE, Yang S, Boniello AJ, Jalai CM, Worley N, Lafage V. Surgical Treatment Strategies for High-Grade Spondylolisthesis: A Systematic Review. Int J Spine Surg. 2015 Oct 1;9:50.

46. Liu S, Diebo B, Henry JK, Smith JS, Hostin R, Cunningham ME, Mundis G, Ames CP, Burton D, Bess S, Akbarnia B, Hart R, Passias PG, Schwab FJ, Lafage V. The benefit of non-operative treatment for adult spinal deformity: identifying predictors for reaching a minimal clinically important difference. International Spine Study Group (ISSG). Spine J. 2015 Oct 30.

47. Gupta M, Henry JK, Schwab F, Klineberg E, Smith JS, Gum J, Jr DW, Liabaud B, Diebo BG, Hamilton DK, Eastlack R, Passias PG, Burton D, Protopsaltis T, Lafage V; International Spine Study Group. Dedicated Spine Measurement Software (SMS) Quantifies Key Spino-Pelvic Parameters More Reliably Than Traditional PACS Tools. Spine. 2016 Jan;41:E22-7.

48. Smith JS, Ramchandran S, Lafage V, Shaffrey CI, Ailon T, Klineberg E, Protopsaltis T, Schwab FJ, O'Brien M, Hostin R, Gupta M, Mundis G, Hart R, Kim HJ, Passias PG, Scheer JK, Deviren V, Burton DC, Eastlack R, Bess S, Albert TJ, Riew KD, Ames CP; International Spine Study Group. Prospective Multicenter Assessment of Early Complication Rates Associated With Adult Cervical Deformity Surgery in 78 Patients. Neurosurgery. 2015 Nov 19. [Epub ahead of print].

49. Klineberg EO, Passias PG, Jalai CM, Worley N, Sciubba DM, Burton DC, Gupta MC, Soroceanu A, Zebala LP, Mundis GM Jr, Kim HJ, Hamilton DK, Hart RA, Ames CP, Lafage V; International Spine Study Group. Predicting Extended Length of Hospital Stay in an Adult Spinal Deformity Surgical Population. Spine. 2015 Dec 14. [Epub ahead of print].

50. Gerling MC, Leven D, Passias PG, Lafage V, Bianco K, Lee A, Lurie JD, Tosteson TD, Zhao W, Spratt KF, Radcliff K, Errico TJ. Risk Factors for Reoperation in Patients Treated Surgically for Lumbar Stenosis: A Subanalysis of the 8 year data from the SPORT trial. Spine. [Epub ahead of print].

51. Wang S, Yan M, Passias PG, Wang C. Atlantoaxial Rotatory Fixed Dislocation: Report on a Series of 32 Pediatric Cases. Spine. 2015 Dec 24. [Epub ahead of print].

52. De la Garza-Ramos R, Passias PG, Schwab FJ, Lafage V, Sciubba DM. The effect of July admission on inpatient morbidity and mortality after adult spinal deformity surgery. Int J Spine Surg. 2016 Jan 8;10:3.

53. Jalai CM, Worley N, Marascalchi BJ, Challier V, Vira S, Yang S, Boniello AJ, Bendo JA, Lafage V, Passias PG. The Impact of Advanced Age on Peri-Operative Outcomes in the Surgical Treatment of Cervical Spondylotic Myelopathy: A Nationwide Study Between 2001 and 2010. Spine (Phila Pa 1976). 2016 Feb;41(3):E139-47.

54. Hamilton DK, Kanter AS, Bolinger BD, Mundis GM Jr, Nguyen S, Mummaneni PV, Anand N, Fessler RG, **Passias PG,** Park P, La Marca F, Uribe JS, Wang MY, Akbarnia BA, Shaffrey CI, Okonkwo DO. Reoperation rates in minimally invasive, hybrid and open surgical treatment for adult spinal deformity with minimum 2-year follow-up. International Spine Study Group (ISSG). Eur Spine J. 2016 Feb 24. [Epub ahead of print]

55. **Passias PG,** Klineberg EO, Jalai CM, Worley N, Poorman GW, Line B, Oh C, Burton DC, Kim HJ, Sciubba DM, Hamilton DK, Ames CP, Smith JS, Shaffrey CI, Lafage V, Bess S. Hospital Readmission Within 2 Years Following Adult Thoracolumbar Spinal Deformity Surgery: Prevalence, Predictors, and Effect on Patient-derived Outcome Measures. Spine (Phila Pa 1976). 2016 Sep;41(17):1355-64. doi: 10.1097/BRS.0000000000001552.

56. Hospital Readmission within Two Years Following Adult Thoracolumbar Spinal Deformity Surgery: Prevalence, Predictors, and Effect on Patient-Derived Outcome Measures. Spine (Phila Pa 1976). 2016 Mar 8. [Epub ahead of print]

57. Macagno AE, Hasan S, Jalai CM, Worley N, de Moura AB, Spivak J, Bendo JA, **Passias PG.** "Reverse Bohlman" technique for the treatment of high grade spondylolisthesis in an adult population. J Orthop. 2016 Jan 22;13:1-9.

58. De la Garza-Ramos R, Jain A, Kebaish KM, Bydon A, **Passias PG,** Sciubba DM. Inpatient morbidity and mortality after adult spinal deformity surgery in teaching versus nonteaching hospitals. J Neurosurg Spine. 2016 Mar 4:1-6. [Epub ahead of print]

59. De la Garza-Ramos R, **Passias PG,** Schwab FJ, Lafage V, Sciubba DM. The effect of July admission on inpatient morbidity and mortality after adult spinal deformity surgery. Int J Spine Surg. 2016 Jan 8;10:3.

60. **Passias PG,** Soroceanu A, Yang S, Schwab F, Ames C, Boniello A, Smith J, Shaffrey C, Boachie-Adjei O, Mundis G, Burton D, Klineberg E, Hart R, Hamilton DK, Sciubba DM, Bess S, Lafage V. Predictors of Revision Surgical Procedure Excluding Wound Complications in Adult Spinal Deformity and Impact on Patient-Reported Outcomes and Satisfaction: A Two-Year Follow-up. J Bone Joint Surg Am. 2016 Apr 6;98(7):536-43. PMID: 27053581

61. Diebo BG, Lafage R, Ames CP, Bess S, Obeid I, Klineberg E, Cunningham ME, Smith JS, Hostin R, Liu S, **Passias PG,** Schwab FJ, Lafage V, International Spine Study Group. Ratio of lumbar 3-column osteotomy closure: patient-specific deformity characteristics and level of resection impact correction of truncal versus pelvic compensation. Eur Spine J. 2016 Aug;25(8):2480-7. Epub 2016 Mar 22. PMID:27002615

62. Jalai CM, **Passias PG,** Lafage V, Smith JS, Lafage R, Poorman GW, Diebo B, Liabaud B, Neuman BJ, Scheer JK, Shaffrey CI, Bess S, Schwab F, Ames CP; International Spine Study Group (ISSG). A comparative analysis of the prevalence and characteristics of cervical malalignment in adults presenting with thoracolumbar spine deformity based on variations in treatment approach over 2 years. Eur Spine J. 2016 Apr 13. [Epub ahead of print].

63. Smith JS, Klineberg E, Shaffrey CI, Lafage V, Schwab FJ, Protopsaltis T, Scheer JK, Ailon T, Ramachandran S, Daniels A, Mundis G, Gupta M, Hostin R, Deviren V, Eastlack R, **Passias PG,** Hamilton DK, Hart R, Burton DC, Bess S, Ames CP International Spine Study Group. Assessment of Surgical Treatment Strategies for Moderate to Severe Cervical Spinal Deformity Reveals Marked Variation in Approaches, Osteotomies and Fusion Levels. World Neurosurg. 2016 [Epub ahead of print].

64. **Passias PG,** Oh J, Jalai CM, Worley N, Lafage R, Scheer JK, Klineberg EO, Hart RA, Kim HJ, Smith JS, Lafage V, Ames CP; International Spine Study Group (ISSG). Predictive Model for Cervical Alignment and Malalignment Following Surgical Correction of Adult Spinal Deformity. Spine. 2016 Apr 19. [Epub ahead of print]

65. McClelland S 3rd, Marascalchi BJ, **Passias PG,** Protopsaltis TS, Frempong-Boadu AK, Errico TJ. Impact of Race and Insurance Status on Surgical Approach for Cervical Spondylotic Myelopathy in the United States: a Population-Based Analysis. Spine. 2016 May 18. [Epub ahead of print].

66. De la Garza-Ramos R, Goodwin CR, Abu-Bonsrah N, Jain A, Miller EK, Neuman BJ, Protopsaltis TS, **Passias PG,** Sciubba DM. Prolonged length of stay after posterior surgery for cervical spondylotic myelopathy in patients over 65years of age. J Clin Neurosci. 2016 May 24. [Epub ahead of print].

67. De la Garza Ramos R, **Passias PG,** Schwab F, Bydon A, Lafage V, Sciubba DM. Incidence, Risk Factors, and Mortality of Reintubation in Adult Spinal Deformity Surgery. Clin Spine Surg. 2016 Jun 27. [Epub ahead of print].

68. Scheer JK, Ailon TT, Smith JS, Hart R, Burton DC, Bess S, Neuman BJ, **Passias PG,** Miller E, Shaffrey CI, Schwab F, Lafage V, Klineberg E, Ames CP. Predictive Modeling of Length of Hospital Stay Following Adult Spinal Deformity Correction: Analysis of 653 Patients With an Accuracy of 75% Within 2 Days. Neurosurgery. 2016 Aug;63 Suppl 1:166-7.

69. Mok JM, Martinez M, Smith HE, Sciubba DM, **Passias PG,** Schoenfeld A, Isaacs RE, Vaccaro AR, Radcliff KE. Impact of a Bundled Payment System on Resource Utilization During Spine Surgery. Association for Collaborative Spine Research Investigators. Int J Spine Surg. 10:19. 2016 May 16.

70. De la Garza Ramos R, Goodwin CR, Qadi M, Abu-Bonsrah N, Passias PG, Lafage V, Schwab F, Sciubba DM. The Impact of Smoking on 30-day Morbidity and Mortality in Adult Spinal Deformity Surgery. Spine (Phila Pa 1976). 2016 Jul 18. [Epub ahead of print]

71. McClelland S 3rd, Oren JH, Protopsaltis TS, **Passias PG.** Outpatient anterior cervical discectomy and fusion: A meta-analysis. J Clin Neurosci. 2016 Jul 27.

72. Day LM, Ramachandran S, Jalai CM, Diebo BG, Liabaud B, Lafage R, Protopsaltis T, **Passias** PG, Schwab FJ, Bess S, Errico TJ, Lafage V, Buckland AJ. Thoracolumbar Realignment Surgery Results in Simultaneous Reciprocal Changes in Lower Extremities and Cervical Spine. Spine (Phila Pa 1976). 2016 Oct 17.

73. Hamilton DK, Kong C, Hiratzka J, Contag AG, Ailon T, Line B, Daniels A, Smith JS, **Passias** P, Protopsaltis T, Sciubba D, Burton D, Shaffrey C, Klineberg E, Mundis G, Kim HJ, Lafage V, Lafage R,

Scheer J, Boachie-Adjei O, Bess S, Hart R. Patient Satisfaction after Adult Spinal Deformity Surgery Does Not Strongly Correlate with Health-Related Quality of Life Scores, Radiographic Parameters or Occurrence of Complications. Spine (Phila Pa 1976). 2016 Sep 29.

74. Vira S, Husain Q, Jalai C, Paul J, Poorman GW, Poorman C, Yoon RS, Looze C, Lonner B, **Passias** PG. The Interobserver and Intraobserver Reliability of the Sanders Classification Versus the Risser Stage. J Pediatr Orthop. 2016 Nov 17. [Epub ahead of print].

75. Jalai CM, Diebo BG, Cruz DL, Poorman GW, Vira S, Buckland AJ, Lafage R, Bess S, Errico TJ, Lafage V, **Passias PG.** The impact of obesity on compensatory mechanisms in response to progressive sagittal malalignment. Spine J. 2016 S1529-9430(16)31110-X. [Epub ahead of print].

76. Poorman GW, **Passias PG,** Buckland AJ, Jalai CM, Kelly M, Sciubba DM, Neuman BJ, Hamilton DK, Jain A, Diebo B, Lafage V, Bess S, Klineberg EO; International Spine Study Group (ISSG). Comparative Analysis of Peri-operative Outcomes Using Nationally Derived Hospital Discharge Data Relative to a Prospective Multi-center Surgical Database of Adult Spinal Deformity Surgery. Spine (Phila Pa 1976). [Epub ahead of print].

77. Full-Body Analysis of Age-Adjusted Alignment in Adult Spinal Deformity Patients and Lower-Limb Compensation. Jalai CM, Cruz DL, Diebo BG, Poorman G, Lafage R, Bess S, Ramachandran S, Day LM, Vira S, Liabaud B, Henry JK, Schwab FJ, Lafage V, **Passias** PG. Spine (Phila Pa 1976). 2016 Aug 23 [Epub ahead of print]

78. Morbidity of Adult Spinal Deformity Surgery in Elderly Has Declined Over Time. **Passias PG,** Poorman GW, Jalai CM, Neuman B, de la Garza-Ramos R, Miller E, Jain A, Sciubba D, McClelland S, Day L, Ramachadran S, Vira S, Diebo B, Isaacs E, Bono O, Bess S, Gerling M, Lafage V. Spine (Phila Pa 1976). 2017 Jan 4. [Epub ahead of print]

79. National Administrative Databases in Adult Spinal Deformity Surgery - A Cautionary Tale. Buckland AJ, Poorman G, Freitag R, Jalai C, Klineberg EO, Kelly M, **Passias PG.** Spine (Phila Pa 1976). 2017 Jan 6. [Epub ahead of print]

80. McClelland S 3rd, Marascalchi BJ, **Passias PG,** Protopsaltis TS, Frempong-Boadu AK, Errico TJ. Operative fusion of multilevel cervical spondylotic myelopathy: Impact of patient demographics. J Clin Neurosci. 2017 Jan 10. [Epub ahead of print] PMID: 28087188.

81. Gomez JA, Lafage V, Scuibba DM, Bess S, Mundis GM Jr, Liabaud B, Hanstein R, Shaffrey C, Kelly M, Ames C, Smith JS, **Passias PG,** Errico T, Schwab F; International Spine Study Group. Spine (Phila Pa 1976). 2017 Jan 16. [Epub ahead of print] PMID: 28098740.

82. Scheer JK, Ailon TT, Smith JS, Hart R, Burton DC, Bess S, Neuman BJ, **Passias PG,** Miller E, Shaffrey CI, Schwab F, Lafage V, Klineberg E, Ames CP. Predictive Modeling of Length of Hospital Stay Following Adult Spinal Deformity Correction: Analysis of 653 Patients With an Accuracy of 75% Within 2 Days. Neurosurgery. 2016 Aug 1;63(CN_suppl_1):166-167. PMID: 2817541.

83. Diebo BG, Jalai CM, Challier V, Marascalchi BJ, Horn SR, Poorman GW, Bono OJ, Cherkalin D, Worley N, Oh J, Naziri Q, Spitzer A, Radcliff K, Patel A, Lafage V, Paulino CB, **Passias PG.** Novel Index to Quantify the Risk of Surgery in the Setting of Adult Spinal Deformity: A Study on 10,912 Patients From the Nationwide Inpatient Sample. Clin Spine Surg. 2017 Feb 6. [Epub ahead of print] PMID: 28169941.

84. Cuellar J, **Passias P.** Cervical Spondylotic Myelopathy A Review of Clinical Diagnosis and Treatment. Bull Hosp Jt Dis (2013). 2017 Jan;75:21-29.

85. Bao H, Varghese J, Lafage R, Liabaud B, Diebo B, Ramchandran S, Day L, Jalai C, Cruz D, Errico T, Protopsaltis T, **Passias PG,** Buckland A, Qiu Y, Schwab F, Lafage V. Principal radiographic characteristics for cervical spinal deformity: A health-related quality of life analysis. Spine (Phila Pa 1976). 2017 Mar 8. [Epub ahead of print] PMID:

86. De la Garza Ramos R, Goodwin CR, **Passias PG,** Neuman BJ, Kebaish KM, Lafage V, Schwab F, Sciubba DM. Timing of Complications Occurring Within 30 Days After Adult Spinal Deformity Surgery. Spine Deform. 2017 Mar;5(2):145-150.

10

87. Bao H, Varghese J, Lafage R, Liabaud B, Diebo B, Ramchandran S, Day L, Jalai C, Cruz D, Errico T, Protopsaltis T, **Passias PG**, Buckland A, Qiu Y, Schwab F, Lafage V. Principal radiographic characteristics for cervical spinal deformity: A health-related quality of life analysis. Spine (Phila Pa 1976). 2017 Mar 8. [Epub ahead of print] PMID: 28277386

88. Poorman GW, Jalai CM, Boniello A, Worley N, McClelland S 3rd, **Passias PG.** Bone morphogenetic protein in adult spinal deformity surgery: a meta-analysis. Eur Spine J. 2017 Mar 9. [Epub ahead of print] PMID: 28281003

89. Smith JS, Shaffrey CI, Lafage R, Lafage V, Schwab FJ, Kim HJ, Scheer JK, Protopsaltis T, **Passias PG**, Mundis G, Hart R, Neuman B, Klineberg E, Hostin R, Bess S, Deviren V, Ames CP; ISSG. Three-column osteotomy for correction of cervical and cervicothoracic deformities: alignment changes and early complications in a multicenter prospective series of 23 patients. Eur Spine J. 2017 Mar 30. [Epub ahead of print] PMID: 28361367

90. Jalai CM, Wang C, Marascalchi BJ, Horn SR, Poorman GW, Bono OJ, Frempong-Boadu AK, **Passias PG**. Trends in the presentation, surgical treatment, and outcomes of tethered cord syndrome: A nationwide study from 2001 to 2010. J Clin Neurosci. 2017 Mar 22. pii: S0967-5868(17)30014-0. [Epub ahead of print] PMID: 28342704

91. **Passias PG**, Poorman GW, Jalai CM, Line B, Diebo B, Park P, Hart R, Burton D, Schwab F, Lafage V, Bess S, Errico T; International Spine Study Group. Outcomes of open staged corrective surgery in the setting of adult spinal deformity. Spine J. 2017 Mar 21. pii: S1529-9430(17)30099-2. [Epub ahead of print] PMID: 28341194

92. McClelland S 3rd, **Passias PG**, Errico TJ, Bess RS, Protopsaltis TS. Outpatient Anterior Cervical Discectomy and Fusion: An Analysis of Readmissions from the New Jersey State Ambulatory Services Database. Int J Spine Surg. 2017 Jan 10;11:3. PMID: 28377861

93. Smith JS, Line B, Bess S, Shaffrey CI, Kim HJ, Mundis G, Scheer JK, Klineberg E, O'Brien M, Hostin R, Gupta M, Daniels A, Kelly M, Gum JL, Schwab FJ, Lafage V, Lafage R, Ailon T, **Passias PG**, Protopsaltis T, Albert TJ, Riew KD, Hart R, Burton D, Deviren V, Ames CP, ISSG. The Health Impact of Adult Cervical Deformity in Patients Presenting for Surgical Treatment: Comparison to United States Population Norms and Chronic Disease States Based on the EuroQuol-5 Dimensions Questionnaire. Neurosurgery. 2017 Mar 24. [Epub ahead of print] PMID: 28368524

94. Smith JS, Shaffrey CI, Lafage R, Lafage V, Schwab FJ, Kim HJ, Scheer JK, Protopsaltis T, **Passias PG**, Mundis G, Hart R, Neuman B, Klineberg E, Hostin R, Bess S, Deviren V, Ames CP; ISSG. Three-column osteotomy for correction of cervical and cervicothoracic deformities: alignment changes and early complications in a multicenter prospective series of 23 patients. Eur Spine J. 2017 Mar 30. [Epub ahead of print] PMID: 28361367

95. Smith JS, Line B, Bess S, Shaffrey CI, Kim HJ, Mundis G, Scheer JK, Klineberg E, O'Brien M, Hostin R, Gupta M, Daniels A, Kelly M, Gum JL, Schwab FJ, Lafage V, Lafage R, Ailon T, **Passias PG**, Protopsaltis T, Albert TJ, Riew KD, Hart R, Burton D, Deviren V, Ames CP, ISSG. The Health Impact of Adult Cervical Deformity in Patients Presenting for Surgical Treatment: Comparison to United States Population Norms and Chronic Disease States Based on the EuroQuol-5 Dimensions Questionnaire. Neurosurgery. 2017 Mar 24. [Epub ahead of print]. PMID: 28368524

96. McClelland S 3rd, **Passias** PG, Errico TJ, Bess RS, Protopsaltis TS. Outpatient Anterior Cervical Discectomy and Fusion: An Analysis of Readmissions from the New Jersey State Ambulatory Services Database. Int J Spine Surg. 2017 Jan 10;11:3. PMID: 28377861

97. Gerling MC, Leven D, **Passias** PG, Lafage V, Bianco K, Lee A, Morgan TS, Lurie JD, Tosteson TD, Zhao W, Spratt KF, Radcliff K, Errico TJ. Risks Factors For Reoperation in Patients Treated Surgically for Degenerative Spondylolisthesis: A Subanalysis of the 8 Year Data From the SPORT Trial. Spine (Phila Pa 1976). 2017 Apr 10. [Epub ahead of print] PMID: 28399551

98. Goldschmidt E, Angriman F, Ferreyro B, Agarwal N, Zhou J, Chen K, Tempel ZJ, Gerszten PC, Kanter AS, Okonkwo DO, **Passias** P, Scheer J, Protopsaltis T, Lafage V, Lafage R, Schwab F, Bess S, Ames C,

11

Smith JS, Burton D, Hamilton DK; International Spine Study Group (ISSG). Design and Testing of 2 Novel Scores That Predict Global Sagittal Alignment Utilizing Cervical or Lumbar Plain Radiographs. Neurosurgery. 2017 Apr 17. [Epub ahead of print]. PMID: 28419292

99. **Passias PG**, Jalai CM, Smith JS, Lafage V, Diebo BG, Protopsaltis T, Poorman G, Ramchandran U, Bess H, Shaffrey CI, Ames CP, Schwab F; International Spine Study Group. Characterizing Adult Cervical Deformity and Disability Based on Existing Cervical and Adult Deformity Classification Schemes at Presentation and Following Correction. Neurosurgery. 2017 [Epub ahead of print] PMID: 28575457

100. Poorman GW, Jalai CM, Diebo B, Vira S, Buza J, Baker J, Tishelman J, Horn S, Bono O, Shenoy K, Hasan S, Paul J, Isaacs E, Kaye I, Atanda A, Buckland AJ, LaFage V, Errico T, **Passias** PG. Congenital Etiology is an Independent Risk Factor for Complications in Adolescents Undergoing Corrective Scoliosis Surgery: Comparison of In-hospital Comorbidities Using Nationwide KID's Inpatient Database. J Pediatr Orthop. 2017 Apr 24. doi: 10.1097/BPO.0000000000000990. [Epub ahead of print]. PMID: 28441279

101. **Passias PG**, Horn SR, Jalai CM, Poorman G, Bono OJ, Ramchandran S, Smith JS, Scheer JK, Sciubba DM, Hamilton DK, Mundis G, Oh C, Klineberg EO, Lafage V, Shaffrey CI, Ames CP; International Spine Study Group. Comparative analysis of perioperative complications between a multicenter prospective cervical deformity database and the Nationwide Inpatient Sample database. Spine J. 2017 May 17. pii: S1529-9430(17)30210-3. doi: 10.1016/j.spinee.2017.05.018. [Epub ahead of print] PMID: 28527757

102. Neuman BJ, Ailon T, Scheer JK, Klineberg E, Sciubba DM, Jain A, Zebala LP, **Passias PG**, Daniels AH, Burton DC, Protopsaltis TS, Hamilton DK, Ames CP. Development and Validation of a Novel Adult Spinal Deformity Surgical Invasiveness Score: Analysis of 464 Patients. Neurosurgery. 2017 [Epub ahead of print] PMID: 28586476

103. Bao H, Lafage R, Liabaud B, Elysée J, Diebo BG, Poorman G, Jalai C, **Passias PG**, Buckland A, Bess S, Errico T, Lenke LG, Gupta M, Kim HJ, Schwab F, Lafage V. Three types of sagittal alignment regarding compensation in asymptomatic adults: the contribution of the spine and lower limbs. Eur Spine J. 2017 [Epub ahead of print] PMID: 28589303

104. Protopsaltis TS, Lafage R, Vira S, Sciubba D, Soroceanu A, Hamilton K, Smith J, **Passias** PG, Mundis G, Hart R, Schwab F, Klineberg E, Shaffrey C, Lafage V, Ames C; ISSG. Novel Angular Measures of Cervical Deformity Account for Upper Cervical Compensation and Sagittal Alignment. Clin Spine Surg. 2017 Jun 23. [Epub ahead of print] PMID:28650879

105. Gerling MC, **Passias** P, Radcliff K, Isaacs R, Bianco K, Jalai CM, Worley NJ, Parmar J, Poorman GW, Horn SR, Moon JY, Arnold PM, Vaccaro AR. Two-Year Results of the Prospective Spine Treatment Outcomes Study: An Analysis of Complication Rates, Predictors of Their Development, and Effect on Patient Derived Outcomes at 2 Years for Surgical Management of Cervical Spondylotic Myelopathy. World Neurosurg. 2017 Jun 30. pii: S1878-8750(17)31044-6. [Epub ahead of print] No abstract available. PMID:28673888

106. **Passias PG**, Jalai CM, Line BG, Poorman GW, Scheer JK, Smith JS, Shaffrey CI, Burton DC, Fu KG, Klineberg EO, Hart RA, Schwab F, Lafage V, Bess S; ISSG. Patient profiling can identify adult spinal deformity (ASD) patients at risk for conversion from nonoperative to surgical treatment; initial steps to reduce ineffective ASD management. Spine J. 2017 Jul 5. pii: S1529-9430(17)30318-2. [Epub ahead of print] PMID: 28688984

107. Hamilton DK, Buza JA 3rd, **Passias** P, Jalai C, Kim HJ, Ailon T, Gupta M, Sciubba D, Jain A, Ames CP, Deviren V, Daniels A, Lafage V, Bess S, Klineberg E, Shaffrey CI, Smith JS, Hart R; International Spine Study Group. The Fate of Patients with Adult Spinal Deformity Incurring Rod Fracture After Thoracolumbar Fusion. World Neurosurg. 2017 Jul 20. pii: S1878-8750(17)31161-0. [Epub ahead of print] PMID: 28735127

108. Poorman GW, **Passias** PG, Buckland AJ, Jalai CM, Kelly M, Sciubba DM, Neuman BJ, Hamilton DK, Jain A, Diebo B, Lafage V, Bess S, Klineberg EO; International Spine Study Group (ISSG). Comparative

Analysis of Perioperative Outcomes Using Nationally Derived Hospital Discharge Data Relative to a Prospective Multicenter Surgical Database of Adult Spinal Deformity Surgery. Spine (Phila Pa 1976). 2017 Aug 1;42(15):1165-1171. PMID: 28742736

109. **Passias** PG, Jalai CM, Worley N, Vira S, Marascalchi B, McClelland S 3rd, Lafage V, Errico TJ. Adult Spinal Deformity: National Trends in the Presentation, Treatment, and Perioperative Outcomes From 2003 to 2010. Spine Deform. 2017 Sep;5(5):342-350. doi: 10.1016/j.jspd.2017.02.002. PMID: 28882352

110. McClelland S 3rd, Kim E, **Passias** PG, Murphy JD, Attia A, Jaboin JJ. Spinal stereotactic body radiotherapy in the United States: A decade-long nationwide analysis of patient demographics, practice patterns, and trends over time. J Clin Neurosci. 2017 Aug 29. pii: S0967-5868(17)30932-3. doi: 10.1016/j.jocn.2017.08.007. [Epub ahead of print] PMID: 28864408

111. **Passias** PG, Diebo BG, Marascalchi BJ, Jalai CM, Horn SR, Zhou PL, Paltoo K, Bono OJ, Worley N, Poorman GW, Challier V, Dixit A, Paulino C, Lafage V. A novel index for quantifying the risk of early complications for patients undergoing cervical spine surgeries. J Neurosurg Spine. 2017 Aug 25:1-7. doi: 10.3171/2017.3.SPINE16887. [Epub ahead of print]. PMID: 28841106

112. Jain A, Hassanzadeh H, Puvanesarajah V, Klineberg EO, Sciubba DM, Kelly MP, Hamilton DK, Lafage V, Buckland AJ, **Passias** PG, Protopsaltis TS, Lafage R, Smith JS, Shaffrey CI, Kebaish KM; International Spine Study Group. Incidence of perioperative medical complications and mortality among elderly patients undergoing surgery for spinal deformity: analysis of 3519 patients. J Neurosurg Spine. 2017 Aug 18:1-6. doi: 10.3171/2017.3.SPINE161011. [Epub ahead of print]. PMID: 28820363

113. McClelland Iii S, **Passias** PG, Errico TJ, Bess RS, Protopsaltis TS. Inpatient versus Outpatient Anterior Cervical Discectomy and Fusion: A Perioperative Complication Analysis of 259,414 Patients From the Healthcare Cost and Utilization Project Databases. Int J Spine Surg. 2017 Apr 3;11:11. doi: 10.14444/4011. eCollection 2017. PMID: 28765795

114. Worley N, Buza J, Jalai CM, Poorman GW, Day LM, Vira S, McClelland Iii S, Lafage V, **Passias** PG. Diabetes as an Independent Predictor for Extended Length of Hospital Stay and Increased Adverse Post-Operative Events in Patients Treated Surgically for Cervical Spondylotic Myelopathy. Int J Spine Surg. 2017 Apr 3;11:10. doi: 10.14444/4010. eCollection 2017. PMID: 28765794

115. Protopsaltis TS, Lafage R, Smith JS, **Passias** PG, Shaffrey CI, Kim HJ, Mundis GM, Ames CP, Burton DC, Bess S, Klineberg E, Hart RA, Schwab FJ, Lafage V; International Spine Study Group. The Lumbar Pelvic Angle (LPA), the Lumbar Component of the T1 Pelvic Angle, Correlates with HRQOL, PI-LL Mismatch and it Predicts Global Alignment. Spine (Phila Pa 1976). 2017 Jul 24. doi: 10.1097/BRS.0000000000002346. [Epub ahead of print] PMID: 28742755

116. **Passias** PG, Marascalchi BJ, Boniello AJ, Yang S, Bianco K, Jalai CM, Worley NJ, Horn SR, Lafage V, Bendo JA. Cervical spondylotic myelopathy: National trends in the treatment and peri-operative outcomes over 10years. J Clin Neurosci. 2017 Aug;42:75-80. doi: 10.1016/j.jocn.2017.04.017. Epub 2017 May 2. PMID: 28476459

117. Diebo BG, Jalai CM, Challier V, Marascalchi BJ, Horn SR, Poorman GW, Bono OJ, Cherkalin D, Worley N, Oh J, Naziri Q, Spitzer A, Radcliff K, Patel A, Lafage V, Paulino CB, **Passias** PG. Novel Index to Quantify the Risk of Surgery in the Setting of Adult Spinal Deformity: A Study on 10,912 Patients From the Nationwide Inpatient Sample. Clin Spine Surg. 2017 Aug;30(7):E993-E999. doi: 10.1097/BSD.0000000000000509. PMID: 28169941

118. Morton J, Vira S, Horn SR, Poorman GW, **Passias** PG. Is Idiopathic Scoliosis Idiopathic? Ann Neurol Surg. 2017; 1: 1004.

119. **Passias** PG, Jalai CM, Lafage V, Lafage R, Protopsaltis T, Ramchandran S, Horn S, Poorman G, Gupta M, Hart R, Deviren V, Sorocenu A, Smith JS, Schwab F, Shaffrey CI, Ames CP. Primary Drivers of Adult Cervical Deformity: Prevalence, Variations in Presentation, and Effect of Surgical Treatment Strategies on Early Postoperative Alignment. Neurosurgery 2017. doi:10.1093/neuros/nyx438.

120. Radcliff K, Jalai C, Vira S, Yang S, Boniello AJ, Bianco K, Oh C, Gerling M, Poorman G, Horn SR, Buza JA, Isaacs RE, Vaccaro AR, **Passias** PG. Two-Year Results of the Prospective Spine Treatment

Outcomes Study: Analysis of Postoperative Clinical Outcomes Between Patients with and without a History of Previous Cervical Spine Surgery. World Neurosurg 2018;109:e144–9. doi:10.1016/j.wneu.2017.09.122.

121. **Passias PG**, Poorman GW, Jalai CM, Diebo BG, Vira S, Horn SR, Baker JF, Shenoy K, Hasan S, Buza J, Bronson W, Paul JC, Kaye I, Foster NA, Cassilly RT, Oren JH, Moskovich R, Line B, Oh C, Bess S, LaFage V, Errico TJ. Incidence of Congenital Spinal Abnormalities Among Pediatric Patients and Their Association With Scoliosis and Systemic Anomalies. J Pediatr Orthop 2017. doi:10.1097/BPO.0000000000001066.

122. **Passias PG**, Jalai CM, Lafage V, Poorman GW, Vira S, Horn SR, Scheer JK, Hamilton DK, Line BG, Bess S, Schwab FJ, Ames CP, Burton DC, Hart RA, Klineberg EO. Recovery Kinetics of Radiographic and Implant-Related Revision Patients Following Adult Spinal Deformity Surgery. Neurosurgery 2017. doi:10.1093/neuros/nyx490.

123. **Passias PG**, Horn SR, Jalai CM, Ramchandran S, Poorman GW, Kim HJ, Smith JS, Sciubba D, Soroceanu A, Ames CP, Hamilton DK, Eastlack R, Burton D, Gupta M, Bess S, LaFage V, Schwab F. Cervical Alignment Changes in Patients Developing Proximal Junctional Kyphosis Following Surgical Correction of Adult Spinal Deformity. Neurosurgery 2017. doi:10.1093/neuros/nyx479.

124. **Passias PG**, Poorman GW, Segreto FA, Jalai CM, Horn SR, Bortz CA, Vasquez-Montes D, Diebo B, Vira S, Bono OJ, De La Garza-Ramos R, Moon JY, Wang C, Hirsch BP, Zhou PL, Gerling M, Koller H, Lafage V. Traumatic Fractures of the Cervical Spine: Analysis of Changes in Incidence, Cause, Concurrent Injuries, and Complications Among 488,262 Patients from 2005 to 2013. World Neurosurg 2018;110:e427–37. doi:10.1016/j.wneu.2017.11.011.

125. **Passias PG**, Jalai CM, Worley N, Vira S, Hasan S, Horn SR, Segreto FA, Bortz CA, White AP, Gerling M, LaFage V, Errico T. Predictors of Hospital Length of Stay and 30-Day Readmission in Cervical Spondylotic Myelopathy Patients: An Analysis of 3057 Patients Using the ACS-NSQIP Database. World Neurosurg 2018;110:e450–8. doi:10.1016/j.wneu.2017.11.009.

126. Bono OJ, Poorman GW, Foster N, Jalai CM, Horn SR, Oren J, Soroceanu A, Ramachandran S, Purvis TE, Jain D, Vira S, Diebo B, Line B, Sciubba DM, Protopsaltis TS, Buckland AJ, Errico TJ, Lafage V, Bess S, **Passias PG**. Body mass index predicts risk of complications in lumbar spine surgery based on surgical invasiveness. Spine J 2017. doi:10.1016/j.spinee.2017.11.015.

127. Ramchandran S, Protopsaltis TS, Sciubba D, Scheer JK, Jalai CM, Daniels A, **Passias PG**, Lafage V, Kim HJ, Mundis G, Klineberg E, Hart RA, Smith JS, Shaffrey C, Ames CP, International Spine Study Group. Prospective multi-centric evaluation of upper cervical and infra-cervical sagittal compensatory alignment in patients with adult cervical deformity. Eur Spine J Off Publ Eur Spine Soc Eur Sect Cerv Spine Res Soc 2018;27:416–25. doi:10.1007/s00586-017-5395-x.

128. Poorman GW, **Passias PG**, Horn SR, Frangella NJ, Daniels AH, Hamilton DK, Kim H, Sciubba D, Diebo BG, Bortz CA, Segreto FA, Kelly MP, Smith JS, Neuman BJ, Shaffrey CI, Lafage V, Lafage R, Ames CP, Hart R, Mundis GM, Eastlack R, International Spine Study Group. Despite worse baseline status depressed patients achieved outcomes similar to those in nondepressed patients after surgery for cervical deformity. Neurosurg Focus 2017;43:E10. doi:10.3171/2017.8.FOCUS17486.

129. Protopsaltis TS, Ramchandran S, Hamilton K, Sciubba D, **Passias PG**, Lafage V, Lafage R, Smith JS, Hart RA, Gupta M, Burton D, Bess S, Shaffrey C, Ames CP, International Spine Study Group. Analysis of Successful vs. Failed Radiographic Outcomes following Cervical Deformity Surgery. Spine (Phila Pa 1976) 2017. doi:10.1097/BRS.0000000000002524.

130. **Passias PG**, Bortz C, Horn S, Segreto F, Poorman G, Jalai C, Daniels A, Hamilton DK, Kim HJ, Sciubba D, Smith JS, Neuman B, Shaffrey C, Lafage V, Lafage R, Protopsaltis T, Ames C, Hart R, Mundis G, Eastlack R, International Spine Study Group. Drivers of Cervical Deformity Have a Strong Influence on Achieving Optimal Radiographic and Clinical Outcomes at 1 Year After Cervical Deformity Surgery. World Neurosurg 2017. doi:10.1016/j.wneu.2017.12.024.

131. Diebo BG, Beyer GA, Grieco PW, Liu S, Day LM, Abraham R, Naziri Q, **Passias PG**, Maheshwari AV, Paulino CB. Complications in Patients Undergoing Spinal Fusion After THA. Clin Orthop Relat Res 2018;476:412–7. doi:10.1007/s11999.0000000000000009.

132. Diebo BG, Lavian JD, Murray DP, Liu S, Shah N V, Beyer GA, Segreto FA, Bloom L, Vasquez-Montes D, Day LM, Hollern DA, Horn SR, Naziri Q, Cukor D, **Passias PG**, Paulino CB. The Impact of Comorbid Mental Health Disorders on Complications Following Adult Spinal Deformity Surgery with Minimum 2-Year Surveillance. Spine (Phila Pa 1976) 2018. doi:10.1097/BRS.0000000000002583.

133. **Passias PG**, Horn SR, Bortz CA, Ramachandran S, Burton DC, Protopsaltis T, Lafage R, Lafage V, Diebo B, Poorman G, Degreto F, Smith JS, Ames C, Shaffrey CI, Kim HJ, Neuman B, Daniels AH, Soroceanu A, Klineberg E, International Spine Study Group. The Relationship between Improvements in Myelopathy and Sagittal Realignment in Cervical Deformity Surgery Outcomes. Spine (Phila Pa 1976) 2018. doi:10.1097/BRS.0000000000002610.

**Meeting Poster/Podium Presentation:**

1. Novel Medical Image Matching Method for Measurement of In-vivo 6DOF Vertebral Kinematics: presented at International Meeting on Advanced Spine Techniques (IMAST), held in Paradise Island, Bahamas, July 11-14, 2007.
2. Novel Medical Image Matching Method for Measurement of In-vivo 6DOF Vertebral Kinematics: Podium presentation at ORS 2008.
3. Novel Medical Image Matching Method for Measurement of In-vivo 6DOF Vertebral Kinematics: Poster presented at NASS and 2008.
4. Operative vs. Non-operative Outcomes: Adult Scoliosis Patients Age over 65 at Two Years Follow-up. Paper #107 2008 SRS 43rd Annual Meeting.
5. Analysis of the Correlation Between Adjacent Segment Degeneration and Spinopelvic Alignment Following Surgical Treatment in Adult Scoliosis. Paper #113 2009 SRS 44th Annual Meeting.
6. In-vivo lumbar intervertebral disc geometric deformation during weight-bearing posture. Podium presentation at ORS 2009
7. Segmental In-vivo vertebral motion during functional human lumbar spine activities. Poster presented at ORS 2009
8. In vivo range-of-motion of the lumbar spinous processes. Poster presented at ORS 2009
9. Adult scoliosis in patients over 65 years of age: Outcomes of operative vs. non-operative treatment at a minimum two-year follow-up. Poster presented at ORS 2009
10. Range of motion and orientation of the lumbar facet joints in vivo. Podium presentation at ORS 2009
11. In vivo Disc Deformation During Functional Activities. Eposter NASS 2009
12. Lumbar Rotation in Discogenic Low Back Pain Patients during Functional Weightbearing Activities ORS 2010.
13. Poster Presntation - An approach to recurrent primary tumors of the mobile spine. Annual Meeting of the European Orthopaedic Research Society 2011.
14. Podium Presentation – An approach to recurrent primary tumors of the mobile spine. Muskuloskeletal Tumor Society Annual Meeting 2011.
15. Podium Presentation – An approach to recurrent primary tumors of the mobile spine. North American Spine Society Annual Meeting 2011.
16. Relationship Between the Alignment of the Occipitoaxial and Subaxial Cervical Spine in Patients With Congenital Atlantoxial Dislocations. Poster #: 0064-000066. Passias PG, Wang S, Kozanek M, Wang S, Wang C. Cervical Spine Research Society Annual Meeting Scottsdale, Arizona 2011
17. The Reversibility of Swan Neck Deformity in Chronic Atlantoaxial Dislocations. Passias PG, Wang S, Zhao D, Wang S, Kozanek M, Wang C, CSRS 40th Annual Meeting Chicago, Il. Podium Presentation #44.

18. The reversibility of swan neck deformities. AAOS poster presentation 2013.

19. Complications of Primary versus Revision Spinal Fusion for Adolescent Idiopathic Scoliosis. Goz V, Weinreb J, McCarthy, I, Passias PG, Lafage V, Errico TJ. NASS 2013 Podium Presentation #20.

20. Atlantoaxial Instability In Os Odontoideum: Etiology, Presentation, Surgical Treatment and Outcomes In A Series of 279 Cases. Zhao D, Passias PG, Wang S, Wang C, CSRS 41st Annual Meeting LA, California. Podium Presentation #9.

21. Dysphagia Following Anterior Cervical Diskectomy and Fusion: National Incidence and Risk Factors. AAOS 2014 Poster # P368.

22. The Inter and Intra Observer Reliability of the Sanders Classification versus the Risser Stage. AAOS 2014 Poster # P387.

23. Os Odontoideum: Etiology, Presentation, Surgical Treatment, and Outcomes in 279 Cases. AAOS 2014 Poster # P390.

24. Effectiveness of Postoperative Wound Drains in One- and Two-Level Cervical Spine Fusion. AAOS 2014 Poster # P371u77.

25. Comparative Analysis of Cauda Equina Syndrome (CES) Patients versus an Unaffected Population Undergoing Spinal Surgery. E-Poster presentation delivered at the 82nd annual meeting of the American Association of Neurological Surgeons; 2014 Apr 5-9; San Francisco, CA.

26. Comparative Analysis of Cauda Equina Syndrome (CES) Patients versus an Unaffected Population Undergoing Spinal Surgery. Poster presentation delivered at the 14th annual meeting of the International Society for the Advancement of Spine Surgery; 2014 Apr 30- May 2; Miami, FL.

27. Comparative Analysis of Cauda Equina Syndrome (CES) Patients versus an Unaffected Population Undergoing Spinal Surgery. E-Poster presentation delivered at the 7th annual meeting of the Lumbar Spine Research Society; 2014 May 1-2; Chicago, IL.

28. Podium Presentation #25. The presence of preoperative cervical deformity in adults spinal deformity patients is a strong predictor of inferior outcomes and failure to reach MCID at 2 year follow up: analysis of 235 patients. Ames CP, Passias PG, Soroceanu A, Schwab F, Shaffrey CI, Protopsaltis T, Lafage V, Smith JS. European CSRS, Pamplona, Spain 2014.

29. Podium Presentation #24: Risk of development of new onset post-operative cervical deformity (CD) in thoracolumbar adult spinal deformity (ASD) and effect on clinical outcomes at 2 year follow up. Soroceanu A, Passias PG, Schwab F, Protopsaltis T, Lafage V, Shaffrey CI, Smith JS, Ames CP. European CSRS, Pamplona, Spain 2014.

30. Poster #29. Post operative cervical deformity in 215 thoracolumbar adult spinal deformity patients: Prevelence risk factors and impact on patient-reported outcome and satisfaction at 2 year follow up. Passias PG, Smith JS, Soroceanu A, Schwab F, Shaffrey CI, Protopsaltis T, Lafage V, Ames CP. European CSRS, Pamplona, Spain 2014.

31. Presentation #36: Predictors of Revision Surgery in Adult Spinal Deformity and Impact on Patient-Reported Outcomes and Satisfaction Two-Year Follow Up. Passias PG, Smith JS, Soroceanu A, Schwab F, Shaffrey CI, Protopsaltis T, Lafage V, Ames CP.Imast 2014 Valencia, Spain.

32. Paper #99: Post-Operative Cervical Deformity in 215 Thoracolumbar Adult Spinal Deformity Patients: Prevalence, Risk Factors and Impact on Patient-Reported Outcome and Satisfaction at Two-Year Follow Up. Passias PG, Smith JS, Soroceanu A, Schwab F, Shaffrey CI, Protopsaltis T, Lafage V, Ames CP.Imast 2014 Valencia, Spain.

33. Paper #28: Risk of development of new onset post-operative cervical deformity (CD) in thoracolumbar adult spinal deformity (ASD) and effect on clinical outcomes at 2 year follow up. Soroceanu A, Passias PG, Schwab F, Protopsaltis T, Lafage V, Shaffrey CI, Smith JS, Ames CP. SRS Annual Meeting 2014, Anchorage, Alaska.

34. SRS Podium Presentation #29. The presence of preoperative cervical deformity in adults spinal deformity patients is a strong predictor of inferior outcomes and failure to reach MCID at 2 year follow up: analysis

of 235 patients. Ames CP, Passias PG, Soroceanu A, Schwab F, Shaffrey CI, Protopsaltis T, Lafage V, Smith JS. SRS Annual Meeting 2014, Anchorage, Alaska.

35. SRS Eposter #207: Selective versus Non-Selective Thoracic Fusion in Lenke 1C Curves: A Meta-Analysis of Baseline Characteristics and Postoperative Outcomes. Boniello A, Marascalchi B, Errico T, Lafage V, Passias PG. SRS Annual Meeting 2014, Anchorage, Alaska.

36. SRS Eposter #228: NIS: Revision Adult Spinal Deformity Surgery Associated with Greater Morbidity and Length of Stay. Peter G. Passias, Bryan Marascalchi, Thomas Errico. SRS Annual Meeting 2014, Anchorage, Alaska.

37. Podium Presentation #40: Predictors of Revision Surgery in Adult Spinal Deformity and Impact on Patient-Reported Outcomes and Satisfaction Two-Year Follow Up. Passias, PG, ISSG. NASS 2014 San Franciso, USA.

38. Podium Presentation #74. The presence of preoperative cervical deformity in adults spinal deformity patients is a strong predictor of inferior outcomes and failure to reach MCID at 2 year follow up: analysis of 235 patients. Ames CP, Passias PG, Soroceanu A, Schwab F, Shaffrey CI, Protopsaltis T, Lafage V, Smith JS. NASS 2014 San Franciso, USA.

39. Podium Presentation #75: Post-Operative Cervical Deformity in 215 Thoracolumbar Adult Spinal Deformity Patients: Prevalence, Risk Factors and Impact on Patient-Reported Outcome and Satisfaction at Two-Year Follow Up. Passias PG, ISSG. NASS 2014 San Franciso, USA.

40. Podium Presentation #141. Risk Factors for Reoperation in Patients Treated Surgically for Lumbar Stenosis: A Sub-analysis of the Eight-Year Data from the SPORT Trial. Leven D, Passias PG, Errico TJ, Bianco K, Lee AA, Lurie JD, Zhao W, Spratt KF, Gerling MC. NASS 2014 San Franciso, USA.

41. Risk Factors for Reoperation in Patients Treated Surgically for Degenerative Spondylolisthesis: A Subanalysis of the Eight-Year Data from the SPORT Trial. Gerling MC, Leven D, Lafage, V, Passias PG, Errico TJ, Bianco K, Lee AA, Lurie JD, Zhao W, Spratt KF, Errico, TJ. NASS 2014 San Franciso, USA.

42. Podium Presentation #152. Are Established Targets for Spinal Deformity Correction Valid? Pre- to Postoperative Analysis Using the T1 Pelvic Angle (TPA): A Novel Radiographic Parameter of Sagittal Deformity International Spine Study Group. Protopsaltis TS, Boniello AJ, Smith JS, MD, Passias PG, Shaffrey CI, Boachie-Adjei O, Mundis Jr. GM, Ames C, Errico T, Bess S, Gupta MC, Hart R, Schwab FJ, Lafage V. NASS 2014 San Franciso, USA.

43. Podium Presentation #153. The Lumbar Pelvic Angle (LPA), the Lumbar Component of the Fan of Spinopelvic Alignment, Correlates With HRQOL and PI-LL Mismatch and Predicts Global Alignment International Spine Study Group. Protopsaltis TS, Bianco K, Smith JS, MD, Passias PG, Shaffrey CI, Kim HJ, Mundis Jr. GM, Ames CP, Burton DC, Bess S, Klineberg EO, Hart RA, Schwab FJ, Lafage V. NASS 2014 San Franciso, USA.

44. Podium Presentation #192. Risk Factors for Reoperation in Patients Treated Surgically for Intervertebral Disc Herniations: A Subanalysis of the Eight-Year Data from the SPORT Trial. Leven DM, Passias PG, Errico TJ, Lafage V, Bianco K, Lee AA, Lurie JD, Zhao W, Spratt KF, Gerling MC. NASS 2014 San Franciso, USA.

45. Poster #1: Comparative Analysis of Cauda Equina Syndrome (CES) Patients versus an Unaffected Population Undergoing Spinal Surgery. Passias PG, Marascalchi B, Goz V, Weinreb J, Joo L, Errico T. NASS Annual Meeting 2014, San Francisco, USA.

46. Poster #2: Comparative Analysis of Cauda Equina Syndrome (CES) Patients Treated with Fusion versus Decompression. Passias PG, Marascalchi B, Joo L, Errico T. NASS Annual Meeting 2014, San Francisco, USA.

47. Poster #43: Pre-operative Cervical Hyperlordosis and Increased C2-T3 Angle are Correlated to Increased Risk of Postoperative Pelvic Malalignement in Adult Spinal Deformity Patients at Two-Years Follow-up. Passias PG, Yang S, Soroceanu A, Schwab F, Protopsaltis T, Lafage V, Shaffrey CI, Smith JS, Ames CP. NASS Annual Meeting 2014, San Francisco, USA.

48. Poster #44: Risk of development of new onset post-operative cervical deformity (CD) in thoracolumbar adult spinal deformity (ASD) and effect on clinical outcomes at 2 year follow up. Soroceanu A, Passias PG, Schwab F, Protopsaltis T, Lafage V, Shaffrey CI, Smith JS, Ames CP. NASS Annual Meeting 2014, San Francisco, USA.

49. Podium #452: Atlantoaxial Fixed Dislocation: Report on a Series of 32 Pediatric Cases. Wang S, **Passias PG,** Yang S, Wang C. AAOS Annual Meeting 2015, Las Vegas, USA

50. Podium #556: Congenital "Sandwich" Atlantoaxial Instability: Report on a Series of 239 Pediatric Cases. Wang S, **Passias PG,** Yang S, Wang C. AAOS Annual Meeting 2015, Las Vegas, USA.

51. Podium #727: Risk of Development of New Onset Postoperative Cervical Deformity (CD) in Thoracolumbar Adult Spinal Deformity (ASD) and Effect on Clinical Outcomes at Two-Year Follow-Up. Soroceanu A, **Passias PG,** Boniello A, Scheer JS, Schwab F, Shaffrey C, Kim HJ, Protopsaltis T, Mundis G, Gupta M, Klineberg E, Lafage V, Smith JS, ISSG. AAOS Annual Meeting 2015, Las Vegas, USA.

52. Poster #310: The Impact of Advanced Age on Peri-Operative Outcomes in the Surgical Treatment of Cervical Spondylotic Myelopathy. Macagno A, Marascalchi BJ, **Passias PG,** Yang S, Boniello A, Bianco K, Gerling MC, Bendo JA. ISASS Annual Meeting 2015, San Diego, USA.

53. Paper #16: Predictors of Length of Hospital Stay and 30-Day Readmission in Cervical Spondylotic Myelopathy Patients: An Analysis of 3057 Patients Using the American College of Surgeons Database. **Passias PG,** Jalai CM, Worley N, Vira S, Gering M, Lafage V, Errico TJ. IMAST Annual Meeting 2015, Kuala Lumpur, Malaysia

54. Paper #81: Predictors of Length of Hospital Stay and 30-Day Readmission in Adult Spinal Deformity Patients: An Analysis of 963 Patients Using the American College of Surgeons Database. **Passias PG,** Worley N, Jalai CM, Vira S, Gering M, Lafage V, Errico TJ. IMAST Annual Meeting 2015, Kuala Lumpur, Malaysia

55. Paper #101: Adult Spinal Deformity: National Trends in the Presentation, Treatment and Peri-Operative Outcomes from 2003-2010. **Passias PG,** Jalai CM, Worley N, Marascalchi B, Lafage V, Errico TJ. IMAST Annual Meeting 2015, Kuala Lumpur, Malaysia

56. Paper #68: Atlantoaxial Rotatory Fixed Dislocation: Report on a Series of 32 Pediatric Cases. **Passias PG,** Wang S, MD; Worley N, MS; Jalai C, BA; Wang C, MD. Scoliosis Research Society Annual Metting, Minneapolis, U.S., 2015.

57. Paper #90: Regional Thoracic and Lumbar Sagittal Cobb Angle Changes and UIV Determine Evolution of Cervical Alignment After ASD Surgery: Series of 171 Patients with Two-Year Follow Up. Neuman BJ, Jain A, Sciubba DM, Klineberg EO, Kim HJ, Zebala LP, Mundis GM, Lafage V, **Passias PG,** Lafage R, Protopsaltis TS, Hamilton DK, Scheer JK, Ames CP, International Spine Study Group. Scoliosis Research Society Annual Metting, Minneapolis, U.S., 2015.

58. Paper #96: Development of New Onset Cervical Deformity in Non-Operative ASD Patients with Three-Year Follow Up. **Passias PG,** Jalai C, Worley N, Scheer JK, Soroceanu A, Protopsaltis TS, Klineberg EO, Sciubba DM, Neuman BJ, Kim HJ, Hamilton DK, Smith JS, Lafage V, Ames CP, International Spine Study Group. Scoliosis Research Society Annual Metting, Minneapolis, U.S., 2015.

59. Paper #9: Surgical Management of Cervical Myelopathy: An Analysis of Patient Characteristics, Surgical Procedures, Complication Rates and Risk Factors. **Passias PG,** Radcliff KE, Isaacs RE, Bianco K, Jalai C, Worley N, Vaccaro AR, Gerling MC. NASS Annual Meeting, Chicago, US, 2015.

60. Paper #42: Adjacent Segment Pathology Correlated with HRQOL following Cervical Laminoplasty Versus Posterior Cervical Decompression and Fusion. Lafage V, Protopsaltis TS, Amitai A, Boniello AJ, Spiegel M, Lafage R, Challier V, Trimba Y, Ferrero E, Smith M, **Passias PG,** Kim Y, Razi A, Moskovich R. NASS Annual Meeting, Chicago, U.S., 2015.

61. Paper #47: Nonoperative Treatment Modalities Prior to Cervical Surgery Affect Patient Outcomes: An Analysis of 1522 Patients. Passias PG, Gerling MC, Isaacs RE, Worley N, Jalai CM, Bianco K, Radcliff KE, Vaccaro AR, MD. NASS Annual Meeting, Chicago, U.S., 2015.

62. Paper #121: Identifying Preoperative Thoracic Compensation and Predicting Postoperative Reciprocal Thoracic Kyphosis and PJK International Spine Study Group; Protopsaltis T, Diebo BG, Lafage R, Smith JS, Scheer JK, Sciubba DM, **Passias PG**, Kim HJ, Hamilton DK, Soroceanu A, O'Brien MF, Klineberg EO, Ames CP, Shaffrey CI, Bess RS, Schwab FJ, Lafage V. NASS Annual Meeting, Chicago, U.S., 2015.

63. Paper #123: Can Measurements on Cervical Radiographs Predict Concurrent Thoracolumbar Deformity and Provide a Threshold for Acquiring Full-Length Spine Radiographs? International Spine Study Group; Klineberg EO, Carlson BB, Protopsaltis TS, **Passias PG**, Smith JS, Ames CP, Hostin RA, Jr., Gupta MC, Lafage V, Mundis Jr. GM, Kelly MP, Hart RA, Schwab FJ, Burton DC. NASS Annual Meeting, Chicago, U.S., 2015.

64. Paper #144: Adult Scoliosis Deformity (ASD) Surgery: Comparison of One Versus Two Attending Surgeons' Clinical Outcomes International Spine Study Group; Gomez J, Lafage V, Sciubba DM, Bess RS, Mundis Jr. GM, Liabaud B, Shaffrey CI, Kelly, Ames CP, Smith JS, **Passias PG**, Burton DC, Errico TJ, Schwab FJ. NASS Annual Meeting, Chicago, U.S., 2015.

65. Paper #156: Cervical Deformity Surgery does not Result in Acute Postoperative Dysphagia: Preliminary Results from a Prospective Cervical Deformity Study International Spine Study Group; Smith JS, Iyer S, Kim HJ, Kelly MP, Hart RA, Gupta MC, Hamilton DK, Neuman BJ, Protopsaltis TS, Mundis Jr. GM, Lafage V, **Passias PG,** Klineberg EO, Ames CP. NASS Annual Meeting, Chicago, U.S., 2015.

66. Paper #172: Atlantoaxial Rotatory Fixed Dislocation: Report on a Series of 32 Pediatric Cases. **Passias PG,** Worley N, Jalai CM, Wang C. NASS Annual Meeting, Chicago, U.S., 2015.

67. Poster #17: Patients Incurring Multiple Complications following Adult Spinal Deformity (ASD) Surgery Demonstrate an Additive Effect Resulting in Incremental Worsening of Health Related Quality of Life (HRQOL) International Spine Study Group; Hamilton DK, Carlson BB, Klineberg EO, Bess RS, Hart RA, Burton DC, Keefe MK, Scheer JK, Ames CP, Smith JS, **Passias PG**, Protopsaltis TS, Soroceanu A, Sciubba DM, Kim HJ, Lafage V, Mundis Jr. GM, Schwab FJ. NASS Annual Meeting, Chicago, U.S., 2015.

68. Poster #32: Dedicated Surgical Measurement Software (SMS) Helps Obtain Sagittal and Pelvic Parameters More Reliably Than PACS International Spine Study Group; Gupta MC, Henry J, Schwab FJ, Klineberg EO, Smith JS, Gum JL, Polly Jr. DW, Liabaud B, Diebo BG, Hamilton DK, Eastlack RK, **Passias PG,** Burton DC, Protopsaltis TS. NASS Annual Meeting, Chicago, U.S., 2015.

69. Poster #95: Prospective Multicenter Assessment of Early Complication Rates Associated with Adult Cervical Deformity Surgery in 78 Patients International Spine Study Group; Smith JS, Lafage V, Shaffrey CI, Protopsaltis TS, **Passias PG,** Schwab FJ, Gupta MC, O'Brien MF, Hostin Jr RA., Mundis Jr. GM, Eastlack RK, Burton DC, Hart RA, Daniels A, Kim HJ, Klineberg EO, Bess RS, Deviren V, Albert TJ, Riew D, Ames CP. NASS Annual Meeting, Chicago, U.S., 2015.

70. Poster #110: Analysis of Postoperative Clinical Outcomes between Patients with and without History of Cervical Spine Surgery: A Multicenter Study of 1286 Patients of Two-Year Follow-Up. **Passias PG,** Radcliff KE, Gerling MC, Jalai C, Worley N, Bianco K, Isaacs RE, Vaccaro AR. NASS Annual Meeting, Chicago, U.S., 2015.

71. Poster #131. Adult Spinal Deformity: National Trends in the Presentation, Treatment and Perioperative Outcomes from 2003-2010. **Passias PG**, Jalai C, Worley C, Marascalchi BJ, Lafage V, Errico TJ. NASS Annual Meeting, Chicago, U.S., 2015.

72. Presentation #77. Cervical Deformity Surgery does not Result in Acute Post-Operative Dysphagia: Preliminary Results from a Prospective Cervical Deformity Study. Kim HJ, MD, Iyer S, Smith JS, Kelly MP, O'Brien MF, Gupta M, Albert TJ, Protopsaltis TS, Mundis GM, **Passias PG,** Klineberg EO, Ames CP, International Spine Study Group. CSRS Annual Meeting, San Diego, US, 2015.

73. Presentation #82. Regional Thoracic and Lumbar Sagittal Cobb Angle Changes and UIV Determine Evolution of Cervical Alignment after ASD Surgery: Series of 171 Patients with Two Year Follow Up. Neuman BJ, Jain A, Sciubba DM, Klineberg EO, Kim HJ, Zebala LP, Mundis GM, Lafage VC, **Passias PG**, Lafage R, Protopsaltis TS, Hamilton DK, Scheer JK, Ames CP, International Spine Study Group. CSRS Annual Meeting, San Diego, US, 2015.

74. Presentation #86. An Approach to Primary Tumors of the Upper Cervical Spine with Total Spondylectomy using a Combined Approach: Our Experience with 19 Cases. Wei F, Liu Z, Liu X, Jiang L, Dang G, **Passias PG**, Yu M, Wu FL, Dang L. CSRS Annual Meeting, San Diego, US, 2015.

75. E-Poster #22: Predictive Model for Cervical Alignment Outcomes following Surgical Correction of Adult Spinal Deformity. **Passias PG**, Oh C, Jalai CM, Worley NJ, Lafage R, Scheer JK, Klineberg EO, Hart RA, Kim HJ, Smith JS, Lafage VC, Ames CP, International Spine Study Group. CSRS Annual Meeting, San Diego, US, 2015.

76. E-Poster #39: Identifying Predictors of Upper Body Post-Operative Pain and Disability Improvement in Surgical Cervical Spine Radiculopathic Patients. **Passias PG**, Radcliff KE, Isaacs RE, Bianco K, Jalai CM, Worley NJ, Arnold PM, Hsieh PC, Vaccaro AR, Gerling MC. CSRS Annual Meeting, San Diego, US, 2015.

77. Podium #48: Diabetes as a Predictor for Extended Hospital Stay and Complications in Surgical CSM Patients Worley N, Jalai C, Vira S, Wang S, Errico T, Gerling M, **Passias PG.** AAOS Annual Meeting Orlando, Florida 2016.

78. Podium #53: A Novel Index for Quantifying the Surgical Risk for Patients with

79. Cervical Spine Disorders. **Passias PG,** Marascalchi BJ, Diebo B, Worley N, Kalai C, Lafage V. AAOS Annual Meeting Orlando, Florida 2016.

80. Podium #55: Prospective Multicenter Assessment of Early Complication Rates Associated with ACD Surgery in 78 Patients. Smith JS, Lafage V, Shaffrey CI, Protopsaltis TS, **Passias PG,** Klineberg EO, Riew KD, Ames C, ISSG. AAOS Annual Meeting Orlando, Florida 2016.

81. Podium #56: Length of Stay and 30-Day Readmission Predictors in CSM

82. Patients: Analysis of 3,057 ACS-NSQIP Patients. **Passias PG,** Jalai C, Worley N, Vira S, Gerling M, Lafage V, Errico TJ. AAOS Annual Meeting Orlando, Florida 2016.

83. Podium #58: Predictors of Upper Body Post-Operative Pain/Disability in

84. Surgical Cervical Radiculopathic Patients. **Passias PG**, Radcliff, Isaacs RE, Bianco K, Jalai C, Arnold PM, Hsieh PC, Vaccaro A. AAOS Annual Meeting Orlando, Florida 2016.

85. Podium #723: Ratio of Disability to Deformity Burden in 264 Adult Spinal

86. Deformity Patients with 2-year Follow-up. Scheer J, Gum J, Kelly MP, Schwab FJ, Hostin RA, Lafage V, Smith JS, **Passias PG,** Ames C, ISSG. AAOS Annual Meeting Orlando, Florida 2016.

87. Podium #537: Kim K, DenHaese R, Hill C, Strenge B, de Moura A, Kranenburg A, Bennis M, Cappucino A, Thaiyananthan T, Arnold P, **Passias PG**, Beijin B, Moore C, Martineck S, Ferry C, Martin K. Anterior vs. Lateral Circumferential Lumbar Fusion: 1-year Outcomes from a Prospective Multi-Center Study. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

88. Podium # 129: Impact of Race and Insurance Status on Surgical Approach for Cervical Spondylotic Myelopathy in the United States: A Population-based Analysis. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

89. Podium #277: **Passias PG**, Oh C, Jalai C, Worley N, Lafage R, Scheer J, Klineberg E, Hart R, Kim HJ, Smith J, Lafage V, Ames C, ISSG. Predictive Model For Cervical Alignment Following Surgical Correction of Adult Spinal Deformity. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

90. Podium #278: **Passias PG**, Jalai C, Worley N, Scheer J, Soroceanu A, Protopsaltis T, Klineberg E, Sciubba D, Neuman B, Kim HJ, Hamilton DK, Smith J, Lafage V, Ames C, ISSG. Development of New Onset Cervical Deformity in Non-Operative ASD Patients with 3-Year Follow-Up. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

91. Podium #283: **Passias PG**, Jalai CM, Worley N, Poorman GW, Vira S, Hasan S, White A, Gerling M, Lafages V, Errico T. Predictors of Hospital Length of Stay and 30-Day Readmission in Cervical Spondylotic Myelopathy Patients: An Analysis of 3057 Patients Using the ACS-NSQIP Database. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

92. Oral Poster #343: Jalai C, **Passias PG**, Worley N, Vira S, Poorman G. Surgical Site Infections After CSM Treatment: Prevalence, Predictors, and Influence on Peri-Operative Outcomes. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

93. Paper #344: Worley N, Jalai C, Poorman G, Vira S, Wang S, Errico T, Gerling M, **Passias PG**. Diabetes as a Predictor for Extended Hospital Stay amd Complications in Surgically Treated CSM Patients. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

94. Paper #671: Protopsaltis T, Diebo B, Lafage R, Smith J, Sciubba D, **Passias PG**, Klinberg E, Burton D, Ames C, Schaffrey C, Bess S, Hart R, Schwab F, Lafage V, ISSG. Identifying Thoracic Compensation and Predicting Reciprocal Thoracic Kyphosis and PJK. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

95. Paper #687: Lafage R, Lafage V, Protopsaltis T, Hart R, **Passias PG**, Klineberg E, Smith J, Neuman B, Hamilton DK, Jain A, Mundis G, Zabala L, Schaffrey C, Ames C. ISASS Annual Meeting Las Vegas Nevada, US. 2016.

96. Paper #25: Intraoperative Fluid Administration During Multi-Level Spine Surgery Impacts Extubation Status: A Propensity Score Matched Analysis. Ramchandran S, Day LM, Line B, Cruz DL, Buckland AJ, Bendo JA, **Passias PG,** Protopsaltis TS, Oren JH, Spivak JM, Goldstein J, Huncke T; Errico TJ, Bess S. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

97. Paper #42: Neurological Complications in Adult Cervical Deformity Surgery. Kim HJ, Bao H, Iyer S, Smith JS, Kelly MP, Gupta MC, Albert TJ, Protopsaltis TS, Mundis Jr. GM, **Passias PG**, Klineberg EO, Lafage V, Ames CP, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

98. Paper #54: Analysis of Early Distal Junctional Kyphosis (DJK) after Cervical Deformity Correction. Protopsaltis TS, Ramchandran S, Kim HJ, Neuman BJ, **Passias PG,** Lafage V, Lafage R, Gupta MC, Hart RA, Smith JS, Schwab FJ, Bess RS, Shaffrey CI, Ames CP, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

99. Paper #88: Rates of Recovery and Outcomes after Neurologic Complications in Adult Spinal Deformity Surgery. Kim HJ, Iyer S, Schwab FJ, Protopsaltis TS, **Passias PG**, Hostin R, Mundis Jr., GM, Deviren V, Shaffrey CI, Kebaish KM,  Smith JS, Bess RS, Ames CP, Klineberg EO, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

100. Paper #107: National Adminstrative Databases in Adult Spinal Deformity Surgery - A Cautionary Tale. Buckland AJ, Poorman GW, Jalai CM, Klineberg EO, Kelly MP, **Passias PG,** International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

101. Paper #116: Full-Body Analysis of Age-Adjusted Alignment in Adult Spinal Deformity Patients and Lower-Limb Compensation. Jalai CM, Cruz DL, Diebo BG, Poorman GW, Lafage R, Bess RS, Ramchandran S, Day LM,  Vira S, Liabaud B, Henry JK, Schwab FJ, Lafage V, **Passias PG.** Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

102. Paper #123: Measurement of Spinopelvic Angles on Prone Intraoperative Long-cassette Lateral Radiographs Predict Postoperative Standing Global Alignment in Adult Spinal Deformity Surgery. Oren J, Day LM, Baker J, Foster NA, Moses MJ, Ramchandran S, Cruz DL, Jalai CM, Poorman GW, Cassilly R, Buckland AJ, **Passias PG,** Bess RS, Errico TJ, Protopsaltis TS. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

103. Paper #125: An Updated Analysis of Gravity Line with Pelvic and Lower Limb Compensation: Now Where Do We Stand? Lafage V, Obeid I, Lafage R, Liabaud B, Jeffrey J Varghese JJ, Bao H, Elysée JC, Day LM, Cruz DL, Ramchandran S, Bess RS, MD; Protopsaltis TS, **Passias PG,** Buckland AJ, Schwab FJ. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

104. Paper #13: Title: Endoscopic Percutaneous Diskectomy Does Not Decrease Complications, Readmission, or Length of Stay in 522 Patients. **Passias PG,** Poorman GW, Gerling MC. Society for Minimally Invasive Spine Surgery Annual Forum, Las Vegas, USA, 2016.

105. Paper #23: Proximal Junctional Kyphosis (PJK) Can be Predicted Following Adult Spinal Deformity (ASD) Surgery: Models Based on Regional Alignment Changes within the Fusion Area. Liabaud B, Lafage R, Hart R, Schwab F, Smith J, Kim HJ, Hostin R, **Passias PG,** Ames CP, Mundis GM, Burton DC, Burton DC, Bess S, Klineberg EO, Lafage V, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

106. Paper #46: Analysis of Successful versus Failed Radiographic Outcomes Following Cervical Deformity Surgery. Protopsaltis TS, Ramchandran S, Hamilton KH, Sciubba DM, Soroceanu A, Jain A, **Passias PG,** Lafage V, Lafage R, Smith JS, Hart RA, Gupta M, Burton DC, Bess S, Shaffrey CI, Ames CP, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

107. Paper #52: An Updated Analysis of Gravity Line with Pelvic and Lower Limb Compensation: Now Where Do We Stand? Lafage V, Obeid I, Lafage R, Liabaud B, Varghese J, Bao H, Elysee J, Day L, Cruz D, Ramchandran S, Bess S, Protopsaltis TS, **Passias PG,** Buckland A, Schwab FJ. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

108. Paper #74: National Administrative Databases in Adult Spinal Deformity Surgery: A Cautionary Tale. Buckland AJ, Poorman GW, Jalai CM, Klineberg EO, Kelly MP, **Passias PG,** ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

109. Paper #81: Trends in the Presentation, Surgical Treatment and Outcomes of Tethered Cord Syndrome: A Nationwide Study from 2001-2010. Jalai CM, Poorman GW, **Passias PG.** North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

110. Paper #86: Thresholds of Body Mass Index as a Predictor of Morbidity in Lumbar Spinal Surgery Based on Surgical Invasiveness. Poorman GW, Jalai CM, Soroceanu A, Line B, Bess S, Vira S, Diebo B, Ramachandran S, Foster N, Oren O, Protopsaltis T, Errico TJ, Buckland AJ, Lafage V, **Passias PG.** North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

111. Paper #88: The Impact of Radiculopathy on Patients Reported Outcomes: A Propensity Matched Study on 386 Adult Spinal Deformity Patients with and without Leg Pain. Lafage R, Scheer J, Liabaud B, Schwab FJ, Smith J, **Passias PG,** Hostin RA, Ames CP, Mindis GM, Burton DC, Kim HJ, Bess S, Klineberg EO, Lafage V, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

112. Paper #90: Analysis of Lumbar Flexibility on Supine MRI and CT May Reduce the Need for More Invasive Spinal Osteotomy in Adult Spinal Deformity Surgery. Baker JF, Day LM, Oren J, Moses MJ, Poorman GW, Buckland AJ, **Passias PG,** Lafage V, Schwab FJ, Bess S, Errico TJ, Protopsaltis TS. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

113. Paper #138: Primary Drivers of Cervical Deformity: Prevalence and Effect of Surgical Treatment Strategies on Post-operative Alignment. **Passias PG,** Jalai CM, Lafage V, Lafage R, Protopsaltis TS, Ramachandran S, Gupta M, Hart R, Deviren V, Soroceanu A, Smith J, Schwab FJ, Schaffrey CI, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

114. Paper #139: Neurological Complications in Adult Cervical Deformity Surgery. Kim HJ, Bao H, Iyer S, Smith J, Kelly MP, Gupta MC, Albert TJ, Protopsaltis TS, Mundis GM, **Passias PG,** Klineberg EO, Lafage V, Ames CP, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

115. Paper #140: The Posterior Use of BMP-2 in Cervical Deformity Surgery Does Not Result in Increased Complications: A Prospective Multicenter Study. Kim HJ, Bao H, Iyer S, Smith J, Gupta MC, Albert TJ, Protopsaltis TS, Mundis GM, **Passias PG,** Neuman BJ, Klineberg EO, Lafage V, Ames CP, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

116. Paper #144: Cervical Deformity Surgery Does Not Result in Postoperative Dysphagia: A Prospective Cohort Study. Kim HJ, Bao H, Iyer S, Smith J, Kelly M, Gupta MC, Albert TJ, Protopsaltis TS, Mundis GM, **Passias PG,** Neuman BJ, Klineberg EO, Lafage V, Ames CP, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

117. Paper #202: Predictive Model for Patient-Reported Outcomes Scores Following Cervical Spine Deformity Surgical Correction. **Passias PG,** Oh C, Jalai CM, Poorman GW, Lafage R, Diebo B, Scheer J,

Smith J, Schaffrey CI, Protopsaltis TS, Kim HJ, Hart R, Lafage V, Ames C, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

118. Paper #203: Three-Column Osteotomy for Correction of Cervical Deformity: Alignment Changes and Early Complications in a Multicenter Prospective Series of 24 Patients. Smith J, Shaffrey C, Kim HJ, Neuman BJ, Klineberg EO, Schwab F, Lafage V, Lafage R, Scheer J, Protopsaltis TS, **Passias PG,** Mundis GM, Hart R, Deviren V, Bess S, Ames C, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

119. Paper #204: Characterizing Cervical Spine Deformity Based on Existing Cervical and Adult Deformity Classification Schemes at Presentation and Following Treatment. **Passias PG,** Jalai CM, Smith J, Lafage V, Diebo B, Protopsaltis TS, Poorman GW, Ramchandran S, Bess S, Schaffrey CI, Ames C, Schwab F, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

120. Paper #206: Clinical Outcomes of Operative Versus Nonoperative Treatment of Adult Scoliosis: A Comparison Using 4 Standardized Outsomes Measures. Blizzard DJ, Sheets C, Isaacs RE, **Passias PG,** Gerling MC, Arnold PM, Smith H, Vaccaro A, Radcliff. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

121. Paper #209: Intraoperative Fluid Administration during Multilevel Spine Surgery Impacts Extubation Status: A Propensity Score Matched Analysis. Day L, Ramchandran S, Cruz D, Line B, Buckland A, Protopsaltis TS, Bendo J, **Passias PG,** Oren J, Spivak J, Goldstein J, Huncke T, Errico T, Bess S. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

122. Poster #222: Rates of Recovery and Outcomes after Neurologic Complications in Adult Spinal Deformity Surgery. Kim HJ, Iyer S, Schwab F, Protopsaltis TS, **Passias PG,** Hostin R, Mundis GM, Deviren V, Shaffrey C, Kabeish K, Smith J, Bess S, Ames CP, Klineberg EO, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

123. Poster #225: Bimodal Incidence and Causes of Proximal Junctional Kyphosis (PJK0 in Adult Spinal Deformity (ASD). Gupta M, Diebo B, Protopsaltis T, Hart R, Smith J, Ames C, Lafage R, Scheer J, Kim HJ, Bess S, Burton D, **Passias PG,** Schwab F, Lafage V, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

124. Paper #252: A Novel Score Predicting Spine Global Sagittal Alignment based on a Lateral Cervical Plain Radiograph. Hamilton DK, Goldschmidt E, Angriman F, Ferreyro B, **Passias PG,** Scheer J, Protopsaltis T, Lafage V, Lafage R, Lafage R, Schwab F, Bess S, Ames C, Tempel Z, Kanter A, Okonkwo D, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

125. Paper #253: Comparison of Baseline Radiographic Alignment with SRS-30, ODI, and SF-12 Scores in Adult Scoliosis. Blizzard D, Sheets C, Isaacs R, **Passias PG,** Gerling M, Arnold P, Smith H, Vaccaro A, Radcliffe K. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

126. Paper #258: Does Pelvic Incidence Increase with Age? An Analysis of 1625 Adults. Bao H, Liabaud B, Varghese J, Lafage R, Diebo B, Jalai C, Ramchandran S, Poorman G, Cruz D, Errico T, Protopsaltis T, **Passias PG,** Buckland A, Schwab F, Lafage V. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

127. Paper #271: Interspinous Process Fixation versus Pedicle Screw Fixation in Circumferential Arthrodesis: Outcomes from a Prospective Randomized Multicenter Trial. Kim K, DenHaese R, Strange B, Hill C, **Passias PG,** Arnold P, Panchal R, Ferry C, Bejin B, Martineck S, Moore C. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

128. Paper #274: Outcomes of Open Staged Corrective Surgery in the Setting of Adult Spinal Deformity. **Passias PG,** Poorman G, Jalai C, Line B, Diebo B, Park P, Hart R, Burton D, Schwab F, Lafage V, Bess S, Errico T, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

129. Paper #280: The Impact of Obesity on Compensatory Mechanisms in Response to Progressive Sagittal Malalignment. Jalai C, Diebo B, Cruz D, Poorman G, Vira S, Buckland A, Lafage R, Bess S, Schwab F, Errico T, Lafage V, **Passias PG.** North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

130. Podium #22: A Novel Score Predicting Spine Sagittal Imbalance Based on a Lateral Cervical Plain Radiograph. Goldscmidt E, Anfriman F, Ferreyro B, Agarwal N, Tempel Z, Gertzen P, Kanter A, Okonkwo D, **Passias PG,** Scheer J, Protopsaltis T, Lafage V, Schwab F, Bess S, Ames C, Shaffrey C, Hamilton D. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

131. Podium #24: Outcomes of Operative Treatment for Adult Cervical Deformity: A Prospective Multicenter Assessment with One-Year Follow-up. Smith J, Shaffrey C, Kim HJ, Mundis GM, Gupta M, Klineberg EO, Lafage V, Schwab F, Lafage E, **Passias PG,** Protopsaltis TS, Neuman BJ, Daniels A, Ailon T, Scheer J, Kebaish K, Hart R, O'Bbrien M, Burton D, Deviren V, Albert T, Riew D, Bess S, Ames C, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

132. Podium #30: Principal Radiographic Characteristics for Cervical Deformity: A Health-Related Quality of Life Analysis. Bao H, Varghese J, Lafage R, Liabaud B, Diebo B, Ramchandran S, Day L, Jalai L, Cruz D, Errico T, Protopsaltis T, **Passias PG,** Buckland A, Schwab F, Lafage V. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

133. Podium #50: Diminished mental health prior to cervical fusion can have a profound effect on patient derived outcomes depending on presenting diagnosis: Results os a prospective surgeon driven cervical dataset at 2 years. **Passias PG,** Jalai C, Diebo B, Gerling M, Poorman G, Radcliff K, Arnold P, Rihn J, Baron E, Isaacs R, Anderson P, Vaccaro A. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

134. Podium #59: Cervical deformity surgery does not result in post-operative dysphagia: a prospective cohort study. Iyer S, Bao H, Kim HJ, Smith J, Kelly M, Gupta M, Albert T, Protopsaltis T, Mundis G, **Passias PG,** Neuman B, Klineberg E, Lafage V, Ames C, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

135. Podium #81: Adult spinal deformity patients with proximal junctional kyphosis adjust with cervical malalignment at similar rates but distinct characteristics relative to those unaffected. **Passias PG,** Jalai C, Kim HJ, Smith J, Ames C, Hamilton DK, Eastlack R, Burton D, Gupta M, Bess R, Lafage V, Schwab F, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

136. Podium #83: Analysis of successful vs. failed radiographic outcomes following cervical deformity surgery. Protopsaltis TS, Ramchandran S, Hamilton DK, Sciubba D, **Passias PG,** Lafage V, Lafage R, Smith J, Hart R, Gupta M, Burton D, Bess R, Shaffrey CI, Ames C, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

137. Podium #93: The posterior use of bmp-2 in cervical deformity surgery does not result in increased peri-operative complications: a prospective multicenter study. Kim HJ, Iyer S, Bao H, Smith J, Gupta M, Albert T, Protopsaltis T, Mundis G, **Passias PG,** Neuman B, Klineberg E, Lafage V, Ames C, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

138. Podium #195: Scheer J, Ailon T, Smith J, Hart R, Burton D, Bess S, Neuman B, **Passias PG,** Miller E, Shaffrey C, Schwab F, Lafage V, Klineberg E, Ames C, ISSG. Predictive Modeling of Length of Hospital Stay (LOS) Following Adult Spinal Deformity (ASD) Correction: Analysis of 653 Patients with an Accuracy of 75 Percent Within Two Days. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, Las Vegas, USA, 2017.

139. Podium #196: Ramchandran S, Bess S, Day L, Line B, Buckland A, Protopsaltis T, **Passias PG,** Errico T. The Impact of Different Intraoperative Fluid Administration Strategies on Postoperative Extubation Following Multi-level Thoracic and Lumbar Spine Surgery: A Propensity Score Matched Analysis. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, Las Vegas, USA, 2017.

140. Podium #201: Gupta M, Diebo B, Protopsaltis T, Hart R, Smith J, Ames C, Lafage R, Scheer J, Kim HJ, Bess S, Burton D, **Passias PG,** Schwab F, Lafage V, ISSG. Bimodal Incidence and Causes of Proximal Junctional Kyphosis (PJK) in Adult Spinal Deformity (ASD). The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, Las Vegas, USA,2017.

141. Podium #202: Goldschmidt E, Angriman F, Trevisan M, Zhou J, Agarwal N, Chen K, Kanter A, Okonkwo D, **Passias PG**, Scheer J, Protopsaltis T, Lafage V, Lafage R, Schwab F, Bess S, Ames C, Smith J, Burton D, Hamilton D, ISSG. Towards a Better Understanding of Cervical Sagittal Alignment: Utilizing a Novel Angle to Describe the Relationship between T1 Vertebral Body Slope, Cervical Lordosis, and Cervical Sagittal Alignment. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, Las Vegas, USA, 2017.

142. Podium # 204: **Passias PG**, Jalai C, Lafage V, Lafage R, Protopsaltis T, Poorman G, Ramchandran S, Horn S, Gupta M, Hart R, Deviren V, Soroceanu A, Smith J, Schwab F, Shaffrey I, Ames C, ISSG. Primary Drivers of Cervical Deformity: Prevalence and Effect of Surgical Treatment Strategies on Post- operative Alignment. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, LasVegas, USA, 2017.

143. Podium #205: **Passias PG**, Jalai C, Lafage R, Ramchandran S, Poorman G, Lafage V, Smith J, Horn S, Deviren V, Hart R, Protopsaltis T, Daniels A, Klineberg E, Shaffrey C, Ames C, ISSG. Reciprocal Changes in Unfused Spinal Regions After Treatment of Cervical Deformity Based on Deformity Driver and Surgical Strategies. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And PeripheralNerves,LasVegas,USA,2017.

144. Podium #206: Smith J, Ailon T, Shaffrey C, Kim HJ, Mundis G, Gupta M, Klineberg E, Schwab F, Lafage V, Lafage R, **Passias PG**, Protopsaltis T, Neuman B, Daniels A, Scheer J, Soroceanu A, Kebaish K, Hart R, O'Brien M, Burton D, Deviren V, Albert T, Riew D, Bess S, Ames C, ISSG. Outcomes of Operative Treatment for Adult Cervical Deformity: A Prospective Multicenter Assessment with One-year Follow-up. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, LasVegas, USA, 2017.

145. Podium #207: Smith J, Shaffrey C, Lafage R, Lafage V, Schwab F, Kim HJ, Scheer J, Protopsaltis T, **Passias PG**, Mundis G, Hart R, Neuman B, Klineberg E, Hostin R, Bess S, Deviren V, Ames C, ISSG. Three-column Osteotomy for Correction of Cervical and Cervicothoracic Deformities: Alignment Changes and Early Complications in A Multicenter Prospective Series of 24 Patients. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, LasVegas, USA, 2017.

146. Podium #241: Purvis T, Goodwin CR, De la Garza-Ramos R, Ahmed AK, Lafage V, Neuman B, **Passias PG**, Kebaish K, Frank S, Sciubba D. Use of Liberal Hemoglobin Triggers in Spine Surgery. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, LasVegas, USA, 2017.

147. Podium #299: Diebo B, Jalai C, Poorman G, Naziri G, Horn S, Errico T, Patel A, Lafage V, Paulino C, **Passias PG**. Psychological Burden of Musculoskeletal Diseases: Investigation on Spine, Hip and Knee In-hospital Patients. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, LasVegas, USA, 2017. The Annual Meeting Of The Aans/Cns Section On Disorders Of The Spine And Peripheral Nerves, LasVegas, USA, 2017.

148. Podium #054: Thoracolumbar Realignment Surgery Results in Reciprocal Changes in Lower Extremities and Cervical Spine. Bess RS, Buckland A, Day L, Errico T, Lafage V, **Passias PG**, Protopsaltis T, Ramchandran S, Schwab F. AAOS Annual Meeeting, San Diego, USA, 2017.

149. Podium #057: Ames C, Deviren V, Hostin R, Iyer S, Kebaish K, Kim HJ, Klineberg E, Mundis G, Passias PG, Protopsaltis TS, Schwab F, Shaffrey C, Smith J, Rates of Recovery and Outcomes after Neurologic Complications in Adult Spinal Deformity Surgery. AAOS Annual Meeeting, San Diego, USA, 2017.

150. Podium #100: Atanda A, Baker J, Diebo B, Errico T, Jalai C, Lafage V, Passias PG, Poorman GW, Vira S. Incidence of Congenital Spinal Abnormalities Among Paediatric Patients and their Association with Scoliosis and Systemic Anomalies. AAOS Annual Meeeting, San Diego, USA, 2017.

151. Podium #453: Bess R, Buckland A, Cruz, Diebo B, Errico T, Jalia C, Lafage V, Lafage R, Passias PG. The Impact of Obesity on Compensatory Mechanisms in Response to Progressive Sagittal Malalignment. AAOS Annual Meeeting, San Diego, USA, 2017.

25

152. Podium #307: Horn S, Bono O, Diebo B, Poorman G, Beaubrun B, Sure A, Jalai C, Foster N, **Passias PG**. Low Body Mass is a Negative Independent Risk Factor in Elective Cervical Spine Surgery. ISASS Annual Meeting, Boca Raton, USA, 2017.

153. Podium #290: **Passias PG**, Poorman G, Jalai C, Diebo B, Vira S, Horn S, Moon J, Zhou P, Baker J, Shenoy K, Hasan S, Buza J, Bronson W, Paul J, Kaye I, Atanda A, Foster N, Cassilly R, Oren J, Moskovich R, Line B, Oh C, Bess S, Lafage V, Errico T. Incidence of Congenital Spinal Abnormalities Among Paediatric Patients and their Association with Scoliosis and Systemic Anomalies. ISASS Annual Meeting, Boca Raton, USA, 2017.

154. Podium #124: Jalai C, **Passias PG**, Lafage R, Diebo B, Scheer J, Ramchandran, S, Poorman G, Horn S, Lafage V, Smith J, Deviren V, Hart R, Protopsaltis T, Daniels A, Klineberg E, Shaffrey C, Ames C, ISSG. Reciprocal Changes in Unfused Spinal Regions After Cervical Deformity Surgery: Affect of Deformity Type and Construct Termination Levels. ISASS Annual Meeting, Boca Raton, USA, 2017.

155. Podium #319: **Passias PG**, Jalai C, Lafage V, Lafage R, Protopsaltis T, Ramchandran S, Horn S, Sure A, Zhou P, Gupta M, Hart R, Deviren V, Soroceanu A, Smith J, Schwab F, Shaffrey C, Ames C, ISSG. Primary Drivers of Adult Cervical Deformity: Prevalence, Variations in Presentation, and Effect of Surgical Treatment Strategies on the Achievement of Post-Operative Alignment Goals. ISASS Annual Meeting, Boca Raton, USA, 2017.

156. Podium #294: **Passias PG**, Jalai C, Line B, Poorman G, Scheer J, Horn S, Moon J, Beaubrun B, Smith J, Shaffrey C, Burton D, Fu KM, Klineberg E, Hart R, Schwab F, Lafage V, Bess S, ISSG. Patient Profiling Can Identify Adult Spinal Deformity (ASD) Patients at Risk for Conversion from Nonoperative to Surgical Treatment; Initial Steps to Reduce Ineffective ASD Management. ISASS Annual Meeting, Boca Raton, USA, 2017.

157. Podium #564: Diebo B, Jalai C, Poorman G, Horn S, Zhou P, Errico T, Lafage V, Naziri Q, Paulino C, **Passias PG**. Psychological Burden of Spinal Deformity: A Comparative Analysis with 3 Disabling Chronic Diseases. ISASS Annual Meeting, Boca Raton, USA, 2017.

158. Podium #59: Ramchandran S, Sure A, Zhou P, Errico E, Buckland A, **Passias PG**, Protopsaltis T. Interpreting 2-Dimensional and 3-Dimensional Alignment in Adolescent Idiopathic Scoliosis: How Should Thoracic Scoliosis be Defined? IMAST Annual Meeting, Cape Town, SA, 2017.

159. Podium #85: **Passias PG**, Poorman GW, Horn S, Errico T, Gerling M. Patient Profiling Can Identify Spondylolisthesis Patients at Risk for Coversion from Nonoperative to Surgical Treatment. IMAST Annual Meeting, Cape Town, SA, 2017.

160. Podium #92: **Passias PG**, Wang C, Poorman GW, Vira S, Jalai C, Dievo B, Horn S, Lafage R, Tishelman J, LaFage V. Analysis of Changes in Spinal Canal Dimension and Myelopathy Improvement Between Patients with and without Cervical Deformity. IMAST Annual Meeting, Cape Town, SA, 2017.

161. Paper 116 Comorbid Psychiatric Diagnoses are Associated with Poor Outcomes of Adult Spinal Deformity Surgery at 2 Year Follow Up Bassel G. Diebo, MD; Joshua, D. Lavian; George, A Beyer; Frank A. Segreto, BS; Lee Bloom, MD; Dennis Vasquez-Montes, MS; Louis M. Day; Douglas A Hollern, MD; Samantha R. Horn, BA; Ashish Patel, MD; Daniel Cukor, Dr.; **Peter G. Passias**, MD; Qais Naziri, MD; William P. Urban, MD; Carl B. Paulino, MD. IMAST Annual Meeting, Cape Town, SA, 2017.

162. Paper 120 Adult Spinal Surgery in Patients with Previous THA Should We Do the Spine First? Bassel G. Diebo, MD; George, A Beyer; Qais Naziri, MD; Jonathan Charles Elysée BS; Frank A. Segreto, BS; Steven, A. Burekhovich; Roby Abraham, MD; Sarah, E Walker, MD; Westley Hayes, MS; Barrett Torre; Louis M. Day; **Peter G. Passias, MD**; William P. Urban, MD; Carl B. Paulino, MD. IMAST Annual Meeting, Cape Town, SA, 2017.

163. Paper 124 Use of Prophylactic Techniques to Prevent Proximal Junctional Failure (PJF) Following Adult Spinal Deformity (ASD) Surgery Does Not Prevent PJF, However Prophylaxis Might Reduce Need for Revision Surgery Shay Bess, MD; Breton G. Line, BSME; Virginie LaFage, PhD; Renaud Lafage, MS; Christopher P. Ames, MD; Douglas C. Burton, MD; Robert A. Hart, MD; Richard Hostin,

MD; Michael F. O'Brien, MD; Gregory M. Mundis, MD ;Munish C. Gupta, MD; Han Jo Kim, MD; Eric O. Klineberg, MD; Khaled Kebaish, MD; Themistocles S. Protopsaltis, MD; **Peter G. Passias**, MD; Frank J. Schwab, MD; Christopher I. Shaffrey, MD; Justin S. Smith, MD, PhD; International Spine Study Group. IMAST Annual Meeting, Cape Town, SA, 2017.

164. Paper #79: Neurological Complications and Recovery Rates in Adult Cervical Deformity Surgery Han Jo Kim, MD; Hongda Bao, MD, PhD; Christopher I. Shaffrey, MD; Justin S. Smith, MD, PhD; Michael P Kelly, MD; Munish C Gupta, MD; Todd J. Albert, MD; Themistocles S. Protopsaltis, MD; Gregory M. Mundis, MD; **Peter G. Passias**, MD; Eric O. Klineberg, MD; Virginie LaFage, PhD; Christopher P. Ames, MD; International Spine Study Group. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

165. Paper #80: Prospective Multicenter Assessment of All-Cause Mortality Following Surgery for Adult Cervical Deformity (ACD) Justin S. Smith, MD, PhD; Christopher I. Shaffrey, MD; Han Jo Kim, MD; **Peter G. Passias**, MD; Themistocles S. Protopsaltis, MD; Renaud Lafage; Gregory M. Mundis, MD; Eric O. Klineberg, MD; Virginie LaFage, PhD; Frank J. Schwab, MD; Justin K. Scheer; Michael P Kelly, MD; D. Kojo Hamilton, MD, FAANS; Munish C Gupta, MD; Vedat Deviren, MD; Richard Hostin, MD; Todd J. Albert, MD; K. Daniel Riew, MD; Robert A. Hart, MD; Douglas C. Burton, MD; Shay Bess, MD; Christopher P. Ames, MD; International Spine Study Group. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

166. Paper #81: Establishing the Minimum Clinically Important Difference in NDI and mJOA for Adult Cervical Deformity Alex Soroceanu, MD, MPH; Jeffrey L. Gum, MD; Michael P Kelly, MD; **Peter G. Passias**, MD; Justin S. Smith, MD, PhD; Themistocles S. Protopsaltis, MD; Virginie LaFage, PhD; Han Jo Kim, MD; Justin K. Scheer; Munish C Gupta, MD; Gregory M. Mundis, MD; Eric O. Klineberg, MD; Douglas C. Burton, MD; Shay Bess, MD; Christopher P. Ames, MD; International Spine Study Group. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

167. Paper #84: Cluster Analysis Describes Constellations of Cardiac Anomalies Presenting in Spinal Anomaly Patients (Passias) **Peter G. Passias**, MD; Gregory W Poorman, BA; Dennis Vasquez-Montes, MS; Charles Wang, BS; John Moon, BS; Peter L Zhou, BA; Samantha R. Horn, BA; Bassel G. Diebo, MD; Shaleen Vira, MD. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

168. Paper #116: Global Sagittal Angle (GSA) Defines the Fan of Full Body Alignment Bassel G. Diebo, MD; Carl B. Paulino, MD; Vincent Challier, MD; Gregory W Poorman, BA; Samantha R. Horn, BA; Peter L Zhou, BA; Frank A. Segreto, BS; Virginie Lafage, PhD; **Peter G. Passias, MD.** Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

169. Podium #11: Analysis of Prospective Collection of 374 Osteotomies in 99 Patients with Adult Cervical Deformity. Protopsaltis T, Soroceanu A, Smith J, Gupta M, Lafage R, Kim HJ, **Passias PG,** Hamilton K, Mundis G, Klineberg E, Lafage V, Schwab F, Deviren V, Albert T, Riew D, Hart R, Burton D, Bess S, Shaffrey C, Ames C. NASS Annual Meeting 2017, Orlando, USA.

170. Podium #12: Prospective Multicenter Analysis of Outcomes Following Surgical Correction of Patients with Severe Cervical Deformity and Horizontal Gaze Disruption. Protopsaltis T, Ramchandran S, Tishelman J, Smith J, Sciubba D, **Passias PG**, Mundis G, Lafage R, Klineberg E, Gupta M, Lafage V, Hart R, Burton D, Bess S, Shaffrey C, Schwab F, Ames C. NASS Annual Meeting 2017, Orlando, USA.

171. Podium #13: Establishing the Minimum Clinically Important Difference in NDI and mJOA for Adult Cervical Deformity. Soroceanu A, Gum J, Kelly M, **Passias PG**, Smith J, Protopsaltis T, Lafage V, Kim HJ, Scheer J, Gupta M, Mundis G, Klineberg E, Burton D, Bess S, Ames C. NASS Annual Meeting 2017, Orlando, USA.

172. Podium #14: Identifying Sources of Improvement of Axial Pain in Corrective Cervical Deformity Surgery. **Passias PG**, Poorman G, Horn S, Klineberg E, Shaffrey C, Lafage V, Protopsaltis T, Ames C, Smith J, Mundis G, Neuman B, Hart R, Burton D. NASS Annual Meeting 2017, Orlando, USA.

173. Podium #15: Thoracolumbar Deformity Impedes Improvement of Lower Extremity Compensatory Mechanisms in Postoperative Cervical Deformity Patients. Horn S, Vasquez-Montes D, Suré A, Siow M,

Poorman G, Diebo B, Zhou P, Moon J, Tishelman J, Beaubrun B, Wang C, Vira S, Gerling M, Protopsaltis T, Errico T, Buckland A, **Passias PG**. NASS Annual Meeting 2017, Orlando, USA.

174. Podium #16: Neurological Complications and Recovery Rates in Adult Cervical Deformity (CD) Surgery Kim HJ, Bao H, Shaffrey C, Smith J, Kelly M, Gupta M, Albert T, Protopsaltis T, Mundis G, **Passias PG**, Klineberg E, Lafage V, Ames C. NASS Annual Meeting 2017, Orlando, USA.

175. Podium #17: Prospective Multicenter Assessment of All-Cause Mortality Following Surgery for Adult Cervical Deformity. Smith J, Shaffrey C, Kim HJ, **Passias PG**, Protopsaltis T, Lafage R, Mundis G, Klineberg, Lafage V, Schwab F, Scheer J, Kelly M, Hamilton K, Deviren V, Hostin R, Albert T, Riew D, Hart R, Burton D, Bess S, Ames C. NASS Annual Meeting 2017, Orlando, USA.

176. Podium #21: Comorbid Psychiatric Diagnoses are Associated with Poor Outcomes of Adult Cervical Spine Surgery at TwoYear Follow-Up. Diebo B, Lavian J, Beyer G, Segreto F, Mixa P, Poorman G, Cherkalin D, Vasquez-Montes D, Murray D, Challier V, Naziri Q, **Passias PG**, Paulino C. NASS Annual Meeting 2017, Orlando, USA.

177. Podium #37: The Ankle-Pelvic Angle (APA): A Summary Measurement of Pelvic and Lower Extremity Compensation. Vaynrub M, Tishelman J, Horn S, Moon J, Zhou P, Beaubrun B, **Passias PG**, Buckland A, Errico T, Protopsaltis T. NASS Annual Meeting 2017, Orlando, USA.

178. Podium #38: Severity of Hip Osteoarthritis Affects Lower Extremity Compensatory Mechanisms in Spinopelvic Malalignment. Day L, Beaubrun B, Zhou P, Moon J, Tishelman J, DelSole E, Vasquez-Montes D, Vigdorchik J, Schwarzkopf R, Lafage R, Lafage V, Protopsaltis T, **Passias PG**, Errico T, Buckland A. NASS Annual Meeting 2017, Orlando, USA.

179. Podium #39. Impact of Preoperative Spinopelvic Alignment on Outcomes of Total Hip Arthroplasty (THA). Diebo B, Challier V, Segreto F, Mixa P, **Passias PG**, Naziri Q, Paulino C. NASS Annual Meeting 2017, Orlando, USA.

180. Podium #54: Patient Profiling Can Identify Spondylolisthesis Patients at Risk for Conversion from Nonoperative to Surgical Treatment. **Passias PG**, Poorman G, Horn S, Lafage V, Errico T, Gerling M. NASS Annual Meeting 2017, Orlando, USA.

181. Podium #78: Defining Roles of Individual Inpatient Press Ganey Survey Domains as Drivers of Patient Satisfaction in Orthopaedic Surgery. Vasquez-Montes D, Suré A, Zuckerman J, Hutzler L, Egol K, Bosco J, Errico T, Protopsaltis T, **Passias PG**, Bess S, Buckland A. NASS Annual Meeting 2017, Orlando, USA.

182. Podium #79: Press Ganey Surveys for Inpatient Orthopaedic Care: A Critical Look at Result Reporting. Vasquez-Montes D, Beaubrun B, Suré A, Zuckerman J, Hutzler L; Goldstein J, MD, Kim Y, Bendo J, Bosco J, Errico T, Egol K, Protopsaltis T, **Passias PG**, Bess S, Buckland A. NASS Annual Meeting 2017, Orlando, USA.

183. Podium #93: Cervical Alignment Comparative Analysis of Fixed Irreducible and Reducible Atlantoaxial Dislocations. **Passias PG**, Wang C, Poorman G, Horn S, Diebo B, Vira S, Wang S. NASS Annual Meeting 2017, Orlando, USA.

184. Podium #107. Adult Spinal Surgery in Patients with Previous THA: Should We Do the Spine First? Diebo B, Segreto F, Burekhovich S, Elysee J, Kaur H, Day L, Mixa P, Lavian J, Beyer G, Naziri Q, **Passias PG**, Paulino C. NASS Annual Meeting 2017, Orlando, USA.

185. Poster #30. Preoperative Level of Activity as a Tool for Patient Stratification in Adult Spine Deformity Surgery. Raad M, Neuman B, Hassanzadeh H, **Passias PG**, Klineberg E, Mundis G, Protopsaltis T, Miller E, Smith J, Hamilton K, Lafage V, Bess S, Kebaish K, Sciubba D. NASS Annual Meeting 2017, Orlando, USA.

186. Poster #58. The Impact of a Multicenter Study Group on Its Own Practice Patterns. Mundis G. Gupta M, Klineberg E, Bess S, Shaffrey C, Daniels A, Lafage V, Ames C, Burton D, Smith J, Kim HJ, Protopsaltis T, **Passias PG**, Akbarnia B. NASS Annual Meeting 2017, Orlando, USA.

187. Poster #112. Development of a Validated Computer Based Preoperative Predictive Model for Pseudoarthrosis in 336 Adult Spinal Deformity (ASD) Patients. Scheer J, Smith J, Shaffrey C, Daniels A,

Protopsaltis T, **Passias PG**, Hart R, Burton D, Bess S, Lafage R, Lafage V, Schwab F, Klineberg E, Ames C. NASS Annual Meeting 2017, Orlando, USA.

188. Podium #156. Predictive Analytics for Determining Extended Operative Time in Corrective ASD Surgery. **Passias PG**, Poorman G, Vasquez-Montes D, Mundis G, Horn S, Diebo B, Burton D, Gum J, Buckland A, Gerling M, Hart R, Schwab F, Lafage V, Shaffrey C, Bess S, Ames C, Klineberg E. NASS Annual Meeting 2017, Orlando, USA.

189. Podium #157. Risk Factors Affecting Discharge Disposition in Patients Undergoing Multilevel Lumbar Fusion. Hassanzadeh H, Shaffrey C, Smith J, Jain A, Klineberg E, Sciubba D, Kebaish K, Burton D, **Passias PG**, Buckland A, Lafage V, Hostin R, Bess S. NASS Annual Meeting 2017, Orlando, USA.

190. Podium #158. Predictors of Adverse Discharge Disposition in Adult Spinal Deformity and Associated Costs. **Passias PG**, Poorman G, Qureshi R, Diebo B, Paul J, Horn S, Hassanzadeh H. NASS Annual Meeting 2017, Orlando, USA.

191. Podium #160. Medicare Reimbursements of Comorbidities and Complications in Elderly Patients Undergoing Multilevel Lumbar Fusions. Hassanzadeh H, Smith J, Bess S, Shaffrey C, Qureshi R, Jain A, Kebaish K, Sciubba D, **Passias PG**, Burton D, Buckland A, Lafage V, Hostin R, Klineberg E. NASS Annual Meeting 2017, Orlando, USA.

192. Podium #171. The Relationship Between Improvements in Myelopathy and Sagittal Realignment in Cervical Deformity Surgery. **Passias PG**, Lavery J, Ramchandran S, Horn S, Burton D, Protopsaltis T, Lafage R, Lafage V, Diebo B, Poorman G, Smith J, Ames C, Shaffrey C, Kim HJ, Neuman B, Daniels A, Soroceanu A, Klineberg E. NASS Annual Meeting 2017, Orlando, USA.

193. Podium #184: Global Sagittal Angle (GSA) Defines the Fan of Full Body Alignment. Diebo B, Challier V, Segreto F, Zhou P, Poorman G, Horn S, Paulino C, Lafage V, **Passias PG**. NASS Annual Meeting 2017, Orlando, USA.

194. Podium #186: Suboptimal Age-Adjusted Lumbo-Pelvic Mismatch Predicts Negative Cervical-Thoracic Compensation in Obese Patients. Horn S, Ramchandran S, Poorman G, Siow M, Suré A, Vasquez-Montes D, Diebo B, Tishelman J, Moon J, Zhou P, Beaubrun B, Vira S, Jalai C, Wang C, Shenoy K, Behery O, Errico T, Lafage V, Buckland A, **Passias PG**. NASS Annual Meeting 2017, Orlando, USA.

195. Podium #210. Comorbid Psychiatric Diagnoses are Associated with Poor Outcomes of Adult Spinal Deformity Surgery at TwoYear Follow-Up. Diebo B, Lavian J, Beyer G, Segreto F, Mixa P, Challier V, Vasquez-Montes D, Day L, Horn S, **Passias PG**, Naziri Q, Paulino C. NASS Annual Meeting 2017, Orlando, USA.

196. Podium #216: ASD-SR Invasiveness Index Predicts the Magnitude of Deformity Surgery Essential to Stage to Reduce the Risk of Complications. Neuman B, Raad M, Klineberg E, Sciubba D, Mundis G, **Passias PG**, Scheer J, Gum J, Kebaish K, Hamilton K, Protopsaltis T, Line B, Smith J, Ames C. NASS Annual Meeting 2017, Orlando, USA.

197. Podium #52: Determinants of Cost-to-Charge Ratio Variation Among U.S. Hospitals. Poorman G, Horn S, Bronson W, Hasan S, Moon J, Diebo B, **Passias PG**. NASS Annual Meeting 2017, Orlando, USA.

198. Podium #221: Use of Prophylactic Techniques to Prevent Proximal Junctional Failure (PJF) Following Adult Spinal Deformity (ASD) Surgery Does Not Prevent PJF, However Prophylaxis Might Reduce Need for Revision Surgery. Bess S, Line B, Lafage V, Lafage R, Ames C, Burton D, Hart R, Hostin R, O'Brien M, Mundis G, Gupta M, Kim HJ, Klineberg E, Kebaish K, Protopsaltis T, **Passias PG**, MD14; Schwab F, Shaffrey C, Smith J. NASS Annual Meeting 2017, Orlando, USA.

199. Podium #243: Anterior Cervical Discectomy and Fusion in Outpatient vs Hospital Settings: Length of Stay, Charge and Complications in Two National Databases. Gerling M, Poorman G, Maloney R, Horn S, Diebo B, Wang C, Moon J, Tishelman J, **Passias PG**. NASS Annual Meeting 2017, Orlando, USA.

200. Podium #247: Use of Recombinant Bone Morphogenetic Protein (BMP) is Not Associated with Reduced Risk of Reoperation after Laminectomy and Posterior Lumbar Fusion. Osman N, **Passias PG**, Paul J. NASS Annual Meeting 2017, Orlando, USA.

201. Poster #28: Incidence and Outcomes of Neurological Complications in 176 Adult Spinal Deformity Patients Treated with Three-column Osteotomy. Smith J, Shaffrey C, Gupta M, Klineberg E, Lafage V, Schwab F, Kim HJ, **Passias PG**, Protopsaltis T, Lafage R, Mundis G, Scheer J, Kelly M, Hamilton K, Soroceanu A, Daniels A, Deviren V, Hostin R, Hart R, Burton D, Bess S, Ames C. NASS Annual Meeting 2017, Orlando, USA.

202. Poster #30: Preoperative Level of Activity as a Tool for Patient Stratification in Adult Spine Deformity Surgery. Raad M, Neuman B, Hassanzadeh H, Passias PG, Klineberg E, Mundis G, Protopsaltis T, Miller E, Smith J, Hamilton K, Lafage V, Bess S, Kebaish K, Sciubba D. NASS Annual Meeting 2017, Orlando, USA.

203. Poster #31: Operative Time is an Independent Risk Factor for Complications in Adult Spinal Deformity Surgery. Eastlack R, Ledesma J, Mundis G, Nguyen S, Klineberg E, Lafage V, Burton D, Smith J, Ames C, Protopsaltis T, **Passias PG**, Schwab F. NASS Annual Meeting 2017, Orlando, USA.

204. Poster #58: The Impact of a Multicenter Study Group on Its Own Practice Patterns. Mundis G, Gupta M, Klineberg E, Bess S, Shaffrey C, Daniels A, Lafage V, Ames C, Burton D, Smith J, Kim HJ, Protopsaltis T, **Passias PG**, Akbarnia B. NASS Annual Meeting 2017, Orlando, USA.

205. Poster #89: Cervical Deformity Surgeries Meet Cost-utility Benchmarks Using One-year Outcome Analysis. Poorman G, **Passias PG**, Qureshi R, Hassanzadeh H, Jain A, Kelly M, Hostin R, Ames C, Smith J, Lafage V, Burton D, Bess S, Shaffrey C, Schwab F, Gupta M. NASS Annual Meeting 2017, Orlando, USA.

206. Poster #105: Back Pain and Leg Pain as Drivers of ODI Improvement in Adult Spinal Deformity. Buckland A, Protopsaltis T, **Passias PG**, Bess S, Smith J, Hostin R, Shaffrey C, Mundis G, Ames C, Klineberg E, Burton D, Kim HJ, Lafage R, Lafage V. NASS Annual Meeting 2017, Orlando, USA.

207. Poster #108: Depressed Patients Achieve Outcomes Similar to Non-depressed Patients Following Surgery for Cervical Deformity Despite Worse Baseline Status. Poorman G, **Passias PG**, Horn S, Daniels A, Hamilton K, Kim HJ, Sciubba D, Diebo B, Kelly M, Smith J, Neuman B, Shaffrey C, Lafage V, Lafage R, Ames C, Hart R, Mundis G, Eastlack R. NASS Annual Meeting 2017, Orlando, USA.

208. Poster #112: Development of a Validated Computer Based Preoperative Predictive Model for Pseudoarthrosis in 336 Adult Spinal Deformity (ASD) Patients. Scheer J, Smith J, Shaffrey C, Daniels A, Protopsaltis T, **Passias PG**, Hart R, Burton D, Bess S, Lafage R, Lafage V. NASS Annual Meeting 2017, Orlando, USA.

209. Poster #147: Evaluating Cervical Deformity Corrective Surgery Outcomes at One-year Using Current Patient Derived and Functional Measures; Are they Adequate? **Passias PG**, Lavery J, Horn S, Oh C, Ramchandran S, Burton D, Lafage V, Lafage R, Poorman G, Smith J, Ames C, Shaffrey C, Kim HJ, Soroceanu A, Klineberg E. NASS Annual Meeting 2017, Orlando, USA.

210. Poster #148: Predicting the Occurrence of Complications Following Corrective Cervical Deformity Surgery: Analysis of a Prospective Multicenter Database Using Predictive Analytics. **Passias PG**, Oh C, Horn S, Lavery J, Kim HJ, Hamilton K, Sciubba D, Neuman B, Buckland A, Poorman G, Protopsaltis T,. Klineberg E, Ames C, Smith J, Lafage V. NASS Annual Meeting 2017, Orlando, USA.

211. Poster #149: Impact of Obesity on Radiographic Alignment and Short-term Complications after Surgical Treatment of Adult Cervical Deformity. **Passias PG**, Poorman G, Horn S, Daniels A, Hamilton K, Sciubba D, Smith J, Neuman B, Shaffrey C, Lafage V, Lafage R, Ames C, Hart R, Soroceanu A, Mundis G, Eastlack R. NASS Annual Meeting 2017, Orlando, USA.

212. Poster # 152: Predictive Model for Distal Junctional Kyphosis after Cervical Deformity Surgery. **Passias PG**, Vasquez-Montes D, Poorman G, Protopsaltis T, Horn S, Diebo B, Ames C, Smith J, Lafage V, Lafage R, Klineberg E, Shaffrey C, Bess S, Schwab F. NASS Annual Meeting 2017, Orlando, USA.

213. Poster #159: Do Cervical Surgeries for Degenerative Pathologies Generate Sagittal Deformity? Tishelman J, Moon J, Zhou P, **Passias PG**, Errico T, Buckland A, Protopsaltis T. NASS Annual Meeting 2017, Orlando, USA.

214. Poster #162: The Effects of Smoking on Outcomes Following Cervical Decompression. Siow M, Zhou P, Horn S, Poorman G, Suré A, Kim J, Buckland A, Errico T, **Passias PG**. NASS Annual Meeting 2017, Orlando, USA.

215. Poster #190: In Vitro Analysis of Accuracy, Dosage and Surgical Time Required for Pedicle Screw Placement Using Conventional Percutaneous Screw and Robotic-assisted Screw Techniques. Vaccaro A, Hussain M, Jonathan Harris J, Crawford N, Chang V, **Passias PG**, Samora W, Patel R, Wadhwa R, D'Agostino S, Panchal R, Schroerlucke S, Whitney N, Bucklen B. NASS Annual Meeting 2017, Orlando, USA.

216. Poster #199: How Do You Define Minimally Invasive Spine Surgery in the Context of Current Surgical Invasiveness Index? Moon J, Ramchandran S, Siow M, Zhou P, Vasquez-Montes D, Goldstein J, Bendo J, Kim Y, Errico T, Protopsaltis T, **Passias PG**, Buckland A. NASS Annual Meeting 2017, Orlando, USA.

217. Poster #201: From Degenerative to Deformity: Are We Doing Enough to Restore Sagittal Balance in Short Segment Fusions? Jegede K, Tishelman J, Poorman G, **Passias PG**, Errico T, Buckland A, Protopsaltis T. NASS Annual Meeting 2017, Orlando, USA.

218. Poster #214: Changing Patterns in the Prevalence and Mechanisms of Injury for Cervical Spine Fractures in the United States. **Passias PG**, Horn S, Gerling M, Diebo B, Zhou P, Beaubrun B, Poorman G. NASS Annual Meeting 2017, Orlando, USA.

219. Presentation #15: Cervical Spine Trauma in Children: Analysis of Changes in Incidence, Etiology, and Concurrent Injuries Among 11,323 Pediatric Patients Over a 10-Year Period. Poorman G, Beaubrun B, Horn S, Diebo B, Vira S, Bono O, De La Garza R, Moon J, Wang C, Hirsch B, Tishelman J, Zhou P, Gerling M, **Passias, PG.** Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

220. Presentation #31: The Correlation Between Cervical Alignment and Posterior Cervical Muscle Fatty Infiltration at Baseline in Cervical Deformity Patients. **Passias PG**, Wang C, Poorman G, Horn S, Kim HJ, Lafage V, Gerling M. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

221. Presentation #37: Cervical vs. Thoracolumbar Spinal Deformities: A Comparison of Baseline Quality-of-Life Burden. **Passias PG**, Poorman G, Lafage V, Smith J, Ames C, Schwab F, Shaffrey C, Horn S, Wang C, Hart R, Burton D, Lafage R, Bess S, Sciubba D, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

222. Presentation #39: Improvement in Ames-ISSG Cervical Deformity Classification Modifier Grades Correlate to Clinical Improvement and Likelihood of Reaching Mcid in Multiple Metrics: Series of 73 Patients with 1-Year Follow-Up. Horn S, **Passias PG,** Lafage R, Smith J, Poorman G, Diebo B, Shaffrey C, Sciubba D, Klineberg E, Protopsaltis T, Schwab F, Bess S, Shaffrey C, Schwab F, Gupta M, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

223. Presentaiton #50: Cost-Utility Analysis of Cervical Deformity Surgeries Using One-Year Outcome. Poorman G, **Passias PG,** Qureshi R, Hassanzadeh H, Jain A, Kelly M, Hostin R, Ames C, Smith J, Lafage V, Burton D, Bess S, Shazffrey C, Schwab F, Gupta M, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

224. Presentaiton #60: Predicting the Occurrence of Complications Following Corrective Cervical Deformity Surgery: Analysis of a Prospective Multicenter Database Using Predictive Analytics. **Passias PG**, Oh C, Horn S, Lavery J, Kim HJ, Hamilton K, Sciubba D, Neuman B, Buckland A, Poorman G, Protopsaltis T, Klineberg E, Ames C, Smith J, Lafage V, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

225. Presentation #71: Clinical and Radiographic Outcomes of Patients with Cervical Deformity Secondary to Thoracolumbar Proximal Junctional Kyphosis. **Passias PG,** Horn S, Poorman G, Daniels A, Hamilton K, Sciubba D, Smith J, Shaffrey C, Lafage R, Lafage V, Ames C, Mundis G, Eastlack R, Schwab F, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

226. Presentation #72: The Relationship Between Improvements in Myelopathy and Sagittal Realignment in Cervical Deformity Surgery. Passias PG, Horn S, Ramchandran S, Burton D, Protopsaltis T, Lafage R, Lafage V, Poorman G, Smith J, Ames C, Shaffrey C, Kim HJ, Sococeanu A, Klineberg E, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

227. Presentation #81: Impact of Obesity on Radiographic Alignment and Shor-Term Complications After Surgical Treatment of Adult Cervical Deformity. **Passias PG,** Poorman G, Horn S, Daniels A, Hamilton K, Sciubba D, Smith JS, Neuman B, Shaffrey C, Lafage V, Lafage R, Ames C, Hart R, Soroceanu A, Mundis G, Eastlack R, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

228. Presentation #82: Predictive Model for Distal Junctional Kyphosis After Cervical Deformity Surgery. **Passias PG,** Vasquez-Montes D, Poorman G, Protopsaltis T, Horn S, Diebo B, Ames C, Smith J, Lafage V, Lafage R, Klineberg E, Shaffrey C, Bess S, Schwab F, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

229. Presentation #83: Identifying Sources of Improvement of Axial Pain in Corrective Cervical Deformity Surgery. **Passias PG,** Poorman G, Horn S, Klineberg E, Shaffrey C, Lafage V, Protopsaltis T, Ames C, Smith J, Mundis G, Neuman B, Hart R, Burton D, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

230. Presentation #85: Predictive Model for Achieving a Good Overall Outcome at One-Year Following Surgical Correction of Adult Cervical Deformity. **Passias PG.** Oh C, Horn S, Poorman G, Lafage V, Lafage R, Diebo B, Scheer J, Smith J, Shaffrey C, Protopsaltis T, Kim HJ, Hart R, Ames C, International Spine Study Group. Cervical Spine Research Society Annual Meeting 2017, Hollywood, USA.

231. Presentation #54: The Epidemic of Metastatic Spinal Disease: National Trends in Prevalence and Surgical Management. S. Horn, G. Poorman, J. Tishelman, N. Stekas, N. Frangella, F. Segreto, J. Moon, O. Behery, N. Shepard, B. Diebo, S. Vira, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

232. Presentation #247: Identifying Sources of Improvement of Axial Pain in Corrective Cervical Deformity Surgery. **P. Passias**, G. Poorman, S. Horn, B. Diebo, F. Segreto, C. Bortz, L. Steinmetz, D. Ge, E. Klineberg, C. Shaffrey, V. Lafage, T. Protopsaltis, C. Ames, J. Smith, G. Mundis, B. Neuman, R. Hart, D. Burton, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

233. Presentation #38: Improvement in Ames-ISSG Cervical Deformity Classification Modifier Grades Correlate to Clinical Improvement and Likelihood of Reaching MCID in Multiple Metrics: Series of 73 Patients with 1 Year Follow-up. S. Horn, **P. Passias**, R. Lafage, J. Smith, G. Poorman, B. Diebo, C. Bortz, F. Segreto, R. Hart, D. Burton, C. Shaffrey, D. Sciubba, E. Klineberg, T. Protopsaltis, F. Schwab, S. Bess, V. Lafage, C. Ames, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

234. Presentation #56: Drivers of Cervical Deformity Have a Strong Influence on Achieving Optimal Radiographic and Clinical Outcomes at 1 Year Following Cervical Deformity Surgery. **P. Passias**, S. Horn, G. Poorman, A. Daniels, K. Hamilton, H. Kim, D. Sciubba, J. Smith, B. Neuman, N. Stekas, C. Bortz, F. Segreto, L. Steinmetz, B. Diebo, C. Shaffrey, V. Lafage, R. Lafage, T. Protopsaltis, C. Ames, R. Hart, G. Mundis, R. Eastlack, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

235. Presentation #158: Severity of Hip Osteoarthritis Affects Lower Extremity Compensatory Mechanisms in Spinopelvic Malalignment. L. Day, B. Beaubrun, P. Zhou, J. Moon, J. Tishelman, L. Steinmetz, C. Varlotta, N. Frangella, E. DelSole, D. Vasquez-Montes, J. Vigdorchik, R. Schwarzkopf, R. Lafage, V. Lafage, T. Protopsaltis, **P. Passias**, T. Errico, A. Buckland. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

236. Presentation #476: Patient-specific Rods Show a Reduction in Rod Breakage Incidence. V. Fiere, S. Fuentes, E. Burger, T. Raabe, **P.G. Passias**, C. Kleck, T. Protopsaltis, A. Faure, P. Tropiano, A. Vaccaro,

B. Blondel. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

237. Presentation #71: Full-body Analysis of Adult Spinal Deformity Patients' Age-adjusted Alignment at 1 Year. S. Horn, N. Frangella, G. Poorman, D. Vasquez-Montes, B. Diebo, C. Bortz, F. Segreto, L. Steinmetz, N. Stekas, J. Moon, P. Zhou, S. Vira, A. Sure, M. Siow, J. Tishelman, B. Beaubrun, W. Bronson, C. Wang, T. Errico, V. Lafage, A. Buckland, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

238. Presentation #108: Interpretation of Spinal Radiographic Parameters in Patients with Lumbosacral Transitional Vertebrae. P. Zhou, J. Moon, J. Tishelman, C. Varlotta, N. Frangella, T. Errico, T. Protopsaltis, **P. Passias**, A. Buckland. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

239. Presentation #133: Pre-contoured Spinal Rods Reduce the Frequency of Residual Severe Malalignment in Adult Spinal Deformity Correction. P. Zhou, J. Moon, B. Beaubrun, J. Tishelman, D. Vasquez-Montes, C. Varlotta, D. Ge, T. Errico, **P. Passias**, T. Protopsaltis, A. Buckland. . International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

240. Presentation #204: The Ankle-Pelvic Angle (APA): A Summary Measurement of Pelvic and Lower Extremity Compensation. M. Vaynrub, J. Tishelman, S. Horn, N. Stekas, C. Varlotta, **P. Passias**, A. Buckland, T. Errico, T. Protopsaltis. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

241. Presentation #42: Cervical vs Thoracolumbar Spinal Deformities: A Comparison of Baseline Qualityof-Life Burden. **P. Passias**, G. Poorman, V. Lafage, J. Smith, C. Ames, C. Shaffrey, S. Horn, C. Wang, C. Varlotta, C. Bortz, F. Segreto, N. Stekas, R. Hart, D. Burton, R. Lafage, S. Bess, D. Sciubba, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

242. Presentation #296: Differences in Primary and Revision Deformity Surgeries: Following 1,063 Primary Thoracolumbar Adult Spinal Deformity Fusions over Time. G. Poorman, P. Zhou, D. Vasquez-Montes, S. Horn, F. Segreto, C. Bortz, D. Ge, N. Stekas, J. Auerbach, J. Moon, J. Tishelman, M. Gerling, B. Diebo, R. de la Garza Ramos, J. Paul, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

243. Presentation #3: The Relationship between Improvements in Myelopathy and Sagittal Realignment in Cervical Deformity Surgery Outcomes. **P. Passias**, S. Horn, C. Bortz, S. Ramachandran, D. Burton, T. Protopsaltis, R. Lafage, V. Lafage, B. Diebo, G. Poorman, F. Segreto, D. Ge, N. Frangella, J. Smith, C. Ames, C. Shaffrey, H.J. Kim, B. Neuman, A. Daniels, A. Soroceanu, E. Klineberg, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

244. Presentation #534: Comparison of Novel Robotic Navigation System with Conventional Open Techniques: In vitro Analysis of Accuracy, Dosage, and Time Required for Pedicle Screw Placement. A. Vaccaro, J. Harris, M. Hussain, R. Wadhwa, V. Chang, S. Schroerlucke, W. Samora, **P. Passias**, R. Patel, S. D'Agostino, N. Whitney, N. Crawford, B. Bucklen, M. Lendner. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

245. Presentation #99: Effect of Cervical Deformity Correction on Spinal Cord Volume and Stenosis. **P. Passias**, G. Poorman, C. Wang, T. Protopsaltis, C. Shaffrey, R. Hart, V. Lafage, B. Diebo, J. Smith, S. Horn, F. Segreto, C. Bortz, N. Stekas, L. Steinmetz, C. Ames, R. Lafage, H.J. Kim, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

246. Presentation #46: Working towards the Development of a Comprehensive Cervical Spine Surgery Risk Index: An Analysis of Two Large Patient Databases to Stratify Morbidity Risk Prior to Surgery. **P. Passias**, S. Horn, G. Poorman, K. Shenoy, C. Bortz, C. Varlotta, N. Stekas, M. Siow, A. Sure, B. Diebo,

33

V. Lafage, C. Oh. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

247. Presentation #106: How do you Define Minimally Invasive Spine Surgery in the Context of Current Surgical Invasiveness Index? A. Buckland, J. Moon, S. Ramchandran, M. Siow, P. Zhou, D. Vasquez-Montes, N. Stekas, L. Steinmetz, J. Goldstein, J. Bendo, Y. Kim, T. Errico, T. Protopsaltis, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

248. Presentation #248: Comparative Analysis of Changes in Spinal Canal Dimension and Myelopathy Improvement between Patients with and without Cervical Deformity. **P. Passias**, G. Poorman, C. Wang, S. Vira, C. Jalai, B. Diebo, S. Horn, C. Bortz, F. Segreto, L. Steinmetz, C. Varlotta, J. Tishelman, S. Wang, R. Lafage, V. Lafage. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

249. Presentation #157: Psoas Morphology Differs between Supine and Sitting MRI Lumbar Spine – Implications for Lateral Lumbar Interbody Fusion. A. Buckland, B. Beaubrun, E. Isaacs, J. Moon, P. Zhou, S. Horn, G. Poorman, J. Tishelman, L. Steinmetz, C. Varlotta, L. Day, T. Errico, **P. Passias**, T. Protopsaltis. . International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

250. Presentation #51: ACDF Procedures Performed In Ambulatory Centers Compared to the Hospital Inpatient Setting: Length of Stay, Cost Data and Complications in Two National Databases. **P. Passias**, G. Poorman, R. Maloney, S. Horn, C. Varlotta, F. Segreto, N. Frangella, B. Diebo, C. Wang, J. Moon, M. Gerling. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

251. Presentation #145: Pre-operative Planning and Rod Customization May Optimize Post-operative Alignment and Mitigate Development of Malalignemnt in Multi-segment Posterior Cervical Decompression and Fusion Patients. **P. Passias**, S. Horn, G. Poorman, C. Bortz, F. Segreto, N. Frangella, N. Stekas, V. Lafage. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

252. Presentation #143: Thoracolumbar Deformity Impedes Improvement of Lower Extremity Compensatory Mechanisms in Postoperative Cervical Deformity Patients. S. Horn, D. Vasquez-Montes, A. Sure, M. Siow, G. Poorman, B. Diebo, C. Bortz, F. Segreto, C. Varlotta, N. Stekas, J. Moon, J. Tishelman, B. Beaubrun, C. Wang, S. Vira, M. Gerling, T. Protopsaltis, T. Errico, A. Buckland, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

253. Presentation #136: Sustained Changes in Age-adjusted Full-body Compensation Following Adult Spinal Deformity Corrective Surgery. **P. Passias**, S. Horn, G. Poorman, S. Vira, D. Vasquez-Montes, C. Bortz, F. Segreto, N. Frangella, D. Ge, J. Moon, P. Zhou, B. Diebo, A. Sure, J. Tishelman, B. Beabrun, C. Jalai. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

254. Presentation #141: Patient Profiling Can Identify Spondylolisthesis Patients at Risk for Conversion from Nonoperative to Surgical Treatment. **P. Passias**, G. Poorman, J. Lurie, W. Zhao, T. Morgan, S. Horn, C. Bortz, F. Segreto, L. Steinmetz, N. Frangella, S. Bess, V. LaFage, M. Gerling, T. Errico. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

255. Presentation #319: Traumatic Fractures of the Cervical Spine: Analysis of Changes in Incidence, Etiology, Concurrent Injuries and Complications Among 488,262 Patients from 2005- 2013. **P. Passias**, G. Poorman, F. Segreto, C. Jalai, S. Horn, C. Bortz, D. Vasquez-Montes, D. Ge, N. Stekas, B. Diebo, S. Vira, O. Bono, R. De La Garza-Ramos, J. Moon, C. Wang, B. Hirsch, P. Zhou, M. Gerling, H. Koller, V. Lafage. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

256. Presentation #65: Tethered Cord Syndrome in the United States: Cluster Analysis of Presenting Current Anomalies and Associated Conditions. S. Horn, G. Poorman, D. Vasquez-Montes, C. Bortz, F. Segreto,

34

L. Steinmetz, N. Stekas, R. de la Garza Ramos, D. Nikas, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

257. Presentation #146: Chiari Malformation Clusters Describe Differing Presence of Concurrent Anomalies based on Chiari Type. S. Horn, D. Vasquez-Montes, G. Poorman, F. Segreto, C. Bortz, C. Varlotta, N. Frangella, O. Bono, J. Buza, C.R. Goodwin, **P. Passias**. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

258. Presentation #147: Predicting the Occurrence of Complications Following Corrective Cervical Deformity Surgery: Analysis of a Prospective Muticenter Database Using Predictive Analytics. **P. Passias**, C. Oh, S. Horn, H.J. Kim, D.K. Hamilton, D. Sciubba, B. Neuman, A. Buckland, G. Poorman, C. Bortz, F. Segreto, N. Frangella, C. Varlotta, T. Protopsaltis, E. Klineberg, C. Ames, J. Smith, V. Lafage, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

259. Presentation #96: Cervical Alignment Comparative Analysis of Fixed Irreducible and Reducible Atlantoaxial Dislocations. **P. Passias**, C. Wang, G. Poorman, S. Horn, F. Segreto, C. Bortz, C. Varlotta, D. Ge, B. Diebo, S. Wang. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

260. Presentation #100: The Correlation between Cervical Alignment and Posterior Cervical Muscle Fatty Infiltration at Baseline in Cervical Deformity Patients. **P. Passias**, C. Wang, G. Poorman, S. Horn, F. Segreto, C. Bortz, N. Stekas, D. Ge, H.J. Kim, V. Lafage, M. Gerling. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

261. Presentation #292: Bone Marrow Concentration vs. Iliac Crest Bone Graft: 2-Year Results in a SingleBlinded Randomized Controlled Trial on Thoracolumbar Spinal Fusion Bone Grafts in Multi-Level Adult Spinal Deformity. **P. Passias**, G. Poorman, S. Horn, C. Jalai, C. Bortz, F. Segreto, D. Ge, C. Varlotta, N. Worley, S. Yang, C. Poorman, J. Buza, A. Boniello, A. Lee, S. Vira, B. Diebo, V. Lafage, F. Schwab, T. Protopsaltis, T. Errico. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

262. Presentation #304: Predictive Model for Distal Junctional Kyphosis After Cervical Deformity Surgery. **P. Passias**, D. Vasquez-Montes, G. Poorman, T. Protopsaltis, S. Horn, B. Diebo, C. Bortz, F. Segreto, D. Ge, C. Varlotta, C. Ames, J. Smith, V. Lafage, R. Lafage, E. Klineberg, C. Shaffrey, S. Bess, F. Schwab, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

263. Presentation #249: Prospective Multicenter Analysis of Clinical and Radiographic Outcomes Following Surgical Correction of Patients with Moderate to Severe Cervical Deformities and Horizontal Gaze Disruption. T. Protopsaltis, S. Ramchandran, J. Tishelman, N. Stekas, N. Frangella, J. Smith, D. Sciubba, **P. Passias**, R. Lafage, E. Klineberg, V. Lafage, R. Hart. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

264. Presentation #308: The Influence of BMI on Achieving Age Adjusted Alignment Goals in Adult Spinal Deformity Corrective Surgery with Full Body Analysis at 1 Year. **P. Passias**, F. Segreto, S. Horn, C. Bortz, D. Vasquez-Montes, G. Poorman, L. Steinmetz, D. Ge, P. Zhou, B. Diebo, J. Moon, J. Tishelman, A. Sure, B. Beaubrun, S. Vira, C. Jalai, J. Buza, C. Wang, V. Lafage, T. Protopsaltis, A. Buckland, T. Errico. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

265. Presentation #205: From Degenerative to Deformity: Are We Doing Enough to Restore Sagittal Balance in Short Segment Fusions? K. Jegede, J. Tishelman, G. Poorman, N. Stekas, L. Steinmetz, **P. Passias**, T. Errico, A. Buckland, T. Protopsaltis. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

266. Presentation #298: Clinical and Radiographic Presentation and Treatment of Patients with Cervical Deformity Secondary to Thoracolumbar Proximal Junctional Kyphosis are Distinct Despite Achieving Similar Outcomes: Analysis of 123 Prospective CD Cases. **P. Passias**, S. Horn, G. Poorman, A. Daniels, D.K. Hamilton, H.J. Kim, C. Bortz, F. Segreto, D. Ge, N. Frangella, B. Diebo, D. Sciubba, J. Smith, B.

Neuman, C. Shaffrey, R. Lafage, V. Lafage, C. Ames, R. Hart, G. Mundis, R. Eastlack, F. Schwab, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

267. Presentation #409: Pre-Operative Extension Lateral Cervical Radiographs are Associated with Osteotomy Type, Approach and Post-Operative Cervical Alignment Following Cervical Deformity Surgery. E. Klineberg, R. Lafage, E. Zgonis, V. Lafage, M. Gupta, **P. Passias**, J. Smith, H.J. Kim, D. Burton, G. Mundis, F. Schwab, R. Hart, C. Shaffrey, C. Ames, International Spine Study Group. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

268. Presentation #60: Developments in the Treatment of Chiari Type 1 Malformations over the Past Decade. **P. Passias**, A. Pyne, S. Horn, G. Poorman, M. Janjua, D. VasquezMontes, N. Frangella, C. Bortz, F. Segreto, D. Ge, M. Siow, A. Sure, P. Zhou, J. Moon, B. Diebo, S. Vira. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

269. Presentation #45: Trends in Treatment of Scheuermann's Kyphosis: A Study of 1070 Cases from 2003-2012. **P. Passias**, S. Horn, G. Poorman, J. Tishelman, J. Moon, B. Beaubrun, P. Zhou, L. Steinmetz, C. Bortz, F. Segreto, N. Frangella, M. Vaynrub, D. Vasquez-Montes, B. Diebo, S. Vira, M. Raad, D. Sciubba, V. Lafage, F. Schwab, T. Errico. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

270. Presentation #50: Cervical Deformity Patients with Concurrent Thoracolumbar Deformity Recruit More Lower Limb Compensation. **P. Passias**, S. Horn, G. Poorman, J. Moon, P. Zhou, J. Tishelman, L. Steinmetz, C. Bortz, F. Segreto, D. Ge, B. Beaubrun, C. Jalai, M. Gerling, A. Buckland, V. Lafage. International Society for the Advancement of Spine Surgery Annual Meeting 2018, Toronto, CA.

271. Presentation #119: Bone Marrow Concentration vs. Iliac Crest Bone Graft: 2-Year Results in a Single-Blinded Randomized Controlled Trial on Thoracolumbar Spinal Fusion Bone Grafts in Multi-Level Adult Spinal Deformity. **Passias PG**, Poorman G, Horn S, Jalai C, Segreto C, Bortz C, Diebo B, Protopsaltis P, Gerling M, Errico M. Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

272. Presentation #121: Adult Spinal Deformity: The Influence of BMI on Achieving Postoperative Age-Adjusted-Alignment Goals. Horn S, Segreto F, Poorman G, Vasquez-Montes D, Bortz C, Vira S, Buckland A, Gerling M, Errico T. Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

273. Presentation #122: Predictive Analytics for Determining Extended Operative Time in Corrective ASD Surgery. **Passias PG**, Poorman G, Vasquez-Montes D, Horn S, Segreto F, Bortz C, Lafage V, Ames C, Gerling M, Klineberg E. Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

274. Presentation#058: Differences in Primary and Revision Deformity Surgeries: Following 1,063 Primary Thoracolumbar Adult Spinal Deformity Fusions. Poorman G, Zhou P, Vasquez-Montes D, Horn S, Segreto F, Bortz C, Auerbach J, Gerling M, Paul J, **Passias, P.** Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

275. Presentation #067: Patient Profiling Can Identify Spondylolisthesis Patients at Risk for Conversion from Nonoperative to Surgical Treatment. **Passias P**, Poorman G, Horn S, Bortz C, Segreto F, Bess S, Lafage V, Gerling M, Errico T. Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

276. Presentation #280: Cost-utility Analysis of Cervical Deformity Surgeries Using One-year Outcomes. **Passias PG**, Poorman G, Qureshi R, Hassanzadeh H, Horn SR, Jain A, Kelly M, Hostin R, Segreto F, Bortz C, Janjua M, Ames C, Smith JS, Lafage V, Burton D, Bess S, Shaffrey C, Schwab F, Gupta M. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

277. Presentation #404: Predictive Model for Distal Junctional Kyphosis After Cervical Deformity Surgery. **Passias PG,** Vasquez-Montes D, Poorman G, Protopsaltis T, Horn S, Diebo B, Bortz C, Segreto F, Janjua MB, Ames C, Smith JS, Lafage V, Lafage R, Klineberg E, Shaffrey C, Bess S, Schwab F,

International Spine Study Group. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

278. Presentation #409 Predictive Analytics for Determining Extended Operative Time in Corrective ASD Surgery. **Passias PG,** Poorman G, Vasquez-Montes D, Mundis G, Anand N, Horn S, Diebo B, Bortz C, Segreto F, Janjua MB, Burton D, Buckland A, Gerling M, Soroceanu A, Eastlack R, Hamilton DK, Hart R, Schwab F, Lafage V, Shaffrey C, Sciubba D, Bess S, Ames C, Klineberg E. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

279. Presentation #423: The Correlation Between Cervical Alignment and Posterior Cervical Muscle Fatty Infiltration at Baseline in Cervical Deformity Patients. **Passias PG,** Wang C, Poorman G, Horn S, Segreto F, Bortz C, Kim HJ, Lafage V, Gerling M. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

280. Presentation #455: The Relationship Between Improvements in Myelopathy and Sagittal Realignment in Cervical Deformity Surgery Outcomes. **Passias PG,** Horn S, Bortz C, Ramachandran S, Burton D, Protopsaltis T, Lafage R, Lafage V, DIebo B, Poorman G, Segreto F, Janjua MB, Smith J, Ames C, Shaffrey C, Kim HJ, Neuman B, Daniels A, Soroceanu A, Klineberg E. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

281. Presentation #456: Identifying Sources of Improvement of Axial Pain in Corrective Cervical Deformity Surgery. Poorman G, **Passias PG,** Horn S, Diebo B, Segreto F, Bortz C, Janjua MB, Klineberg E, Shaffrey C, Lafage V, Protopsaltis T, Ames C, Smith J, Mundis G, Neuman B, Hart R, Burton D. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

282. Presentation #457 Predicting the Occurrence of Complications Following Corrective Cervical Deformity Surgery: Analysis of a Prospective Multicenter Database Using Predictive Analytics. **Passias PG,** Oh C, Horn S, Kim HJ, Hamilton DK, Sciubba D, Neuman B, Buckland A, Poorman G, Bortz C, Segreto F, Janjua MB, Protopsaltis T, Klineberg E, Ames C, Smith J, Lafage V, International Spine Study Group. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

283. Presentation #463: Effect of Cervical Deformity Correction on Spinal Canal Cross-sectional Area and Stenosis. **Passias PG,** Poorman G, Wang C, Protopsaltis T, Shaffrey C, Hart R, Lafag V, Diebo B, Smith J, Segreto F, Horn S, Bortz C, Janjua MB, Ames C, Lafage R, Kim HJ, International Spine Study Group. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

284. Presentation #465: Comparative Analysis of Changes in Spinal Canal Dimension and Myelopathy Improvement Between Patients with and without Cervical Deformity. **Passias PG,** Poorman G, Wang C, Vira S, Jalai C, Diebo B, Bortz C, Segreto F, Horn S, Tishelman J, Wang S, Lafage R, Lafage V. Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves 2018. Orlando, USA.

285. Presentation #522: Improvement in Ames-ISSG Cervical Deformity Classification Modifier Grades Correlate to Clinical Improvement and Likelihood of Reaching MCID in Multiple Metrics: Series of 73 Patients with 1 Year Follow-Up. Horn S, **Passias PG,** Lafage R, Smith J, Poorman G, Diebo B, Hart R, Burton D, Shaffrey C, Sciubba D, Klineberg E, Protopsaltis T, Schwab F, Bess S, Lafage V, Ames C, International Spine Study Group. American Association of Neurological Surgeons Annual Scientific Meeting 2018. New Orleans, USA.

286. Presentation #528: Chiari Malformation Clusters Describe Differing Presence of Concurrent Anomalies based on Chiari Type. Horn S, Vasquez-Montes D, Poorman G, Bono O, Errico TJ, Buza J, Goodwin R, **Passias PG.** American Association of Neurological Surgeons Annual Scientific Meeting 2018. New Orleans, USA.

287. Presentation #593. Cost-Utility Analysis of Cervical Deformity Surgeries Using One-Year Outcomes. Poorman G, **Passias PG,** Qureshi R, Hassanzadeh H, Horn S, Segreto F, Bortz C, Janjua MB, Ames C,

Smith J, Lafage V. American Association of Neurological Surgeons Annual Scientific Meeting 2018. New Orleans, USA.

## Posters

1. Eposter #1: **Passias PG**, Poorman, GW, Jalai CM. Cardiopulmonary complications in elective spine surgery. Lumbar Spine Research Society Annual Meeting, Chicago, IL, US. 2016.

2. Poster Presentation #2: **Passias PG**, Poorman, GW, Jalai CM. The threshold of obesity as a comorbidity in the lumbar spine. Lumbar Spine Research Society Annual Meeting, Chicago, IL, US. 2016.

3. Podium Presentation #16: Jalai CM, **Passias PG**, Poorman GW, Smith JS, Scheer JK, Sciubba D, Klineberg EO, Lafage V, Shaffrey CI, Ames CP, Miller E (USA). Comparative analysis of intra-operative complications between a multicenter prospective cervical deformity database versus a nationwide sample. 32nd European Cervical Spine Research Society Annual Meeting, Prague, Czech 2016.

4. Poster #24: **Passias PG**, Jalai CM, Kim HJ, Smith JS, Ames CP, Hamilton DK, Burton DC, Bess RS, Lafage V, Schwab FJ, Miller EK. Adult spinal deformity patients with proximal junctional kyphosis compensate with distinct cervical malalignment characteristics relative to those unaffected (ID 127). 32nd European Cervical Spine Research Society Annual Meeting, Prague, Czech 2016.

5. Poster #31: **Passias PG**, Jalai CM, Smith JS, Poorman GW, Protopsaltis TS, Sciubba DM, Lafage R, Lafage V, Ames CP, Shaffrey CI, Miller EK. Does myelopathy or alignment improvement drive acute post-operative outcomes in cervical deformity patients? (ID 122). 32nd European Cervical Spine Research Society Annual Meeting, Prague, Czech 2016.

6. Poster #36: **Peter G Passias**, Cheongeun Oh, Cyrus M Jalai, Gregory W Poorman, Renaud Lafage, Bassel G Diebo, Justin S Smith, Han Jo Kim, Virginie Lafage, Christopher P Ames, Emily K Miller. Predictive model for patient-reported outcomes scores following cervical spine deformity surgical correction (ID 124). 32nd European Cervical Spine Research Society Annual Meeting, Prague, Czech 2016.

7. Poster #48: **Peter G Passias**, Cyrus M Jalai, Virginie Lafage, Renaud Lafage, Themistocles Protopsaltis, Alexandra Soroceanu, Justin S Smith, Frank Schwab, Christopher Shaffrey, Christopher P Ames, Emily K Miller. Primary drivers of cervical deformity: prevalence and effect of surgical treatment strategies on post-operative alignment (ID: 125). 32nd European Cervical Spine Research Society Annual Meeting, Prague, Czech 2016.

8. EPoster #4: **Peter G Passias**, Cyrus M Jalai, Justin S Smith, Virginie Lafage, Bassel G Diebo, Themistocles Protopsaltis, Gregory W Poorman, Shay Bess, Christopher Shaffrey, Christopher P Ames, Emily K Miller. Characterizing cervical spine deformity based on existing cervical and adult deformity classification schemes at presentation and following treatment (ID 121). 32nd European Cervical Spine Research Society Annual Meeting, Prague, Czech 2016.

9. Paper #7: Primary vs Revision Adult Cervical Deformity: A Prospective Multicenter Study with 1-Year Follow-up. Alex Soroceanu, MD, MPH, FRCSC; Justin S. Smith, MD, PhD; Munish Chandra Gupta, MD; **Peter G. Passias**, Themistocles S. Protopsaltis, Robert A. Hart, Virginie Lafage, Douglas C. Burton, Justin K. Scheer, Frank J. Schwab, Thomas J. Errico, Christopher I. Shaffrey, Christopher P. Ames, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

10. Paper #17: The Posterior use of BMP-2 in Cervical Deformity Surgery Does Not Result in Increased Complications: A Prospective Multicenter Study. Han Jo Kim, Hongda Bao, MD, Sravisht Iyer, Justin S. Smith, Munish Chandra Gupta, Todd J. Albert, Themistocles S. Protopsaltis, Gregory M. Mundis, Jr., **Peter G. Passias,** Brian James Neuman, Eric O. Klineberg, Virginie Lafage, Christopher P. Ames, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

11. Paper #20: National Administrative Databases in Adult Spinal Deformity Surgery: A Cautionary Tale. Aaron James Buckland, Gregory Wyatt Poorman, Cyrus M. Jalai, Eric O. Klineberg, Michael P. Kelly,

**Peter G. Passias,** International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

12. Paper #39: The Impact of Obesity on Compensatory Mechanisms in Response to Progressive Sagittal Malalignment. Cyrus M. Jalai, Bassel G. Diebo, Dana Leslie Cruz, Gregory Wyatt Poorman, Shaleen Vira, Aaron James Buckland, Renaud Lafage, Shay Bess, Frank J. Schwab, Thomas J. Errico, Virginie Lafage, **Peter G. Passias.** Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

13. Paper #64: Medical Complications in 3,519 Surgically Treated Elderly Patients with Adult Spinal Deformity: Comparison of Multicenter Surgeon Maintained vs. Medicare Claims Database

14. Amit Jain, Hamid Hassanzadeh, Varun Puvanesarajah; Eric O. Klineberg, Michael P. Kelly, D.Kojo Hamilton, Virginie Lafage, Aaron James Buckland, **Peter G. Passias,** Themistocles S. Protopsaltis, Renaud Lafage, Justin S. Smith, MD, Christopher I. Shaffrey, Khaled M. Kebaish, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

15. Paper #65: Morbidity of Adult Spinal Deformity Surgery in Elderly Has Declined Over Time

16. **Peter G. Passias,** MD; Gregory Wyatt Poorman, BA; Cyrus M. Jalai, Brian James Neuman, Rafael De la Garza-Ramos, Emily Kristine Miller, Amit Jain, Daniel M. Sciubba, Virginie Lafage. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

17. Paper #68: Psychological Burden of Spinal Deformity: A Comparative Analysis with Three Disabling Chronic Diseases. Bassel G. Diebo, Cyrus M. Jalai, Gregory Wyatt Poorman, Thomas J. Errico, Virginie Lafage, **Peter G. Passias.** Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

18. Paper #90: Does Pelvic Incidence Increase with Age? An Analysis of 1625 Adults Hongda Bao, Barthelemy Liabaud, Jeffrey J. Varghese, Renaud Lafage, Bassel G. Diebo, Cyrus M. Jalai, Subaraman Ramchandran, Gregory Wyatt Poorman, Dana Leslie Cruz, Thomas J. Errico, Themistocles S. Protopsaltis, **Peter G. Passias,** Aaron James Buckland. Frank J. Schwab, Virginie Lafage. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

19. Paper #102: Upper Cervical and Infra-cervical Compensation in Cervical Deformity Patients

20. Subaraman Ramchandran, Themistocles S. Protopsaltis, Daniel M. Sciubba, Justin K. Scheer, Alan H. Daniels, **Peter G. Passias,** Virginie Lafage, Han Jo Kim, Gregory M. Mundis, Jr., Eric O. Klineberg, Robert A. Hart, Justin S. Smith, Christopher I. Shaffrey, Christopher P. Ames, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

21. Paper #109: Three-column Osteotomy for Correction of Cervical Deformity: Alignment Changes and Early Complications in a Multicenter Prospective Series of 24 Patients Justin S. Smith, Christopher I. Shaffrey, Han Jo Kim, Brian James Neuman, Eric O. Klineberg, Frank J. Schwab, Renaud Lafage, Themistocles S. Protopsaltis, **Peter G. Passias,** Gregory M. Mundis, Jr., Robert A. Hart, Vedat Deviren, Shay Bess, Christopher P. Ames, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

22. Paper #120: The Health Impact of Symptomatic Adult Cervical Deformity: Comparison to United States Population Norms and Chronic Disease States Based on the EQ5D. Smith JS, Line B, Bess RS, Shaffrey CI, Kim HJ, Mundis, Jr. GM, Klineberg EO, Schwab FJ, Lafage V, **Passias PG,** Protopsaltis TS, Hart RA, Burton DC, Ames CP, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

23. Paper #122: Analysis of Lumbar Flexibility on Supine MRI and CT May Reduce the Need for More Invasive Spinal Osteotomy in Adult Spinal Deformity Surgery Baker J, Day LM, Oren JH, Moses MJ, Buckland AJ, **Passias PG,** Lafage V, Schwab FJ, Bess RS, Errico TJ, Protopsaltis TS. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

24. Paper #137: Primary Drivers of Cervical Deformity: Prevalence and Effect of Surgical Treatment Strategies on Post-Operative Alignment. **Passias PG,** Jalai CM, Lafage V, Lafage R, Protopsaltis TS, Ramchandran S, Gupta MC, Hart RA, Deviren V, Soroceanu A, Smith JS, Schwab FJ, Shaffrey CI, Ames CP, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

25. Paper #138: Predictive Model for Patient-reported Outcomes Scores Following Cervical Spine Deformity Surgical Correction. **Passias PG,** Oh C, Jalai CM, Poorman GW, Lafage R, Diebo B, Scheer JK, Smith JS, Shaffrey CI, Protopsaltis, Kim HJ, Hart RA, Lafage V, Ames CP, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

26. Paper #139: Cervical Deformity Surgery Does Not Result in Post-operative Dysphagia: A Prospective Cohort Study. Kim HJ, Bao H, Iyer S, Smith JS, Kelly MP, Gupta MC, Albert TJ, Mundis, Jr. GM, **Passias PG,** Neuman B, Klineberg EO, Lafage V, Ames CP, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

27. Paper #143: Bimodal Incidence and Causes of Proximal Junctional Kyphosis (PJK) in Adult Spinal Deformity (ASD). Gupta MC, Bassel G. Diebo, Protopsaltis TS, Hart RA, Smith JS, Ames CP, Lafage R, Scheer JK, Kim HJ, Bess S, Burton DC, **Passias PG,** Schwab FJ, Lafage V, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

28. Paper #145: Proximal Junctional Kyphosis (PJK) Can Be Predicted Following Adult Spinal Deformity (ASD) Surgery: Models Based On Regional Alignment Changes Within the Fusion Area. Liabaud B, Lafage R, Hart RA, Schwab FJ, Smith JS, Kim HJ, Hostin R, **Passias PG,** Ames CP, Mundis, Jr. GM, Burton DC, Bess S, Klineberg EO, Lafage V, International Spine Study Group. Annual Meeting International Meeting for Advancement of Spinal Surgery, Washington, D.C., USA 2016.

29. EPoster #201: Congenital vs. idiopathic scoliosis: Comparison of in- hospital Co-morbidities using nationwide inpatient Data- base (KiD). Poorman GW, Jalai CM, Diebo BG, Vira S, Baker J, Shenoy K, Hasan S, Buza J,  Bronson W, Paul J, Kaye D, Atanda A, Lafage V, Errico T, **Passias PG**. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

30. EPoster #202: incidence of Congenital Spinal abnormalities among Paediatric Patients and their association with Scoliosis and Systemic anomalies. **Passias PG,** Gregory Wyatt Poorman GW, Jalai CM, Diebo BG, Vira S, Baker J, Shenoy K, Hasan S, Buza JA, Bronson W, Paul JC, Kaye D; Atanda A, Lafage V, Errico TJ. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

31. EPoster #204: Analysis of Successful vs. Failed radiographic out- comes following Cervical Deformity Surgery. Protopsaltis TS, Ramchandran S, Hamilton DK, Sciubba DM, **Passias PG,** Lafage V, Lafage R, Smith JS, Hart RA, Gupta MC, Burton DC, Bess RS, Shaffrey CI, Ames CI, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

32. EPoster #207: Bi-modal incidence and causes of proximal junctional kyphosis (PJK) in adult spinal deformity (aSD). Gupta MC, Diebo BG, Protopsaltis TS, Hart RA Smith JS, Ames CP, Lafage R, Scheer JK, Kim HJ, Bess RS, Burton DC, **Passias PG,** Schwab FJ, Lafage V, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

33. EPoster #216: Proximal Junctional Kyphosis (PJK) Can be Predicted Following adult Spinal Deformity (aSD) Surgery: models based on regional alignment Changes Within the Fusion area. Liabaud B, Lafage R, Hart R, Schwab FJ, Smith JS, Kim HJ, Hostin RJ, **Passias PG,** Ames CP, Mundis Jr. GM, Burton DC, Bess RS, Klineberg EO, Lafage V, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

34. EPoster #218: Upper Cervical and infra-cervical Compensation in Cervical Deformity Patients. Ramchandran S, Protopsaltis TS, Sciubba DM, Scheer JK, Daniels AH, **Passias PG,** Lafage V, Kim HJ, Mundis Jr. GM, Klineberg EO, Hart RA, Smith JS, Shaffrey CI, Ames CP International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

35. EPoster #224. Comparative analysis of Peri-operative outcomes us- ing nationally Derived hospital Discharge Data relative to a Prospective multi-center Surgical Database of adult Spinal Deformity Surgery. Poorman GW, **Passias PG**, Buckland AJ, Jalai CM, Kelly MP, Sciubba DM, Neuman BJ Hamilton DK, Jain A, Lafage V, Bess RS Klineberg EO, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

36. EPoster #226: Life is a lordosing event in the Subaxial Cervical Spine: an analysis of upper and lower Cervical regions based on age and thoracolumbar Sagittal malalignment. Henry JK, Lafage R, Liabaud B, Protopsaltis TS, **Passias PG**, Buckland AJ, Errico TJ, Bao H, Ramchandran S, Day LM, Jalai CM, Poorman GW, Cruz DL, Schwab FJ, Lafage V. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

37. EPoster #227: Characterizing Cervical Spine Deformity based on existing Cervical and adult Deformity Classification Schemes at Presentation and Following treatment. **Passias PG,** Jalai CM, Smith JS, Lafage V, Diebo BG, Protopsaltis TS, Poorman GW, Bess RS, Shaffrey CI, Ames CP, Schwab FJ, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

38. EPoster #238: The impact of obesity on Compensatory mechanisms in response to Progressive Sagittal malalignment. Jalai CM, Diebo BG, Cruz DL, Poorman GW, Vira S, Buckland AJ, Lafage R, Bess RS, Schwab FJ, Errico TJ, Lafage V, **Passias PG.** Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

39. EPoster #272: Predictive model for Patient-reported outcomes Scores Following Cervical Spine Deformity Surgical Correction. **Passias PG,** Oh C, Jalai CM, Poorman GW, Lafage R, Diebo BG, Scheer JK, Smith JS, Shaffrey CI, Protopsaltis TS, Kim HJ, Hart RA, Lafage V, Ames CP, International Spine Study Group.  Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

40. EPoster #277: Three-column osteotomy for Correction of Cervical Deformity: alignment Changes and early Complications in a multicenter Prospective Series of 24 Patients. Smith JS, Shaffrey CI, Kim HJ, Neuman BJ, Klineberg EO, Schwab FJ, Lafage R, Protopsaltis TS, **Passias PG,** Mundis Jr. GM, Hart RA, Deviren V, Bess RS, Ames CP, International Spine Study Group.  Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

41. EPOSTER #281: Medical Complications in 3,519 Surgically treated elderly Patients with adult Spinal Deformity: Comparison of multicenter Surgeon maintained vs. medicare Claims Database. Jain A, Hassanzadeh H, Puvanesarajah H, Klineberg EO, Kelly MP, Hamilton DK, Lafage V, Buckland AJ, **Passias PG,** Protopsaltis TS, Lafage R, Smith JS, Shaffrey CI, Kebaish KM. International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

42. EPOSTER #288: The health impact of Symptomatic adult Cervical De- formity: Comparison to united States Population norms and Chronic Disease States based on the eQ5D. Smith JS, Line B, Bess RS, Shaffrey CI, Kim HJ, Mundis GM, Klineberg EO, Schwab FJ, Lafage V, **Passias PG,** Protopsaltis TS, Hart RA, Burton DC, Ames CP, International Spine Study Group. Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

43. EPOSTER #294: The Posterior use of bmP-2 in Cervical Deformity sur- gery does not result in increased Complications: a prospec- tive multicenter study. Kim HJ, Sravisht-Iyer BH, Smith JS, Gupta MC, Albert T, Protopsaltis TS, Mundis Jr. GM, **Passias PG,** Neuman BJ, Klineberg EO, Lafage V, Ames CP, International Spine Study Group.  Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

44. EPOSTER #299: National administrative Databases in adult Spinal Deformity Surgery – a Cautionary tale. Buckland AJ, Poorman GW, Jalai CM, Klineberg EO, Kelly MP, **Passias PG,** International Spine Study Group.  Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

45. EPOSTER #300: Analysis of lumbar Flexibility on Supine mri and Ct may reduce the need for more invasive Spinal osteotomy in adult Spinal Deformity Surgery. Baker J, Day LM, Oren JH, Moses MJ, Buckland AJ, **Passias PG,** Lafage V, Schwab FJ, Bess RS, Errico TJ, Protopsaltis TS.  Scoliosis Research Society Annual Meeting, Prague, Czech Republic, 2016.

46. POSTER #33: The Fate of Adult Spinal Deformity Patients Incurring Rod Fracture after Thoracolumbar Fusion without Prior Three-Column Osteotomy. Hamilton DK, Buza J, **Passias PG,** Jalai CM, Kim HJ, Hart R, Ailon T, Gupta M, Ames CP, Deviren V, Daniels A, Lafage V, Bess S, Klineberg E, Shaffrey C, Jain A, Smith J, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

47. POSTER #40: Low Body Mass is a Negative Independent Risk Factor in Elective Spinal Surgery. Jalai CM, Poorman GW, Line B, Bess S, Vira S, Diebo B, Foster N, Oren J, Protopsaltis T, Buckland A, Errico T, Lafage V, **Passias PG.** North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

48. POSTER #42: Congenital versus Idiopathic Scoliosis: Comparison of In-Hospital Co-morbidities Using Nationwide Inpatient Database (KID). **Passias PG,** Poorman GW, Jalai CM, Diebo B, Vira S, Baker J, Shenoy K, Hasan S, Buza J, Bronson W, Paul J, Kaye I, Atanda A, Cassily R, Foster N, Oren J, Lafage V, Errico T. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

49. POSTER #64: Measurement of Spinopelvic Angles on Prone Intraoperative Long-Cassette Lateral Radiographs Predicts Postoperative Standing Global Alignment in Adult Spinal Deformity. Oren J, Day L, Baker J, Foster N, Moses M, Ramchandran S, Cruz D, Jalai C, Cassilly R, **Passias PG,** Bess S, Errico T, Protopsaltis T. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

50. POSTER #72: Life is a Lordosing Event in the Subaxial Cervical Spine: An Analysis of Upper and Lower Cervical Regions Based on Age and Thoracolumbar Sagittal Malalignment. Henry J, Lafage R, Liabaud B, Protopsaltis T, **Passias PG,** Buckland A, Errico T, Bao H, Ramchandran S, Day L, Jalai C, Poorman G, Cruz D, Schwab F, Lafage V. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

51. POSTER #73: Princpial Radiographic Characteristics for Cervical Deformity: A Health-Related Quality of Life Analysis. Bao H, Varghese J, Lafage R, Liabaud B, Day L, Jalai C, Cruz D, Errico T, Protopsaltis T, **Passias PG,** Buckland A, Schwab F, Lafage V. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

52. POSTER #81: Limitations of Using Population-Based Databases to Assess Trends in Spinal Stereotactic Surgery. McClelland S, Jalai C, Ryu S, **Passias PG.** North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

53. POSTER #82: Incidence of Congenital Spinal Abnormalities Among Paediatric Patients and Their Association with Scoliosis and Systemic Anomalies. **Passias PG,** Poorman GW, Jalai C, Diebo B, Vira S, Baker J, Shenoy K, Hasan S, Buza J, Bronson W, Paul J, Kaye I, Atanda A, Foster N, Cassilly R, Oren J, Lafage V, Errico T. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

54. POSTER #112: Lumbar stenosis severity predicts worsening sagittal malalignment on full-body standing stereographs. Buckland A, Ramachandran S, Day L, Bess S, Protopsaltis T, **Passias PG,** Diebo B, Liabaud B, Lafage R, Lafage V, Errico T.  North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

55. POSTER #114: Comparative Analysis of Perioperative Outcomes Using Nationaly Derived Hospital Discharge Data Relative to a Prospective Multicenter Surgical Database of Adult Spinal Deformity Surgery. Poorman G, **Passias PG,** Buckland A, Jalai C, Kelly M, Sciubba D, Neuman B, Hamilton K, Jain A, Lafage V, Bess S, Lineberg E, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

56. POSTER #115: Continuous Variable Predictive Modelling of Length of Hospital Stay (LOS) Following Adult Spinal Deformity (ASD) Correction: Analysis of 653 Patients with an Accuracy of 75% within 2 Days. Scheer J, Ailon T, Smith J, Hart R, Burton D, Bess S, Neuman B, **Passias PG,** Miller E, Schaffrey C, Schwab F, Lafage V, Klineberg E, Ames C, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

57. POSTER #118: When do Surgeons Choose Upper Thoracic versus Lower Thoracic Proximal End Point for Fusion of Adult Spinal Deformity Patients? Daniels A, Line B, Lafage V, Smith J, Schaffrey C,

Gupta M, Klineberg E, Schwab F, **Passias PG,** Burton D, Bess S, Ames C, Hart R, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

58. POSTER #120: Predicting Satisfied, Non-Depressed with Optimal Self-Image Patients at Two-Year Follow-up: Propensity Matched Comparisons in Operative and Non-Operative Adult Spinal Deformity Cohorts. Diebo B, Jalai C, Poorman G, Libaud B, Errico T, Bess S, Soroceanu A, Hamilton DK, Sciubba D, Klineberg E, Lafage R, Lafage V, Schwab F, Passias PG, ISSG. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

59. POSTER #134: The Health Impact of Symptomatic Adult Cervical Deformity: Comparison to United States Population Norms and Chronic Disease States Based on the EQ5D. Smith JS, Line B, Bess S, Shaffrey CI, Kim HJ, Mundis G, Scheer J, Klineberg E, Gupta M, Daniels A, Kelly M, Gum J, Schwab F, Lafage V, Lafage R, Ailon T, **Passias PG,** Protopsaltis TS, Hart RA, Burton D, Deviren V, Ames CP, International Spine Study Group.  North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

60. POSTER #135: Outcomes of Operative Treatment for Adult Cervical Deformity: A Prospective Multicenter Assessment with One-Year Follow-up. Smith JS, Shaffrey CI, Kim HJ, Mundis G, Gupta M, Klineberg E, Schwab F, Lafage V, Lafage R, **Passias PG,** Protopsaltis TS, Neuman B, Ailon T, Daniels A, Scheer J, Line B, Soroceanu A, Kebaish K, Hart RA, O'Brien M, Burton D, Deviren V, Albert D, Riew D, Bess S, Ames CP, International Spine Study Group.  North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

61. POSTER #137: Comparative Analysis of Intraoperative Complications Between a Multicenter Prospective Cervical Deformity Database versus a Nationwide Sample. Jalai C, **Passias PG,** Poorman G, Smith J, Scheer J, Hamilton, D, Sciubba D, Mundis G, Klineberg E, Lafage V, Shaffrey C, Ames CP, International Spine Study Group.  North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

62. POSTER #139: Does Myelopathy or Alignment Improvement Drive Acute Postoperative Outcomes in Cervical Deformity Patients? **Passias PG,** Jalai C, Smith J, Poorman G, Protopsaltis TS, Neuman B, Sciubba D, Diebo B, Lafage R, Lafage V, Ames CP, Shaffrey C, International Spine Study Group. North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

63. POSTER #143: Outcomes of Operative Treatment for Adult Cervical Deformity: A Prospective Multicenter Analysis of Early Distal Junctional Kyphosis (DJK) after Cervical Deformity Correction. Protopsaltis TS, Ramchandran S, Kim HJ, Neuman B, Miller E, **Passias PG,** Soroceanu A, Lafage V, Lafage R, Gupta M, Hart RA, Smith JS, Schwab F, Bess S, Shaffrey CI, Ames CP, International Spine Study Group.  North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

64. POSTER #166: Recovery Kinetics of Radiographic and Implant-Related Revision Patients Following Adult Spinal Deformity Surgery. **Passias PG,** Jalai C, Lafage V, Scheer J, Hamilton DK, Line B, Bess S, Schwab F, Ames C, Burton D, Hart R, Klineberg E, International Spine Study Group.  North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

65. POSTER #190: Bone Morphogenetic Protein-2 in Adult Spinal Deformity Surgery: A Meta-Analysis. Poorman G, Jalai C, Boniello A, Worley N, McClelland, **Passias PG.** North American Spine Society Annual Meeting, Boston, MA, USA, 2016.

66. POSTER #10: Analysis of early distal junctional kyphosis (djk) after cervical deformity correction. Protopsaltis T, Ramchandran S, Kim HJ, Neuman B, **Passias PG,** Lafage V, Gupta M, Hart R, Schwab F, Bess S, Smith J, Shaffrey C, Ames C, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

67. POSTER #24: The health impact of symptomatic adult cervical deformity: comparison to united states population norms and chronic disease states based on the eq5d.  Smith JS, Line B, Bess S, Shaffrey CI, Kim HJ, Mundis G, Scheer J, Klineberg E, Daniels A, Kelly M, Gum J, Schwab F, Lafage V, Lafage R, Ailon T, **Passias PG,** Protopsaltis TS, Hart R, Burton D, Deviren V, Ames CP, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

68. POSTER #25: Three-column osteotomy for correction of cervical deformity: alignment changes and early complications in a multicenter prospective series of 24 patients.  Smith JS, Line B, Shaffrey CI, Kim HJ, Neuman B, Klineberg E, Schwab F, Lafage V, Lafage R, Scheer J, Protopsaltis TS, **Passias PG,** Mundis G, Hart R, Deviren V, Bess S, Ames CP, ISSG. Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

69. POSTER #26: The importance of c2-slope as a singular marker of cervical deformity and the link between upper-cervical and cervico-thoracic alignment among cervical deformity patients.  Protopsaltis T, Ramchandran S, Kim HJ, Sciubba D, **Passias PG,** Lafage V, Scheer J, Klineberg E, Gupta M, Hart R, Mundis G, Bess S, Smith J, Shaffrey C, Ames C, ISSG.  Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

70. POSTER #27: Upper cervical and infra-cervical compensation in cervical deformity patients.  Ramchandran S, Protopsaltis T, Sciubba D, Scheer J, Daniels A, **Passias PG,** Lafage V, Kim HJ, Mundis G, Klineberg E, Hart R, Smith J, Shaffrey C, Ames C, ISSG.  Cervical Spine Research Society Annual Meeting, Toronto, CA, 2016.

71. Abstract 2216: Spinal Stereotactic Body Radiotherapy in the United States: A Decade-Long Nationwide Analysis of Patient Demographics, Practice Patterns, and Trends Over Time. McClelland S 3rd, Kim E, **Passias PG**, Murphy JD, Attia A, Jaboin JJ. American Society for Radiation Oncology, 59th Annual Meeting, International Journal of Radiation Oncology*Biology*Physics in press, 2017.

72. Poster #280: **Passias PG**, Jalai C, Diebo B, Cruz D, Poorman G, Horn S, Zhou P, Beaubrun B, Buckland A, Day L, Liabaud B, Lafage R, Soroceanu A, Baker J, McClelland S, Oren J, Errico T, Schwab F, Lafage V. Full-Body Radiographic Analysis of Post-Operative Deviations from Age-Adjusted Alignment Goals in Adult Spinal Deformity Correction and Related Compensatory Recruitment. ISASS Annual Meeting, Boca Raton, USA, 2017.

73. Poster #277: Jalai C, Diebo B, Cruz D, Poorman G, Vira S, Horn S, Moon J, Beaubrun B, Buckland A, Lafage R, Bess S, Errico T, Lafage V, **Passias PG**. The Impact of Obesity on Compensatory Mechanisms in Response to Progression Sagittal Malalignment. ISASS Annual Meeting, Boca Raton, USA, 2017.

74. Poster #286: **Passias PG**, Poorman G, Jalai C, Neuman B, de la Garza-Ramos R, Miller E, Jain A, Sciubba D, McClelland S, Day L, Ramchandran S, Vira S, Diebo B, Horn S, Sure A, Tishelman J, Isaacs E, Bono O, Bess S, Gerling M, Lafage V. Morbidity of Adult Spinal Deformity Surgery in Elderly Has Declined Over Time. ISASS Annual Meeting, Boca Raton, USA, 2017.

75. Poster #340: **Passias PG**, Oh C, Jalai C, Horn S, Poorman G, Sure A, Tishelman J, Lafage R, Diebo B, Scheer J, Smith J, Shaffrey C, Protopsaltis T, Kim HJ, Hart R, Lafage V, Ames C, ISSG. Predictive Model for Patient-Reported Outcomes Scores Following Cervical Spine Deformity Surgical Correction. ISASS Annual Meeting, Boca Raton, USA, 2017.

76. Poster #272: **Passias PG**, Poorman G, Jalai C, Line B, Diebo B, Horn S, Sure A, Moon J, Park P, Hart R, Burton D, Schwab F, Lafage V, Bess S, Errico T, ISSG. Outcomes of Open Staged Corrective Surgery in the Setting of Adult Spinal Deformity.  ISASS Annual Meeting, Boca Raton, USA, 2017.

77. Poster #553: Diebo B, Jalai C, Poorman G, Horn S, Moon J, Naziri Q, Errico T, Patel A, Lafage V, Paulino C, **Passias PG**. Psychological Burden of Musculoskeletal Diseases: Investigation on Spine, Hip and Knee In-Hospital Patients. ISASS Annual Meeting, Boca Raton, USA, 2017.

78. Poster #314: Diebo G, Jalai C, Tishelman J, Poorman G, Horn S, Bono O, Moon J, **Passias PG**. Diminished Mental Health Prior to Cervical Fusion Can Have a Profound Effect on Patient Derived Outcomes Depending On Presenting Diagnosis: Results of a Prospective Surgeon Driven Cervical Database at 2 Years. ISASS Annual Meeting, Boca Raton, USA, 2017.

79. Poster #566: Diebo B, Patel A, Paulino C, Poorman G, Varghese J, Lafage R, Jalai C, Horn S, Zhou P, Lafage V, Schwab F, Errico T, Naziri Q, **Passias PG**. Disseminated Intravascular Coagulopathy (DIC) Following Spinal Fusion for Congenital and Idiopathic Scoliosis: A Study on Nationwide Kid's Inpatient Database (KID). ISASS Annual Meeting, Boca Raton, USA, 2017.

80. Poster #213: Prevalence, Location, Type, and Predictors of Neck and Back Pain in an Underserved Population of Adolescent Idiopathic Scoliosis. Bassel G. Diebo, MD; Louis M. Day, BS; Frank A. Segreto, BS; Lee Bloom, MD; Westley Hayes, MS; Mikhail Tretiakov; Patrick J. Mixa, MD; James Messina; Elian Shepherd, MD; Ashish Patel, MD; Daniel Cukor, PhD; **Peter G. Passias**, MD; Qais Naziri, MD, MBA; William P. Urban, MD; Carl B. Paulino, MD. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

81. Poster #222: The Ankle-Pelvic Angle (APA): A Summary Measurement of Pelvic and Lower Extremity Compensation Max Vaynrub; Jared C. Tishelman, BA; Samantha R. Horn, BA; **Peter G. Passias**, MD; Aaron J. Buckland, MBBS, FRACS; Thomas J. Errico, MD; Themistocles S. Protopsaltis, MD. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

82. Poster #271: Contemporary Presentation and Recent Surgical Trends of Klippel-Feil Syndrome **Peter G. Passias**, MD; Gregory W. Poorman, BA; Charles Wang, BS; Max Vaynrub, MD; Jared C. Tishelman, BA; Muhammad Burhan Janjua, MD; Dennis Vasquez-Montes, MS; Peter L. Zhou, BA; John Moon, BS; Samantha R. Horn, BA; Bassel G. Diebo, MD; Shaleen Vira, MD. Scoliosis Research Society Annual Meeting, Philadelphia, United States, 2017.

83. E-Poster #062: Sustained Changes in Age-Adjusted Full-Body Compensation Following Adult Spinal Deformity Corrective Surgery. **Passias PG,** Jalai C, Poorman G, Bortz C, Segreto F, Diebo B, Errico T, Lafage V, Gerling M. Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

84. E-Poster #059: Predictors of Adverse Discharge Disposition in Adult Spinal Deformity and Associated Costs. **Passias PG,** Qureshi R, DIebo B, Paul J, Horn S, Segreto F, Bess S, Gerling M, Hassanzadeh H. Lumbar Spine Research Society Annual Meeting 2018, Chicago, USA.

**Scientific Textbooks**
- Sole Editor of **Cervical Myelopathy**. Jaypee Brothers, 2016.
- **Adult Lumbar Scoliosis: A Clinical Guide to Diagnosis and Management. Chapter 11: Biologics.** Peter G. Passias, MD
- **Dr. Elkwood Rehabilitative surgery- An Interdisciplinary Approach to Restoring Functionality. Chapter 5: Spine Trauma.** David Kaye, M.D., Peter G. Passias, M.D.

CIVIL ACTION NO. 1:18-cv-03411

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

===================================================

PETER ALLMAN,
**Plaintiffs,**

**-against-**

STARBUCKS CORPORATION
**Defendants.**

### FED. R. C. P. 26 Expert Witness Disclosure

===================================================

### KRENTSEL & GUZMAN, LLP.

*Attorneys for* : Plaintiff(s)
*Office and Post Office Address, Telephone*
17 Battery – Suite #604
New York, New York 10004
(212) 227-2900

===================================================

To
Attorney(s) for

===================================================

Service of a copy of the within
is hereby admitted.
Dated,

_____

Attorney(s) for

===================================================

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within name court on                                         20
☐ NOTICE OF SETTLEMENT
that an order of which the within is a true copy
will be presented for settlement to the HON. one of the judges of the
within named Court, at on                    20              at              M.
Dated,
Yours, etc.
### KRENTSEL & GUZMAN, LLP.