UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PETER ALTMAN,

                      Plaintiff,

v.

STARBUCKS CORPORATION,

                      Defendant.

**CERTIFICATE OF SERVICE**

Index No.: 1:18-cv-03411

      I certify that on June 24, 2019, I electronically filed the foregoing *Notice of Motion, Memorandum of Law in Support and Affirmation of Joseph M. Hanna, Esq. with attached exhibit* with the Clerk of the Eastern District Court using its CM/ECF system which resulted in electronic service on the following CM/ECF participants:

Meredith A. Yevin, Esq.
Jason T. Herbert, Esq.
Krentsel & Guzman, LLP
17 Battery Place, Suite 604
New York, New York 10004
myevin@kglawteam.com
jherbert@kglawteam.com

DATED: June 24, 2019

                                              GOLDBERG SEGALLA LLP

                                              Joseph M. Hanna, Esq. (JH2603)
                                              *Attorneys for Defendants*
                                              *Starbucks Corporation d/b/a*
                                              *Starbucks Coffee Company*
                                              665 Main Street
                                              Buffalo, New York 14203
                                              Telephone: 716-566-5400
                                              jhanna@goldbergsegalla.com

23310653.v1