**EXHIBIT F**

COPY

 1    UNITED STATES DISTRICT COURT

 2    EASTERN DISTRICT OF NEW YORK

 3    ----------------------------------------X

      PETER ALLMAN,

 4
                          Plaintiff,

 5
                -against-

 6
      STARBUCKS CORPORATION,

 7

 8                       Defendant.

      ----------------------------------------X

 9
                                89-00 Sutphin Boulevard

10                              Jamaica, New York

11                              March 6, 2019
                                2:04 p.m.

12

13

14              DEPOSITION of the Defendant, Starbucks

15    Corporation, by NATALY VILLANUEVA, taken on

16    behalf of the Plaintiff, pursuant to Order

17    and held before, SHIRLEY GONZALEZ, a Shorthand

18    Stenographer and a Notary Public of the State

19    of New York.

20

21

22

23

24

25

```
 1

 2      A P P E A R A N C E S:

 3

 4      KRENTSEL & GUZMAN, LLP

 5           Attorney for Plaintiff

 6           17 Battery Place, #604

 7           New York, New York 10004

 8      BY: KURT ROBERTSON, ESQ.

 9

10      GOLDBERG SEGALLA

11           Attorney for the Defendant

12           665 Main Street

13           Buffalo, New York 14203

14      BY: DANIEL VELEZ, ESQ.

15

16                          OOo

17

18

19

20

21

22

23

24

25
```

1

2          IT IS HEREBY STIPULATED AND AGREED by and

3      between the attorneys for the respective

4      parties herein that the sealing, filing and

5      certification of the within deposition be

6      waived; that such deposition may be signed and

7      sworn to before any officer authorized to

8      administer an oath with the same force and

9      effect as if signed and sworn to before a

10     judge.

11         IT IS FURTHER STIPULATED AND AGREED that

12     all objections, except as to form, are

13     reserved to the time of trial.

14

15

16

17

18

19

20

21

22

23

24

25

1    N A T A L I E   V I L L A N U E V A,

2         having been first duly sworn by a Notary

3         Public of the State of New York, was

4         examined and testified as follows:

5    BY REPORTER:

6         Q     State your name for the record.

7         A     Nataly Villanueva.

8         Q     State your address for the record.

9         A     51-06 Northern Boulevard, Woodside,

10   New York 11377.

11   EXAMINATION BY

12   MR. ROBERTSON:

13        Q     Good afternoon, Nataly.  My name is

14   Kurt Robertson.  I'm an associate with

15   Krentsel & Guzman.  We represent Mr. Allman.

16   I'm going to be asking you some questions with

17   respect to his accident on August 21, 2017.

18   I'll ask that you keep your responses to my

19   questions verbal because the court reporter

20   cannot take down nods of the head or hand

21   gestures.  From time to time I may ask you a

22   question that you know the answer to before I

23   finish asking the question.  At those times

24   please allow me to ask the entire question

25   before you begin speaking because the court

Nataly Villanueva
March 06, 2019                                                5

```
1                           Villanueva

2      reporter can only take down one of us speaking

3      at a time.  If you need to take a break at any

4      time, as long as there's no question that I've

5      asked you that you haven't yet answered

6      pending, I don't have a problem with that,

7      just let myself or your attorney know.

8           Do you understand my instructions to you?

9           A    Yes.

10          Q    Have you ever been known by any name

11     other than Nataly Villanueva?

12          A    Yes.

13          Q    What is that?

14          A    Azucena, A-Z-U-C-E-N-A, Villanueva.

15          Q    Is that a last name?

16          A    That's now my middle name, but it used

17     to be my first name.

18          Q    Used to be Azucena Villanueva?

19          A    Yes.

20          Q    Do you have a middle name?

21          A    Now it's Azucena, that's my middle

22     name right now.

23                    MR. ROBERTSON:  Counsel, will you

24          provide the last known address if she's no

25          longer employed?
```

1                          Villanueva

2                     MR. VELEZ:  Absolutely.

3          Q     What is your date of birth?

4          A     1990.

5          Q     What's your highest level of

6     education?

7          A     Associate's degree, college.

8          Q     What college did you attend?

9          A     City Tech, New York City School of

10    Technology.

11         Q     When did you get that degree?

12         A     Around 2013.

13         Q     No offense, I ask this of everyone.

14    Have you ever been convicted of a crime?

15         A     No.

16         Q     Was there any medication you were

17    supposed to take today that you haven't taken?

18         A     No.

19         Q     Are you on any medication now that

20    would affect your ability to testify?

21         A     No.

22         Q     Are you currently employed?

23         A     Yes.

24         Q     By whom are you employed?

25         A     Starbucks.

Nataly Villanueva
March 06, 2019

7

1                        Villanueva

2          Q     When did you begin working with

3     Starbucks?

4          A     Around 2016.

5          Q     What was your job title back in 2016?

6          A     Barista.

7          Q     What is a barista?

8          A     A barista usually serves coffee.

9          Q     And what's your current job title?

10         A     Supervisor.

11         Q     When did you become a supervisor?

12         A     Like 2017.

13         Q     Was that before or after August 21,

14    2017?

15         A     That was before.

16         Q     Do you remember what month?

17         A     Maybe like around January, February,

18    during the winter time.

19         Q     Would that be considered a promotion?

20         A     Yes.

21         Q     What are your duties and

22    responsibilities as a supervisor?

23         A     We still have the responsibilities of

24    barista serving customers, we also do cash

25    handling, give out breaks to co-workers and

1                        Villanueva

2      deployments on the floor, barista go to

3      register or on bar to serve the coffee.

4           Q    Is it part of your duties and

5      responsibilities as a supervisor to inspect

6      the store?

7           A    Correct.

8           Q    What does the inspection of the store

9      entail?

10          A    So it entails restocking items like

11     coffee stirrers, coffees, cups, cleanliness in

12     the lobby and as well as the bar and the

13     bathroom and the back of house which is the

14     office.

15          Q    With respect to the cleaning of the

16     store, do you do that personally as a

17     supervisor, are there assigned employees who

18     are responsible for that, something else?

19          A    In a way like everybody, even the

20     barista, are responsible for the cleanliness.

21     The supervisor's responsibility is to verify

22     that they carry out those tasks.

23          Q    Back in August 2017 how many employees

24     were employed at the Starbucks at Woodside,

25     New York, the one on Northern Boulevard?

1                        Villanueva

2          A    Like the whole store?

3          Q    Yes.

4          A    Maybe around -- less than 20 I want to

5     say, like 17, 18.

6          Q    How many of those would be considered

7     full-time staff?

8          A    Like less than half.

9          Q    What hours do the full-time staff

10    work?

11         A    Roughly around 35 to 39 hours.

12         Q    What hours were the store open?

13         A    That day?

14         Q    Back in August 2017?

15         A    It depends on -- it depends on the

16    day.  I don't know what day that fell on.

17         Q    So during the week did the store hours

18    say from Monday to Friday, were there set

19    hours?

20         A    So from Monday to Thursday it's

21    different from Friday to Saturday.

22         Q    What are the hours from Monday to

23    Thursday?

24         A    Monday to Thursday it's 5:30 a.m. to

25    10:00 p.m.

Case 1:18-cv-03411-ENV-RML  Document 45-6  Filed 04/12/21  Page 11 of 81 PageID #: 1064

```
 1                      Villanueva

 2         Q     And what about Friday to Sunday?

 3         A     So Friday to Saturday it's, if I'm not

 4   mistaken, 6:00 a.m. to 11:00 p.m.

 5         Q     And what about Sunday?

 6         A     Sunday is 6:30 a.m. to 10:00 p.m.

 7         Q     Do the amount of employees that are at

 8   the store vary by day or is it the same amount

 9   of employees each day?

10         A     Varies each day.

11         Q     How do you determine how many

12   employees work each day?

13         A     That would be my manager, she looks at

14   the labor compared to like last year if it's

15   just as busy.  Like let's say today is as busy

16   as it was last year, it will show on whatever

17   program she uses and she'll determine from

18   then how many people she will need on the

19   floor.  It's like assuming that it will be as

20   busy on that day.

21         Q     So the amount of employees that are

22   going to be assigned for a particular day are

23   determined by an electronic means?

24         A     Right, but she gets to like I guess be

25   flexible with it if necessary, I guess.
```

1                     Villanueva

2          Q     What's the program called?

3          A     I have no idea.

4          Q     What's your manager's name?

5          A     Jenny Leung, L-E-U-N-G.

6          Q     Was Jenny your manager back on

7     August 21, 2017?

8          A     Correct.

9          Q     In terms of cleaning the store, is

10    there any type of determination made in terms

11    of how often that should be done or is it

12    pursuant to a written schedule or something

13    else?

14         A     So yes, it's kind of like a structure.

15    So it's like -- so we have like the person at

16    register, a person at bar making the drinks

17    and then we have this role called customer

18    support.  And the supervisor, one of the tasks

19    is to assign the person where they are going

20    to go.

21         Q     Were you done?

22         A     So the customer support carries a

23    timer and in case they forget we have a list

24    in the store to show them where they have to

25    start and where they end.  And depending on

Nataly Villanueva
March 06, 2019                                    12

```
 1                        Villanueva

 2      the time of day they carry out certain cycle

 3      tasks and cleaning tasks.

 4            Q    So what is the purpose of the timer

 5      that the customer support person carries?

 6            A    So the purpose of it is to remind them

 7      where they are in their cycle tasks.  So once

 8      the timer beeps, let's say, they have to go

 9      back and start over the tasks, like the first

10      task of the list.

11            Q    And the customer support person, are

12      they carrying a typewritten list or a

13      handwritten list of the different tasks

14      they're supposed to do that day?

15            A    Yes, they have a typewritten list.  We

16      carry it in our office.

17            Q    Does that list change day to day or is

18      it the same each day?

19            A    Same each day.

20            Q    And does Starbucks store have a copy

21      of the list that was in affect on August 21,

22      2017?

23            A    I think we should, yes.

24      *              MR. ROBERTSON:  I request a

25           copy of the list.
```

1               Villanueva

2                    MR. VELEZ:  I just ask that you

3            follow up in writing.  Taken under

4            advisement.

5            Q    Does the customer support person check

6       off anything on that list to indicate that a

7       task has been done or how does it work?

8            A    Yes, so there's two cycles that they

9       have to do within let's say 30 minutes that

10      the timer is set for.  Once they finish their

11      first cycle they go to their second, and that

12      second cycle is where all the cleaning lists

13      happens, like the bathrooms, the sweeping, the

14      dusting, taking out the garbage to make sure

15      they're not overflowed, etc.  And so to keep

16      track they use a magnet to like go down per

17      task in the list.

18           Q    A magnet you said?

19           A    Yes, like a magnet or some type of

20      clip that we use.

21           Q    And does anybody confirm that the

22      tasks have been done?

23           A    Yes, that would be the supervisor to

24      verify.

25           Q    Does the supervisor's part of the

1                    Villanueva

2       verification make any kind of written notes or

3       anything to confirm that it's done?

4            A    No.

5            Q    Are any photographs taken in the

6       course of the completion of the tasks?

7            A    I'm sorry?

8            Q    Do you take any photographs as part of

9       that process?

10           A    No.

11           Q    Who was the -- is there a record of

12      who the person was that was the customer

13      support person on August 21, 2017?

14           A    Yes, and his name is Sayeed Akbar,

15      A-K-B-A-R.

16                    MR. ROBERTSON:  Off the record.

17                    (At this time, a discussion was

18               held off the record.)

19                    MR. ROBERTSON:  Back on the

20               record.

21           Q    Are the bathrooms in the Starbucks --

22      and when I say the Starbucks I'm always going

23      to be referencing the Starbucks at

24      51-06 Northern Boulevard, okay, just so we're

25      clear.

1              Villanueva

2         Are the bathrooms in the Starbucks locked?

3         A    Depending if it's in use or cleaning

4    or --

5         Q    Do you need -- would a customer need

6    to use any type of code or anything in order

7    to access the bathroom?

8         A    No.

9         Q    Were the bathrooms ever locked?

10        A    Depending if we needed to clean the

11   toilet or something.

12        Q    Apart from general cleaning if just

13   say in the course of the day prior to

14   August 21, 2017, were those bathrooms locked,

15   do they require like any kind of code to

16   access it?

17        A    No.

18        Q    It was always open?

19        A    Yes.  If nobody is in there it's

20   always open.

21        Q    How many bathrooms are in the

22   Starbucks?

23        A    One.

24        Q    That's a unisex bathroom?

25        A    Correct.

Case 1:18-cv-03411-ENV-RML Document 45-6 Filed 04/12/21 Page 17 of 81 PageID #: 1070

```
1                       Villanueva

2         Q    Approximately -- only if you know,

3    approximately how many times a day is the

4    bathroom in use?

5                   MR. VELEZ:  I'm going to object to

6         the question, but if you know.

7         Q    If you know?

8         A    Like over hundred times a day.

9         Q    And how often is it cleaned?

10        A    It's cleaned pretty much every hour.

11        Q    And the person cleaning the bathroom

12   every hour would be that same customer support

13   person that you talked about before?

14        A    Yes.

15        Q    Is any separate record kept either

16   within the bathroom or elsewhere within the

17   Starbucks of the cleaning that's done each

18   time other than that list that he carries with

19   him or she carries with her?

20        A    I guess there's what we call a station

21   assessment with in this log for supervisors

22   where we keep track of like weekly cleanings.

23   There's some daily ones, really depends.

24        Q    When you say some daily ones, what are

25   you referring to?
```

1                    Villanueva

2        A    So I refer to like -- the station

3    assessment refers to the cleanliness of the

4    store.  So it would be like -- it would differ

5    throughout -- Monday and Wednesday would be

6    different, so it wouldn't be the same, and it

7    would refer mostly to cleaning sinks or

8    drains.

9        Q    The station assessment log, is that a

10   written -- a handwritten notation or is that

11   computer generated?

12       A    Handwritten.

13       Q    And was there a station assessment log

14   for August 21, 2017?

15       A    There should be, yes.

16   *            MR. ROBERTSON:  I'm going to

17          request a copy of the station assessment

18          log in affect on the date of loss.

19                 MR. VELEZ:  We just ask that you

20          follow up in writing and we'll take it

21          under advisement.

22       Q    And who generates the station

23   assessment log?

24       A    That's provided by the company.

25       Q    By Starbucks?

```
 1                      Villanueva

 2        A    Yes.

 3        Q    And what's done with the logs, are

 4   they returned to Starbucks at a certain point,

 5   are that kept in the store, something else?

 6        A    I actually am not sure.  My manager

 7   would know what's done with that.

 8        Q    Are any photographs taken as part of

 9   the preparation of the station assessment log?

10        A    No.

11        Q    If you could tell, was this particular

12   Starbucks frequented by homeless people?

13        A    Not all the time, not daily.

14        Q    Were any complaints ever made to

15   Starbucks about homeless people using either

16   the facilities or the Starbucks generally?

17        A    No.

18        Q    Does Starbucks keep a log of

19   complaints made by customers or third parties

20   regarding the store?

21        A    I'm not sure.

22        Q    Who would know that?

23        A    Jenny.

24        Q    Prior to August 21, 2017, are you

25   aware of any customers flooding the bathroom
```

1                        Villanueva

2    in the store?

3         A     There would be times like -- once I

4    started working there, like once in a blue

5    moon there would be a homeless person, you

6    know, they would like shave in the sink or

7    maybe like even clean themselves up a little

8    to thorough.

9         Q     When you say clean themselves up a

10   little to thorough, what do you mean?

11        A     They would excessively use the sink.

12        Q     What do you mean by excessively use

13   the sink?

14        A     So they will probably take like more

15   than the average time that we use the

16   bathroom, and they use the sink to wash their

17   hair, hygiene purposes.

18        Q     Prior to August 21, 2017, would

19   customers have to make a purchase before

20   getting access to the bathroom

21   or could they just go straight into the

22   bathroom?

23        A     No, you don't have to make a purchase

24   to use the bathroom.

25        Q     The one or two times that you said

```
 1                        Villanueva
 2     there would be someone using the bathroom
 3     excessively as you described, was any notation
 4     made with respect to those incidents?
 5          A     Notation?
 6          Q     Did you generate any kind of written
 7     notes regarding the excessive use of the
 8     bathroom as you said?
 9          A     No, no written notes, no.
10          Q     Did you have personal knowledge of
11     homeless people using the sink to clean
12     themselves or was that something you were
13     told?
14          A     Oh, I have some experience with that.
15          Q     How many experiences did you have?
16          A     Since I started working there probably
17     like seven to 10 times.
18          Q     How many -- you said seven to 10
19     times?
20          A     Yes.
21          Q     How many times -- how many of those
22     seven to 10 times occurred before August 21,
23     2017, if any?
24          A     I'm sorry, can you repeat that?
25          Q     Did any of those seven to 10 times
```

Case 1:18-cv-03411-ENV-RML   Document 45-6   Filed 04/12/21   Page 22 of 81 PageID #: 1075

1                        Villanueva

2        occur before August 21, 2017?

3              A     Yes, yes.

4              Q     How many?

5              A     Like -- I don't know, like a few.

6              Q     More or less than five?

7              A     Less than five.

8              Q     And more or less than two?

9              A     More than two.

10             Q     Somewhere between two to five?

11             A     Yes.

12             Q     Did you make any type of written

13       notations regarding those two to five times

14       that you had the experiences with the homeless

15       people in the bathroom?

16             A     No.

17             Q     Did you take any photographs during

18       those two to five times that you had the

19       experiences with the homeless in the bathroom?

20             A     No.

21             Q     Did you have to do any cleaning of the

22       bathroom personally or did another employee

23       clean the bathroom?

24             A     Both.

25             Q     How many times did you have to

1                         Villanueva

2       personally clean the bathroom, and this is now

3       with respect to the two to five times, before

4       August 21, 2017?

5            A    Maybe like 50 percent of the time that

6       I've seen.

7            Q    How did it come to your attention that

8       a homeless person had used the bathroom?

9            A    So the first thing is like when they

10      take too long and the customer will complain,

11      oh, somebody is taking too long in the

12      bathroom, or maybe one of us wanted to use the

13      bathroom and we happen to catch them, or the

14      customer support happens to be when they have

15      to clean the bathroom and they catch it right

16      on time.

17           Q    The bathrooms can be locked from the

18      inside?

19           A    They can be locked from the inside.

20           Q    And can you override the lock from the

21      outside?

22           A    Yes.

23           Q    Did you ever have to override the lock

24      from the outside while one of the homeless

25      people were inside cleaning themselves?

Nataly Villanueva
March 06, 2019                                         23

1                          Villanueva

2          A    No, actually.

3          Q    What would you have to do in terms of

4     cleaning the bathroom after the homeless

5     people used it?

6          A    So let's say that they created like a

7     mess, like a lot of water on the floor or

8     something like that, so we have to lock the

9     door so customers don't come in.  And

10    depending like -- it would mostly be customer

11    support that they would get the wet floor

12    sign, get the mop, a bucket, lock the door and

13    just start cleaning.  And usually once they're

14    done mopping or wiping down whatever they

15    needed to wipe down, you would close the

16    bathroom for a couple of minutes until like

17    the floor dries or the bathroom is completely

18    ready for the next customer to use.

19         Q    And how long would that process

20    typically take?

21         A    Maybe five to 10 minutes.

22         Q    Did Starbucks ever refuse access to

23    the bathroom to any of the homeless people for

24    any reason?

25         A    Oh, no.

Case 1:18-cv-03411-ENV-RML   Document 45-6   Filed 04/12/21   Page 25 of 81 PageID #: 1078

1                    Villanueva

2          Q     Did Starbucks prior to August 21, 2017

3     have any type of policy written or otherwise

4     in terms of who is allowed access to the

5     bathroom?

6          A     No, it's a public bathroom.

7          Q     In terms of the water on the floor

8     that you would observe during those two to

9     five times, can you describe the area of the

10    floor that would be covered with the water?

11         A     It's usually by the sink.

12         Q     And how big is the bathroom?

13         A     By numbers I wouldn't -- maybe seven

14    by seven or seven by eight feet.

15         Q     Seven feet long by eight feet wide?

16         A     Yes.

17         Q     And when you walk into the bathroom,

18    is the sink the first thing you encounter, is

19    the toilet the first thing or something else?

20         A     When you open the door to the bathroom

21    the first thing I would see is the sink.

22         Q     And the door to the bathroom, does it

23    open in or out?

24         A     Opens out.

25         Q     Where is the sink located as you look

1                     Villanueva

2     at the bathroom, is it to the left, to the

3     right or somewhere else?

4          A    So the entrance of the bathroom is to

5     the right, so the sink would be to the right

6     as well.

7          Q    And in terms of the toilet, is it I

8     guess beyond the sink?

9          A    It's next to the sink, so it would be

10    to the left.

11         Q    The toilet is to the left of the sink?

12         A    Yes.

13         Q    And when you observed water on the

14    ground in the area of the sink, was that water

15    coming from the toilet, was it coming from the

16    sink, do you know how it got there?

17         A    From my experience it was normally

18    because it was from the sink.  And if there

19    was any liquid found around the toilet it was

20    urine, it would be urine, it would not be

21    water.

22         Q    Was there ever a time when the sink

23    was actively overflowing because of I guess

24    excessive use as you testified about earlier

25    because of the homeless?

1                         Villanueva

2          A     No, it was never overflowing.

3          Q     And the water that you had observed on

4     the ground prior to August 21, 2017, do you

5     have any idea as you sit here as to exactly

6     how that water came to be on the ground?

7          A     I'm sorry, can you repeat that?

8          Q     Sure.  You said before there were like

9     two to five times that you went into the

10    bathroom to observe water on the ground,

11    right?

12         A     Yes.

13         Q     Do you know if that water came from

14    somebody spilling water on the ground or

15    somebody spilling water from the sink or some

16    other way, do you have any idea as to how that

17    water came to be on the ground?

18         A     We mostly assume it came from the

19    sink.

20         Q     And how would it have come from the

21    sink?

22         A     So we mostly assume that it would be

23    the person carrying like water with their

24    hands and just like throwing it at themselves.

25         Q     To clean up?

```
 1                        Villanueva

 2          A     Yes, to clean up.

 3          Q     Based on your past experiences with

 4     this particular bathroom in Starbucks, I know

 5     that you described what you said homeless

 6     people trying to clean themselves, do you know

 7     to what extent they were trying to clean

 8     themselves, was it their upper body, face wash

 9     or something else?

10          A     I do not know to what extent.

11          Q     Was there any particular person that

12     you were familiar with, homeless or otherwise,

13     that was using this bathroom to clean up or

14     was it different homeless people each time?

15          A     It would be different homeless people

16     each time.

17          Q     Would it be homeless men, homeless

18     women or a combination?

19          A     Mostly men, it's not all men.

20          Q     What are the lighting conditions like

21     in the bathroom?

22          A     Probably around -- like the

23     lighting --

24                    MR. VELEZ:  You mean how the

25          lighting is set up in the bathroom?
```

Case 1:18-cv-03411-ENV-RML   Document 45-6   Filed 04/12/21   Page 29 of 81 PageID #: 1082

1               Villanueva

2          MR. ROBERTSON:   Yes.

3      A    Oh, how it's set up?

4      Q    Yes.

5      A    There is a source of light on top of

6  the mirror and there is another one on top of

7  the toilet.  I can't remember.  I know there's

8  another light source, but I know it's on the

9  ceiling.

10     Q    Do you know the wattage of the bulbs

11  used in the bathroom?

12     A    No.

13     Q    Are the lights in the bathroom always

14  on or do you have to turn them on, do they

15  come on automatically when you walk in,

16  something else?

17     A    No, it's always on.

18     Q    Does anyone check the lights to make

19  sure that no bulb is blown?

20     A    Yes, that would be part of the

21  customer support.

22     Q    Is there any kind of log or notation

23  made in terms of changing of the lights?

24     A    Yes.

25     Q    And was there a log or notation made

Nataly Villanueva
March 06, 2019                                    29

```
 1                        Villanueva
 2       with respect to changing the lights prior to
 3       August 21, 2017?
 4            A    I don't remember.
 5       *         MR. ROBERTSON:  I just request
 6            that a search be performed and if there
 7            is any type of log book with respect
 8            to the inspection and changing of the
 9            lights prior to August 21, 2017, that
10            it be provided.
11                 MR. VELEZ:  Just follow up in
12            writing.  Taken under advisement.
13            Q    Now, August 21, 2017, I'll represent
14       to you that that was a Monday, would you have
15       been at work that day?
16            A    Yes, I was at work that day.
17            Q    What time did you start?
18            A    I was closing so I started at
19       2:00 p.m.
20            Q    And when you say you were closing,
21       what time were you expected to be there to?
22            A    10:30.
23            Q    And what were your responsibilities on
24       that particular day?
25            A    As a supervisor cash handling,
```

```
 1                    Villanueva
 2      assigning baristas to their designated areas,
 3      breaks and closing up the store.
 4          Q    And was there a particular employee
 5      that was responsible for cleaning the store on
 6      that particular day?
 7          A    No, I actually divide the
 8      responsibilities between us three to close the
 9      store.
10          Q    And who are the other employees that
11      were working on August 21, 2017?
12          A    I know for sure it was Sayeed Akbar,
13      Karen Geraldo, Karen Castillo.  There might
14      have been more, I don't remember.
15          Q    Did you perform an inspection of the
16      store at some point -- withdrawn.
17          When you began working on that particular
18      day August 21, 2017, did you do any kind of
19      initial inspection of the store and the area?
20          A    Yes.  Usually when we come in we have
21      to do what we call a store walk through.  And
22      so what I do, I come in as a customer, what a
23      customer would see, is it dusty, if something
24      needs to be restocked and like the service
25      that the baristas provides.  So once I grab my
```

1                              Villanueva

2          drink, I walk down the lobby, make sure like

3          everything is safe and good to go, I even use

4          the bathroom if it's available.  Once I clock

5          in then I review the bar, the register and the

6          bathroom for sure and the back of the house.

7                Q    On August 21, 2017 did you do the

8          store walk through?

9                A    Yes.

10               Q    And with respect to the bathroom in

11         particular, did you also go through the

12         bathroom area?

13               A    Yes, I did.

14               Q    And did you make any kind of notations

15         when you did that initial walk through of the

16         bathroom?

17               A    No.

18               Q    Was there any water on the floor when

19         you made that initial walk through of the

20         bathroom?

21               A    No.

22               Q    What time was it that you did that

23         walk through?

24               A    Like 1:45.

25               Q    P.m.?

1                      Villanueva

2          A    Yes, 1:45, 1:50 p.m., and then the

3     rest of my walk through was probably five

4     minutes, 2:00 to 2:05 p.m.

5          Q    Was anyone accompanying you for the

6     walk through or is that something you did by

7     yourself?

8          A    I did it by myself.

9          Q    After you began your shift did you do

10    another walk through?

11         A    Yes.

12         Q    And when did you do that second walk

13    through?

14         A    As soon as I clocked in.

15         Q    What time was that?

16         A    2:00 p.m.

17         Q    And in terms of the second walk

18    through what did you do?

19         A    I pretty much did the same thing

20    again, but I mostly focussed on the -- like I

21    mentioned, the bar area, the register, the

22    office and the bathroom.

23         Q    And with respect to the bathroom in

24    particular, was there any water on the floor?

25         A    Oh, no.

1                          Villanueva

2          Q     Did the bathroom require cleaning at

3     all?

4          A     No, it was fine actually.

5          Q     Did you ever receive -- forgive me if

6     I asked you this.  Did you ever receive any

7     complaints regarding the condition of the

8     bathroom prior to August 21, 2017?

9          A     Once in a blue moon like if we run out

10    of toilet paper or the garbage is over full.

11         Q     Apart from what you said you noticed

12    with respect to the homeless people, did

13    anyone ever complain to you or anyone else at

14    Starbucks about water on the floor prior to

15    August 21, 2017?

16         A     Maybe like once, maybe once a long

17    time ago.

18         Q     And was that complaint by a customer

19    or someone else?

20         A     My boss.

21         Q     And who was your boss at the time that

22    made the complaint?

23         A     Jenny.

24         Q     Was Jenny a customer at the time or

25    was she working?

1                    Villanueva

2        A    She was working, she was doing her own

3    walk through.

4        Q    What did Jenny say to you regarding

5    water on the floor?

6        A    Someone needs to mop it.

7        Q    Anything else?

8        A    That's it, just to check the bathroom

9    and to mop it.

10       Q    How long before August 21, 2017 did

11   that conversation with Jenny take place?

12       A    It was a long time ago.  I just

13   remember because she said it in a very funny

14   way.  I could say probably like months before

15   the incident happened.

16       Q    And you said she said it in a funny

17   way, how did she say it?

18       A    I do remember it being funny, it was

19   like someone needs to go clean the bathroom

20   now, you know, that's how she sounds like to

21   me sometimes.

22       Q    Did you clean the bathroom or someone

23   else?

24       A    My customer support.

25       Q    And what did the customer support

Nataly Villanueva
March 06, 2019                                    35

```
 1                         Villanueva
 2      person do in terms of cleaning the bathroom?
 3           A    So since we did need to mop that floor
 4      we would -- he took -- I don't remember what
 5      it was, but I know that the wet floor sign was
 6      taken, took the bucket, the mop, locked the
 7      door and just to wait for the floor to dry
 8      after he was done mopping it.
 9           Q    What caused the floor to be wet?
10           A    I don't remember.
11           Q    Was there a leak in the bathroom?
12           A    Oh, no, no.
13           Q    Do you know if the wet floor was
14      caused by a Starbucks customer or Starbucks
15      employee or someone else?
16           A    Starbucks customer.
17           Q    Would it have been one of the homeless
18      people or someone else, to your knowledge?
19           A    I don't know.
20           Q    Did you personally observe the wet
21      floor?
22           A    Yes.
23           Q    How much water was on the floor?
24           A    It wasn't much.  It was -- I could
25      tell from what I remember it was like around
```

```
 1                    Villanueva
 2      the sink just a couple of drops, but still she
 3      wanted us to clean it thoroughly.
 4           Q    Apart from that one incident where
 5      Jenny told you to clean the water on the
 6      floor, were there any other times that you
 7      were aware of that somebody complained about
 8      water on the floor?
 9           A    No.
10           Q    On August 21, 2017 are you aware of an
11      accident involving Mr. Allman?
12           A    Yes.
13           Q    Did you witness the accident?
14           A    No.
15           Q    How did you come to learn of the
16      accident?
17           A    To my recollection Sayeed, who was
18      customer support, had informed me because I
19      was in the office.
20           Q    Where is the office located?
21           A    It's actually next to the bathroom.
22           Q    Did you hear anything sounding like an
23      accident, screaming, shouting or anything?
24           A    No.
25           Q    What did Sayeed say to you?
```

1                    Villanueva

2          A    He had told me that there was this guy

3     who had slipped in the bathroom.

4          Q    Did Sayeed say what caused the

5     gentleman to slip?

6          A    He said it was due to water on the

7     floor.

8          Q    Were any photographs taken of the

9     bathroom?

10         A    No.

11         Q    Does Starbucks have any policy or

12    procedure in place with respect to accidents

13    and the taken of photographs?

14         A    We do have to file a report whenever

15    there's an incident.  In terms of photographs,

16    no, there's no policy to my knowledge.

17         Q    Was there anyone else with you when

18    Sayeed advised you of the accident?

19         A    No.

20         Q    And what did you do after Sayeed told

21    you about the accident?

22         A    I went to see the bathroom to see the

23    gentleman.

24         Q    Was the gentleman still in the

25    bathroom when you went there?

1                    Villanueva

2          A    Yes, yes.  I remember I was trying to

3     help him or it was Sayeed that was trying to

4     help him, but I was there when he was in the

5     bathroom.

6          Q    Where was the gentleman when you first

7     got to the bathroom?

8          A    I believe he was in the bathroom, like

9     right at the entrance.

10         Q    Was he on the ground, was he standing?

11         A    No, he was on the ground.

12         Q    Can you describe what the gentleman

13    looked like?

14         A    Caucasian, tall.

15         Q    Approximate age?

16         A    He looked like he was in his 40s.

17         Q    Did the gentleman complain to you

18    about pain to any parts of his body?

19         A    Yes.

20         Q    What did he say?

21         A    He said that he suffered from hip and

22    back pain, so when he slipped like that pain

23    came back.

24         Q    Did he say anything else to you?

25         A    No.

1                          Villanueva

2          Q     Did you assist the gentleman out of

3     the bathroom?

4          A     The paramedics did.

5          Q     Did you call the paramedics or someone

6     else?

7          A     I called the paramedics.

8          Q     When you called the paramedics, did

9     you tell them anything in particular about the

10    accident?

11         A     Yes, pretty much what Sayeed told me.

12         Q     And what did you say?

13         A     I said that he had fallen -- he had

14    slipped in the bathroom because there was

15    water on the floor.

16         Q     How long after you called --

17    withdrawn.

18         How long after Sayeed first told you about

19    the accident did you call the paramedics?

20         A     ASAP.  I remember having the phone on

21    my way to the bathroom just in case, because I

22    wasn't sure how severe it was.

23         Q     And you said having the phone, is that

24    your personal phone or a Starbucks phone or

25    something else?

Case 1:18-cv-03411-ENV-RML   Document 45-6   Filed 04/12/21   Page 41 of 81 PageID #: 1094

```
1                    Villanueva

2        A    Starbucks.

3        Q    I guess it's a wireless?

4        A    Yes.

5        Q    When you called 911 that was about how

6   long after first noticing the gentleman on the

7   floor?

8        A    Like about less than a minute.

9        Q    How long after you called -- did an

10  ambulance arrive?

11       A    I'm sorry?

12       Q    Did an ambulance come to the scene?

13       A    Yes.

14       Q    How long after you called did the

15  ambulance arrive?

16       A    It was actually pretty quick, it was

17  around like five minutes, six minutes I would

18  say.

19       Q    And did the gentleman leave in an

20  ambulance?

21       A    Yes.

22       Q    How did he leave with the ambulance,

23  did they assist him into the vehicle, taken

24  out in the stretcher, something else?

25       A    He was taken out on the stretcher.
```

 1                    Villanueva

 2        Q    Were any photographs taken of the

 3   person, the man that fell?

 4        A    No.

 5        Q    Did Starbucks have any type of

 6   surveillance cameras in the area?

 7        A    Yes.

 8        Q    Did you ever review the surveillance

 9   footage?

10        A    Yes.

11        Q    Do you have that surveillance footage

12   today?

13        A    No.

14                  MR. VELEZ:  Your attorney has it.

15                  MR. ROBERTSON:  Okay.  Off the

16        record.

17                  (At this time, a discussion was

18        held off the record.)

19                  MR. ROBERTSON:  Back on the

20        record.

21        Q    And did you subsequently prepare a

22   written report or statement regarding this

23   incident?

24        A    Yes.

25                  MR. ROBERTSON:  Mark these,

Case 1:18-cv-03411-ENV-RML   Document 45-6   Filed 04/12/21   Page 43 of 81 PageID #: 1096

```
 1                    Villanueva

 2          please.

 3                    (The document referred to,

 4          Confidential Pursuant to Stipulated

 5          Protective Order, Written Statement Form

 6          and Statement 9-4-1, was received and

 7          marked as Plaintiff's Exhibits 1 and 2, as

 8          of this date for identification.)

 9          Q    Let's start with Defendant's Exhibit

10     A, let me know when you've had an opportunity

11     to go through it?

12          A    (Witness complies).  Okay.

13          Q    So what is Defendant's Exhibit A?

14          A    It's an incident report form.

15          Q    Looking in the upper right-hand corner

16     of Defendant's A, do you see the number there?

17          A    Yes.

18          Q    What does that number indicate?

19          A    The date.

20          Q    The ID 170, do you see that upper

21     right --

22          A    I'm so sorry.

23          Q    That's okay.  What is that for?

24          A    It's an ID number.

25          Q    What does the ID number reference?
```

1                          Villanueva

2           A      It's 170824-009649.

3           Q      What is the purpose of the ID number?

4           A      I don't remember.

5           Q      Do you know who put that number there?

6           A      That's my handwriting.

7           Q      Do you know why it was put there?

8           A      I don't remember why I put that there.

9           Q      And this incident report form appears

10     to be handwritten, was this done in your

11     handwriting?

12          A      Yes.

13          Q      On the top right corner which says

14     time of incident 5-6, would that indicate

15     somewhere between 5:00 and 6:00 p.m.?

16          A      Yes.

17          Q      Where it says store/department manager

18     Jenny Leung, is that the same Jenny Leung that

19     you testified about earlier?

20          A      Yes.

21          Q      And next to that where it says Sayeed

22     and it's indicated customer -- right below

23     where it says partner, was that the same

24     Sayeed that you were speaking about earlier?

25          A      Yes.

1                    Villanueva

2        Q    Where it says type of incident and it

3    checks off customer, what is that in reference

4    to?

5        A    Oh, who was the victim or like who was

6    involved in the incident.

7        Q    And what is the purpose of generating

8    this report?

9        A    It was -- it's to describe from like

10   my point of view in with regards to the

11   incident.

12       Q    Is there any policy or procedure as to

13   when Starbucks is supposed to prepare an

14   incident report?

15       A    Yes, it should be as soon as an

16   incident happens, like soon after.

17       Q    And location was that you checked off

18   bathroom?

19       A    Yes.

20       Q    And that's to indicate that the

21   incident happened in the bathroom area?

22       A    Yes.

23       Q    So in the area where it says

24   description of incident and it says describe

25   incident in your own words, was this your

```
 1                     Villanueva

 2    description of the incident?

 3         A    Yes.

 4         Q    And where did you get this information

 5    from?

 6         A    From what I saw.

 7         Q    And the second line where it says as

 8    he went in he slipped inside the bathroom due

 9    to flood, what were you describing when you

10    used the word flood?

11         A    So this was describing the water that

12    was on the floor in the bathroom.

13         Q    When you observed the water on the

14    floor in the bathroom, was it actively

15    spilling from somewhere?

16         A    No.

17         Q    How much water was on the bathroom

18    floor when you observed it?

19         A    It was like a puddle, it wasn't much.

20         Q    How wide was the puddle?

21         A    Maybe like I want to say four to five

22    inches.

23         Q    Where was the puddle located?

24         A    Where I saw from what I remember was

25    from the sink, around the sink area.
```

Nataly Villanueva
March 06, 2019                                    46

1                    Villanueva

2         Q    And about how deep was the puddle?

3         A    It was like less -- I'm guessing like

4    less than a quarter -- it was definitely less

5    than an inch, less than half an inch.

6         Q    And based on what you observed in

7    terms of the water on the ground, did it

8    appear to be consistent with the water that

9    you had observed previously when the homeless

10   people were cleaning themselves in the

11   bathroom?

12        A    No.

13        Q    How did it differ?

14        A    So from my experience there was way

15   more water when -- whenever like the homeless

16   people come in and wash themselves.

17        Q    Prior to this incident on August 21,

18   2017 from the time that you reported in up

19   until the incident did you observe any

20   homeless people enter the Starbucks?

21        A    No.

22        Q    When was the last time prior to this

23   incident that the bathroom had been cleaned?

24        A    I want to say about an hour before or

25   half an hour.

```
1                        Villanueva

2         Q     Was there a record of that?

3         A     No.

4         Q     Who cleaned the bathroom?

5         A     Sayeed.

6         Q     Did anyone inspect Sayeed's work with

7    respect to cleaning the bathroom?

8         A     Yes.

9         Q     Who did?

10        A     Me.

11        Q     And was that within an hour -- sorry,

12   a half hour to an hour before the incident

13   that you did the inspection?

14        A     Yes.

15        Q     And did you notice any water on the

16   ground when you did the inspection?

17        A     No.

18        Q     What was the general condition of the

19   bathroom when you did the inspection following

20   Sayeed's cleaning of the bathroom?

21        A     There was toilet paper, everything was

22   wiped down and the floor was definitely dry

23   and swept up.

24        Q     Did you perform a search of the

25   bathroom when you went in when the man was
```

1                      Villanueva

2      there to determine what the source of the

3      water was?

4           A    Yes.

5           Q    And did you do that by yourself or did

6      you do that with an employee or something

7      else?

8           A    With Sayeed.

9           Q    And did you ever make a determination

10     as to the source of the water?

11          A    We could not find the source.

12          Q    Where did you look?

13          A    We looked under the sink, we looked

14     around the toilet, we flushed the toilet, we

15     removed the garbage bin, maybe there was like

16     a bottled water or a drink, and the sink

17     itself to see if it was overflowing.

18          Q    At any point in time during the course

19     of this incident did you ever take any

20     photographs of the bathroom area?

21          A    No.

22          Q    As you sit here today, do you have any

23     idea as to what was the source of the water?

24          A    No, I still don't.

25          Q    In the area where it says witnesses

1                    Villanueva

2        and it references Sayeed, he's checked off

3        there's a partner, do you see that?

4            A     Yes.

5            Q     What does that mean?

6            A     He's my co-worker.

7            Q     And at the very bottom of this

8        document Defendant's Exhibit A is that your

9        signature?

10           A     Yes.

11           Q     What did you do with this report?

12           A     I filled it out and filed it in a

13       folder just for incident reports.

14           Q     Did you report this I guess to

15       Starbucks main office or anyone else?

16           A     Yes, I definitely had to let my

17       manager know.

18           Q     Jenny?

19           A     Jenny.

20           Q     And did Jenny, to your knowledge,

21       report this to anyone else within Starbucks?

22           A     Yes, she had to inform her boss, the

23       district manager.

24           Q     And was any further reporting done

25       either from the district manager within the

```
 1                     Villanueva
 2      store or anyone else regarding this incident?
 3           A    Not to my knowledge.
 4           Q    Looking at Plaintiff's Exhibit 1, let
 5      me know when you've had a chance to look at
 6      it?
 7           A    (Witness complies).  Okay.
 8           Q    Briefly going back to Defendant's
 9      Exhibit A at the very bottom August 21, 2017,
10      do you see the date there?
11           A    Yes.
12           Q    Was that the date this document was
13      prepared?
14           A    Yes.
15           Q    And moving on to Plaintiff's
16      Exhibit 1, what is this document?
17           A    It's another written statement form of
18      Sayeed.
19           Q    Is this document done in Sayeed's
20      handwriting?
21           A    Yes.
22           Q    Why was it prepared?
23           A    Because he had also witnessed the
24      incident with the gentleman.
25           Q    And the signature in the document
```

Nataly Villanueva
March 06, 2019

51

1           Villanueva

2    there, is that Sayeed's signature?

3         A    Yes.

4         Q    The partner number, is that Sayeed's

5    employee number?

6         A    Yes, yes.

7         Q    And the date statement written, that

8    would be the date that Sayeed wrote this

9    particular document?

10        A    Yes.

11        Q    And is there any reason why it was

12   written on September 5 as opposed to the day

13   of the actual incident?

14        A    Actually, I don't know.

15        Q    Did Sayeed have any help preparing

16   this document?

17        A    I don't know.

18        Q    Were you with him when he prepared

19   this document?

20        A    No.

21        Q    Was any other employee with him when

22   he prepared the document?

23        A    I don't know.

24        Q    Would it have been Starbucks policy

25   for Sayeed to complete this document on the

```
 1                        Villanueva
 2      day of the incident?
 3           A    I don't think so, I'm not sure.
 4           Q    Looking at the description of the
 5      incident offered by Sayeed, he references
 6      providing a chair to a customer, do you see
 7      that, a chair and ice pack?
 8           A    Yes.
 9           Q    Was that done in the bathroom area or
10      outside of the bathroom area or somewhere
11      else?
12           A    It was in front of the bathroom,
13      outside the bathroom.
14           Q    Sayeed in this statement references
15      seeing the gentleman come out of the bathroom.
16      Did he ever tell you that the gentleman came
17      out of the bathroom prior to you coming to his
18      aids?
19           A    No, he didn't tell me that.
20           Q    Did Sayeed tell you that he had been
21      to the bathroom 10 minutes before?
22           A    Yes, he told me.
23           Q    When did he tell you that?
24           A    He told me as he was -- from what I
25      remember it was either he had told me in the
```

1                       Villanueva

2      office when the incident happened or when I

3      was observing the bathroom with the gentleman

4      outside of the bathroom, it was around there.

5           Q    To your knowledge, when Sayeed went to

6      the bathroom 10 minutes before this incident,

7      was that part of cleaning the bathroom or was

8      he going in there for personal use or

9      something else?

10          A    No, it was part of the cleaning task.

11          Q    And had you performed an inspection of

12     Sayeed's cleaning of the bathroom when he

13     cleaned it 10 minutes before?

14          A    No.

15          Q    Did Sayeed tell you that when he went

16     to the bathroom 10 minutes before it was to

17     clean the bathroom?

18          A    I'm sorry?

19          Q    Did he specifically tell you what when

20     he went to the bathroom 10 minutes before that

21     he was doing so to clean the bathroom?

22          A    Yes.

23          Q    Is there any particular reason why

24     Sayeed wouldn't have noted that he had cleaned

25     the bathroom 10 minutes before?

1                           Villanueva

2          A     He did tell me that he had cleaned it

3      already.

4          Q     Would that be the kind of thing that

5      would have been reduced to a written statement

6      as well, in other words would he have put that

7      in a written statement?

8                      MR. VELEZ:  Just note my

9                objection.  If you know what he would

10               know.

11         A     I don't understand, I'm sorry.

12         Q     Earlier you said that Sayeed told you

13     that he had cleaned the bathroom 10 minutes

14     before, correct?

15         A     Yes.

16         Q     Would the fact that Sayeed cleaned the

17     bathroom 10 minutes before be relevant to the

18     preparation of the written statement, in other

19     words, is that something that he would make a

20     note of in the written statement per Starbucks

21     policy the last time that the bathroom was

22     cleaned?

23         A     Yes, he would have to.

24         Q     Did you ever ask Sayeed why he didn't

25     make any notation regarding cleaning the

```
1                        Villanueva

2         bathroom 10 minutes before in the written

3         statement?

4              A    No.

5              Q    Now, looking at Plaintiff's Exhibit 2?

6              A    (Witness complies).  Okay.

7              Q    What is Plaintiff's Exhibit 2?

8              A    It's another written statement I wrote

9         in regards to the incident.

10             Q    And did you write that as part of the

11        Starbucks policy?

12             A    Yes, I think so.

13             Q    And what date was this written?

14             A    September 4.

15             Q    2017?

16             A    Yes, September 4, 2017.

17             Q    And why did you write it at that time?

18             A    I'm not sure.  If I'm not mistaken, I

19        think my boss had told me to write it in my

20        own words, I don't remember why.

21             Q    Did you advise -- when you say your

22        boss, are you referring to Jenny?

23             A    Yes.

24             Q    And did you advise Jenny that you had

25        provided a written description in the incident
```

Nataly Villanueva
March 06, 2019                                          56

1                        Villanueva

2       report?

3              A    Yes.

4              Q    Did you ask her why you had to provide

5       another written description?

6              A    I don't remember, probably.

7              Q    In between August 21, 2017 and

8       September 4, 2017 when you prepared this

9       written document, did you have any further

10      discussions with Jenny or any other Starbucks

11      employees regarding the incident?

12             A    No.

13             Q    Did you have any meetings regarding

14      the incident?

15             A    No.

16             Q    When Jenny told you to write this

17      written report, was that on August 21 or was

18      that on September 4 or was it sometime in

19      between?

20             A    I think it was on September 4, like

21      the same day.

22             Q    Was Sayeed with you at the time?

23             A    No.

24             Q    Did you prepare this written document

25      with Sayeed?

1                       Villanueva

2          A     No.

3          Q     Did you review Sayeed's written report

4    as part of preparation for your written report

5    marked Plaintiff's Exhibit 2?

6          A     When I wrote this, no, I didn't see

7    his.

8               MR. VELEZ:  For the record, I

9          think Sayeed's report is written the day

10         after.

11              MR. ROBERTSON:  Okay.

12         Q     Looking at your report you say that

13   around 5:00 to 6:00 p.m. a man came in to the

14   store straight to the bathroom, do you see

15   that in the first line?

16         A     Yes.

17         Q     Did you observe the gentleman coming

18   into the store?

19         A     No.

20         Q     Did you observe him going straight to

21   the bathroom?

22         A     No.

23         Q     Where did you get that information

24   from?

25         A     From my baristas that were serving the

1                        Villanueva

2        coffee or the register.

3              Q     Which baristas?

4              A     One of them had to be Karen Geraldo.

5              Q     Did Karen Geraldo tell you that the

6        gentleman came to the store and went straight

7        to the bathroom?

8              A     I can't remember, I don't remember who

9        said what.

10             Q     And where it says as he went in he

11       slipped on to the wet floor, you didn't

12       witness that, correct?

13             A     No.

14             Q     And that's something that you were

15       told?

16             A     Yes.

17             Q     And who told you that?

18             A     Sayeed.

19             Q     The next sentence you reference that

20       he assisted the man to a seat next to the

21       bathroom as the man was not able to walk.

22       Were you there to see Sayeed assist the

23       gentleman?

24             A     No, I don't think I was, I don't

25       remember.

```
 1                    Villanueva

 2        Q    Is that something that Sayeed told you

 3   or somebody else told you?

 4        A    I think -- I don't remember, I don't

 5   remember.

 6        Q    Now, next you say the man said he felt

 7   pain in his lower back and hip, is that

 8   something the gentleman told you or is that

 9   something someone else told you?

10        A    The man told me himself.

11        Q    This document Plaintiff's Exhibit 2,

12   is it part of another document?

13        A    No, no.

14        Q    What did you do with this document

15   after you prepared it?

16        A    I'm not sure, but I think I had put it

17   in my boss's mailbox, in Jenny's mailbox.

18        Q    When Jenny asked you to prepare

19   Plaintiff's Exhibit 2, was that on

20   September 4?

21        A    Yes.

22        Q    Was she present when you prepared the

23   document?

24        A    Yes.

25        Q    Is there any reason you didn't give it
```

1                        Villanueva

2      to her directly as opposed to putting it in

3      her mailbox?

4           A     I think it's because by the time I was

5      done she had probably already left or

6      something, I don't remember.

7           Q     Did you prepare any other written

8      statements or documents regarding this

9      incident?

10          A     No.

11          Q     After this incident, at any point

12     after this incident, did you ever speak to

13     Mr. Allman?

14          A     No.

15          Q     Are you aware of any other accidents

16     involving the bathroom at the Starbucks?

17          A     No.

18          Q     And on Plaintiff's Exhibit 2 you again

19     use the word flood to describe the water, do

20     you see that?

21          A     Yes.

22          Q     Is that something that someone else

23     told you to do or is that your own words?

24          A     That was based on how Sayeed described

25     it to me.

```
 1                     Villanueva
 2       Q     And is that also based on your own
 3   personal observation or is it based solely on
 4   what Sayeed described to you?
 5       A     What he had described to me.
 6             MR. ROBERTSON:  Thank you, I have
 7        nothing further.
 8             MR. VELEZ:  I just have a couple
 9        of follow-up questions.
10   EXAMINATION BY
11   MR. VELEZ:
12       Q     You mentioned earlier that the
13   bathroom in the Starbucks is inspected
14   approximately every hour, is that right?
15       A     Yes.
16       Q     When you testified earlier you
17   mentioned that the customer support employee
18   cleans the bathroom approximately every hour,
19   is that right?
20       A     Yes.
21       Q     Okay.  Do the inspection times differ
22   in any way, and what I mean by that is is the
23   bathroom inspected at a different interval of
24   time, meaning is it inspected at a shorter
25   frequency of time than the bathroom is
```

```
1                          Villanueva

2      cleaned?

3            A     Oh, definitely, yes.

4            Q     Approximately -- and is that based

5      upon the cleaning cycle for the customer

6      support partner?

7            A     I'm sorry?

8            Q     Is that based upon the cleaning cycle

9      for the customer support partner?

10           A     That and also because I want to look

11     at it just in case.

12           Q     Okay.  So would you perform

13     inspections of the bathroom during the course

14     of your shift?

15           A     Definitely, yes.

16           Q     And would the customer support partner

17     also conduct inspections of the bathroom

18     during his or her shift?

19           A     Yes.

20           Q     And that would have been Sayeed on the

21     date of the accident as the customer support

22     partner?

23           A     Yes.

24           Q     And you mentioned earlier that in

25     Plaintiff's Exhibit 1 Sayeed mentioned that he
```

Nataly Villanueva
March 06, 2019                                    63

1                        Villanueva

2       was in the bathroom about 10 minutes before

3       the accident, is that right?

4              A    Yes.

5              Q    And he did not observe any floods of

6       any kind in the bathroom?

7              A    No.

8              Q    Do you remember -- withdrawn.

9              You mentioned that the customer support

10      partner wears some sort of device that goes

11      off in terms of explaining the cycles of the

12      inspections and the cleaning?

13             A    Yes, the timer, yes.

14             Q    Okay.  And is that something that the

15      customer support partner wears on his or her

16      uniform?

17             A    Correct.

18             Q    Okay.  And is that set to a specific

19      time interval that it goes off?

20             A    Yes.

21             Q    And at or around the time of this

22      accident which was August 21, 2017 between

23      5:00 and 6:00 p.m., do you know sitting here

24      today what the timer was set for for the

25      customer support partner for inspections and

1                        Villanueva

2       cleaning?

3            A      Around there would have been a

4       30-minute timer.

5            Q      And in that 30-minute timer that

6       customer support partner would have to perform

7       specific tasks, is that right?

8            A      Yes.

9            Q      And one of those tasks would be to

10      perform an inspection of the bathroom, is that

11      right?

12           A      Yes.

13           Q      On any of your prior inspections of

14      the bathroom before the time of the accident,

15      did you ever observe a flood of water on the

16      bathroom floor in front of the toilet?

17           A      No.

18           Q      On any of your prior inspections of

19      the bathroom before the time of the accident,

20      did you ever observe any running water seeping

21      out of the bathroom door?

22           A      No.

23           Q      The water that you observed on the

24      floor in the bathroom after Mr. Allman's

25      accident, was that in front of the toilet?

 1                        Villanueva

 2         A    I can't remember.  I think it was more

 3    near towards the sink.

 4         Q    And that would be to the right of the

 5    toilet?

 6         A    Yes.

 7         Q    And that would be up against the right

 8    wall of the bathroom?

 9         A    Yes.

10         Q    How far away would you say the -- I

11    think you said it was about a four-inch puddle

12    of water?

13         A    Yes.

14         Q    About how far away would you say that

15    four-inch puddle of water was from the toilet?

16         A    Maybe about half a foot away.

17         Q    And when you first observed the water,

18    was the toilet overflowing in any way?

19         A    Was the what?

20         Q    The toilet overflowing in any way?

21         A    No.

22         Q    Was the sink overflowing in any way?

23         A    No.

24         Q    Did you ever receive any complaints

25    from any customers or any Starbucks partners

| | |
|---|---|
| 1 | Villanueva |
| 2 | regarding a homeless individual using the |
| 3 | bathroom on the date of the accident? |
| 4 | A    No. |
| 5 | Q    Do you remember the last time that you |
| 6 | observed a homeless individual using the |
| 7 | bathroom before the date of the accident? |
| 8 | A    Probably like a month ago. |
| 9 | Q    And had you performed any inspections |
| 10 | of the bathroom after that homeless individual |
| 11 | used the bathroom about a month before the |
| 12 | accident? |
| 13 | A    Yes. |
| 14 | Q    And did you observe any water on the |
| 15 | floor during that inspection? |
| 16 | A    Yes. |
| 17 | Q    And was that water closer to the |
| 18 | toilet or the sink or something else? |
| 19 | A    It was barely anything really, to be |
| 20 | honest. |
| 21 | Q    Can you describe what it is that you |
| 22 | saw? |
| 23 | A    Dry floor definitely.  I feel like he |
| 24 | wasn't there to like clean himself in that |
| 25 | sense but maybe he did, but it was just like |

```
 1                     Villanueva

 2      maybe a couple of drops on the floor but

 3      mostly dry, the toilet was fine, the sink

 4      wasn't on or anything.

 5           Q    Was the sink overflowing in any way?

 6           A    No.

 7           Q    And when you performed that inspection

 8      about a month before the accident, did you see

 9      any floods of any kind anywhere on the floor

10      in the bathroom?

11           A    No.

12           Q    Did you receive complaints from anyone

13      on the date of the accident regarding water on

14      the floor in the bathroom at any time before

15      the accident occurred?

16           A    No.

17                     MR. VELEZ:  That's all I have.

18                     MR. ROBERTSON:  No questions,

19               thank you.

20

21

22      (Jurat continued on next page.)

23

24

25
```

Nataly Villanueva
March 06, 2019                                                    68

1                          Villanueva

2                    (Time noted:   3:31 p.m.)

3

4

5

6                              _____

7                              NATALY VILLANUEVA

8

9        Subscribed and sworn to before me

10       this _____ day of _____, 2019.

11

12

13       _____
                     Notary Public
14

15

16

17

18

19

20

21

22

23

24

25

1

2                          I N D E X

3

4        EXAMINATION BY                     PAGE

5

6        MR. ROBERTSON                      4

7        MR. VELEZ                          61

8                          EXHIBITS

9

         PLAINTIFF'S      DESCRIPTION    FOR IDENT.
10
         1 & 2     Confidential Pursuant to
11                 Stipulated Protective
                   Order, Written Statement
12                 Form and Statement 9-4-1.42-3

13
         INFORMATION REQUESTED            PAGE
14
         Copy of list in affect on
15       August 21, 2017.                 12-24

16       Station assessment log in affect
         on date of loss.                 17-16
17
         Log book of inspection and
18       changing of lights prior to
         August 21, 2017.                 29-5
19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4     STATE OF NEW YORK    )
                           )      ss:
5     COUNTY OF NEW YORK   )

6          I, SHIRLEY GONZALEZ, a Shorthand Reporter

7     and Notary Public within and for the State of

8     New York, do hereby certify:

9          That NATALY VILLANUEVA, the witness whose

10    EXAMINATION BEFORE TRIAL was held on March 6,

11    2019, as hereinbefore set forth, was duly

12    sworn by me, and that this transcript of such

13    Examination is a true and accurate record of

14    the testimony given by such witness.

15         I further certify that I am not related to

16    any of the parties to this action by blood or

17    by marriage, and that I am in no way

18    interested in the outcome of this matter.

19         IN WITNESS WHEREOF, I have hereunto set my

20    hand this 12th day of March, 2019.

21

22

23         -------------------------

24                SHIRLEY GONZALEZ

25

1

2                          E R R A T A   S H E E T

3     CORRECTION                              PAGE      LINE

4     ----------                              ----      ----

5

6     ------------------------------------------------

7     ------------------------------------------------

8     ------------------------------------------------

9     ------------------------------------------------

10    ------------------------------------------------

11    ------------------------------------------------

12    ------------------------------------------------

13    ------------------------------------------------

14    ------------------------------------------------

15    ------------------------------------------------

16    ------------------------------------------------

17    ------------------------------------------------

18    ------------------------------------------------

19    ------------------------------------------------

20    ------------------------------------------------

21    ------------------------------------------------

22    ------------------------------------------------

23    ------------------------------------------------

24    ------------------------------------------------

25    ------------------------------------------------

Nataly Villanueva
March 06, 2019                                                                   1

**1**

**1**  42:7 50:4,16 62:25
**10**  20:17,18,22,25
  23:21 52:21 53:6,13,
  16,20,25 54:13,17
  55:2 63:2
**10:00**  9:25 10:6
**10:30**  29:22
**11377**  4:10
**11:00**  10:4
**12-24**  69:15
**12th**  70:20
**17**  9:5
**17-16**  69:16
**170**  42:20
**170824-009649**  43:2
**18**  9:5
**1990**  6:4
**1:45**  31:24 32:2
**1:50**  32:2

**2**

**2**  42:7 55:5,7 57:5
  59:11,19 60:18 69:10
**20**  9:4
**2013**  6:12
**2016**  7:4,5
**2017**  4:17 7:12,14
  8:23 9:14 11:7 12:22
  14:13 15:14 17:14
  18:24 19:18 20:23
  21:2 22:4 24:2 26:4
  29:3,9,13 30:11,18
  31:7 33:8,15 34:10
  36:10 46:18 50:9
  55:15,16 56:7,8
  63:22 69:15,18
**2019**  68:10 70:11,20
**21**  4:17 7:13 11:7
  12:21 14:13 15:14
  17:14 18:24 19:18
  20:22 21:2 22:4 24:2
  26:4 29:3,9,13
  30:11,18 31:7 33:8,
  15 34:10 36:10 46:17
  50:9 56:7,17 63:22
  69:15,18

**29-5**  69:18
**2:00**  29:19 32:4,16
**2:05**  32:4

**3**

**30**  13:9
**30-minute**  64:4,5
**35**  9:11
**39**  9:11
**3:31**  68:2

**4**

**4**  55:14,16 56:8,18,20
  59:20 69:5
**40s**  38:16

**5**

**5**  51:12
**5-6**  43:14
**50**  22:5
**51-06**  4:9 14:24
**5:00**  43:15 57:13
  63:23
**5:30**  9:24

**6**

**6**  70:10
**61**  69:6
**6:00**  10:4 43:15 57:13
  63:23
**6:30**  10:6

**9**

**9-4-1**  42:6
**9-4-1.42-3**  69:12
**911**  40:5

**A**

**A-K-B-A-R**  14:15
**A-Z-U-C-E-N-A**  5:14
**a.m.**  9:24 10:4,6
**ability**  6:20

**Absolutely**  6:2
**access**  15:7,16 19:20
  23:22 24:4
**accident**  4:17 36:11,
  13,16,23 37:18,21
  39:10,19 62:21 63:3,
  22 64:14,19,25 66:3,
  7,12 67:8,13,15
**accidents**  37:12 60:15
**accompanying**  32:5
**accurate**  70:13
**action**  70:16
**actively**  25:23 45:14
**actual**  51:13
**address**  4:8 5:24
**advise**  55:21,24
**advised**  37:18
**advisement**  13:4 17:21
  29:12
**affect**  6:20 12:21
  17:18 69:14,16
**afternoon**  4:13
**age**  38:15
**aids**  52:18
**Akbar**  14:14 30:12
**Allman**  4:15 36:11
  60:13
**Allman's**  64:24
**allowed**  24:4
**ambulance**  40:10,12,
  15,20,22
**amount**  10:7,8,21
**appears**  43:9
**Approximate**  38:15
**approximately**  16:2,3
  61:14,18 62:4
**area**  24:9 25:14 30:19
  31:12 32:21 41:6
  44:21,23 45:25
  48:20,25 52:9,10
**areas**  30:2
**arrive**  40:10,15
**ASAP**  39:20
**assessment**  16:21
  17:3,9,13,17,23 18:9
  69:16
**assign**  11:19
**assigned**  8:17 10:22
**assigning**  30:2

**assist** 39:2 40:23 58:22
**assisted** 58:20
**associate** 4:14
**Associate's** 6:7
**assume** 26:18,22
**assuming** 10:19
**attend** 6:8
**attention** 22:7
**attorney** 5:7 41:14
**August** 4:17 7:13 8:23 9:14 11:7 12:21 14:13 15:14 17:14 18:24 19:18 20:22 21:2 22:4 24:2 26:4 29:3,9,13 30:11,18 31:7 33:8,15 34:10 36:10 46:17 50:9 56:7,17 63:22 69:15, 18
**automatically** 28:15
**average** 19:15
**aware** 18:25 36:7,10 60:15
**Azucena** 5:14,18,21

---

**B**

**back** 7:5 8:13,23 9:14 11:6 12:9 14:19 31:6 38:22,23 41:19 50:8 59:7
**bar** 8:3,12 11:16 31:5 32:21
**barely** 66:19
**barista** 7:6,7,8,24 8:2,20
**baristas** 30:2,25 57:25 58:3
**based** 27:3 46:6 60:24 61:2,3 62:4,8
**bathroom** 8:13 15:7,24 16:4,11,16 18:25 19:16,20,22,24 20:2, 8 21:15,19,22,23 22:2,8,12,13,15 23:4,16,17,23 24:5, 6,12,17,20,22 25:2,4 26:10 27:4,13,21,25 28:11,13 31:4,6,10, 12,16,20 32:22,23

33:2,8 34:8,19,22 35:2,11 36:21 37:3, 9,22,25 38:5,7,8 39:3,14,21 44:18,21 45:8,12,14,17 46:11, 23 47:4,7,19,20,25 48:20 52:9,10,12,13, 15,17,21 53:3,4,6,7, 12,16,17,20,21,25 54:13,17,21 55:2 57:14,21 58:7,21 60:16 61:13,18,23,25 62:13,17 63:2,6 64:10,14,16,19,21,24 65:8 66:3,7,10,11 67:10,14
**bathrooms** 13:13 14:21 15:2,9,14,21 22:17
**beeps** 12:8
**began** 30:17 32:9
**begin** 4:25 7:2
**big** 24:12
**bin** 48:15
**birth** 6:3
**blood** 70:16
**blown** 28:19
**blue** 19:4 33:9
**body** 27:8 38:18
**book** 29:7 69:17
**boss** 33:20,21 49:22 55:19,22
**boss's** 59:17
**bottled** 48:16
**bottom** 49:7 50:9
**Boulevard** 4:9 8:25 14:24
**break** 5:3
**breaks** 7:25 30:3
**Briefly** 50:8
**bucket** 23:12 35:6
**bulb** 28:19
**bulbs** 28:10
**busy** 10:15,20

---

**C**

**call** 16:20 30:21 39:5,19
**called** 11:2,17 39:7, 8,16 40:5,9,14

**cameras** 41:6
**carries** 11:22 12:5 16:18,19
**carry** 8:22 12:2,16
**carrying** 12:12 26:23
**case** 11:23 39:21 62:11
**cash** 7:24 29:25
**Castillo** 30:13
**catch** 22:13,15
**Caucasian** 38:14
**caused** 35:9,14 37:4
**ceiling** 28:9
**certify** 70:8,15
**chair** 52:6,7
**chance** 50:5
**change** 12:17
**changing** 28:23 29:2,8 69:18
**check** 13:5 28:18 34:8
**checked** 44:17 49:2
**checks** 44:3
**City** 6:9
**clean** 15:10 19:7,9 20:11 21:23 22:2,15 26:25 27:2,6,7,13 34:19,22 36:3,5 53:17,21 66:24
**cleaned** 16:9,10 46:23 47:4 53:13,24 54:2, 13,16,22 62:2
**cleaning** 8:15 11:9 12:3 13:12 15:3,12 16:11,17 17:7 21:21 22:25 23:4,13 30:5 33:2 35:2 46:10 47:7,20 53:7,10,12 54:25 62:5,8 63:12 64:2
**cleanings** 16:22
**cleanliness** 8:11,20 17:3
**cleans** 61:18
**clear** 14:25
**clip** 13:20
**clock** 31:4
**clocked** 32:14
**close** 23:15 30:8
**closer** 66:17

closing   29:18,20 30:3
co-worker   49:6
co-workers   7:25
code   15:6,15
coffee   7:8 8:3,11
   58:2
coffees   8:11
college   6:7,8
combination   27:18
company   17:24
compared   10:14
complain   22:10 33:13
   38:17
complained   36:7
complaint   33:18,22
complaints   18:14,19
   33:7 65:24 67:12
complete   51:25
completely   23:17
completion   14:6
complies   42:12 50:7
   55:6
computer   17:11
condition   33:7 47:18
conditions   27:20
conduct   62:17
Confidential   42:4
   69:10
confirm   13:21 14:3
considered   7:19 9:6
consistent   46:8
continued   67:22
conversation   34:11
convicted   6:14
copy   12:20,25 17:17
   69:14
corner   42:15 43:13
correct   8:7 11:8
   15:25 54:14 58:12
   63:17
Counsel   5:23
COUNTY   70:5
couple   23:16 36:2
   61:8 67:2
court   4:19,25
covered   24:10
created   23:6
crime   6:14
cups   8:11

current   7:9
customer   11:17,22
   12:5,11 13:5 14:12
   15:5 16:12 22:10,14
   23:10,18 28:21
   30:22,23 33:18,24
   34:24,25 35:14,16
   36:18 43:22 44:3
   52:6 61:17 62:5,9,
   16,21 63:9,15,25
   64:6
customers   7:24 18:19,
   25 19:19 23:9 65:25
cycle   12:2,7 13:11,12
   62:5,8
cycles   13:8 63:11

_____

D

_____

daily   16:23,24 18:13
date   6:3 17:18 42:8,
   19 50:10,12 51:7,8
   55:13 62:21 66:3,7
   67:13 69:16
day   9:13,16 10:8,9,
   10,12,20,22 12:2,14,
   17,18,19 15:13 16:3,
   8 29:15,16,24 30:6,
   18 51:12 52:2 56:21
   57:9 68:10 70:20
deep   46:2
Defendant's   42:9,13,
   16 49:8 50:8
degree   6:7,11
depending   11:25 15:3,
   10 23:10
depends   9:15 16:23
deployments   8:2
describe   24:9 38:12
   44:9,24 60:19 66:21
describing   45:9,11
description   44:24
   45:2 52:4 55:25 56:5
   69:9
designated   30:2
determination   11:10
   48:9
determine   10:11,17
   48:2
determined   10:23

device   63:10
differ   17:4 46:13
   61:21
directly   60:2
discussion   14:17
   41:17
discussions   56:10
district   49:23,25
divide   30:7
document   42:3 49:8
   50:12,16,19,25 51:9,
   16,19,22,25 56:9,24
   59:11,12,14,23
documents   60:8
door   23:9,12 24:20,22
   35:7 64:21
drains   17:8
dries   23:17
drink   31:2 48:16
drinks   11:16
drops   36:2 67:2
dry   35:7 47:22 66:23
   67:3
due   37:6 45:8
duly   4:2 70:11
dusting   13:14
dusty   30:23
duties   7:21 8:4

_____

E

_____

earlier   25:24 43:19,
   24 54:12 61:12,16
   62:24
education   6:6
electronic   10:23
employed   5:25 6:22,24
   8:24
employee   21:22 30:4
   35:15 48:6 51:5,21
   61:17
employees   8:17,23
   10:7,9,12,21 30:10
   56:11
encounter   24:18
end   11:25
entail   8:9
entails   8:10
enter   46:20

entire  4:24
entrance  25:4 38:9
Examination  4:11
  61:10 69:4 70:10,13
examined  4:4
excessive  20:7 25:24
excessively  19:11,12
  20:3
Exhibit  42:9,13 49:8
  50:4,9,16 55:5,7
  57:5 59:11,19 60:18
  62:25
Exhibits  42:7 69:8
expected  29:21
experience  20:14
  25:17 46:14
experiences  20:15
  21:14,19 27:3
explaining  63:11
extent  27:7,10

F

face  27:8
facilities  18:16
fact  54:16
fallen  39:13
familiar  27:12
February  7:17
feel  66:23
feet  24:14,15
fell  9:16 41:3
felt  59:6
file  37:14
filed  49:12
filled  49:12
find  48:11
fine  33:4 67:3
finish  4:23 13:10
flexible  10:25
flood  45:9,10 60:19
  64:15
flooding  18:25
floods  63:5 67:9
floor  8:2 10:19 23:7,
  11,17 24:7,10 31:18
  32:24 33:14 34:5
  35:3,5,7,9,13,21,23
  36:6,8 37:7 39:15
  40:7 45:12,14,18

47:22 58:11 64:16,24
  66:15,23 67:2,9,14
flushed  48:14
focussed  32:20
folder  49:13
follow  13:3 17:20
  29:11
follow-up  61:9
foot  65:16
footage  41:9,11
forget  11:23
forgive  33:5
form  42:5,14 43:9
  50:17 69:12
found  25:19
four-inch  65:11,15
frequency  61:25
frequented  18:12
Friday  9:18,21 10:2,3
front  52:12 64:16,25
full  33:10
full-time  9:7,9
funny  34:13,16,18

G

garbage  13:14 33:10
  48:15
general  15:12 47:18
generally  18:16
generate  20:6
generated  17:11
generates  17:22
generating  44:7
gentleman  37:5,23,24
  38:6,12,17 39:2
  40:6,19 50:24 52:15,
  16 53:3 57:17 58:6,
  23 59:8
Geraldo  30:13 58:4,5
gestures  4:21
give  7:25 59:25
GONZALEZ  70:6,23
good  4:13 31:3
grab  30:25
ground  25:14 26:4,6,
  10,14,17 38:10,11
  46:7 47:16
guess  10:24,25 16:20
  25:8,23 40:3 49:14

guessing  46:3
guy  37:2
Guzman  4:15

H

hair  19:17
half  9:8 46:5,25
  47:12 65:16
hand  4:20 70:20
handling  7:25 29:25
hands  26:24
handwriting  43:6,11
  50:20
handwritten  12:13
  17:10,12 43:10
happen  22:13
happened  34:15 44:21
  53:2
head  4:20
hear  36:22
held  14:18 41:18
  70:10
hereinbefore  70:11
hereunto  70:19
highest  6:5
hip  38:21 59:7
homeless  18:12,15
  19:5 20:11 21:14,19
  22:8,24 23:4,23
  25:25 27:5,12,14,15,
  17 33:12 35:17 46:9,
  15,20 66:2,6,10
honest  66:20
hour  16:10,12 46:24,
  25 47:11,12 61:14,18
hours  9:9,11,12,17,
  19,22
house  8:13 31:6
hundred  16:8
hygiene  19:17

I

ice  52:7
ID  42:20,24,25 43:3
idea  11:3 26:5,16
  48:23
IDENT  69:9

identification  42:8
inch  46:5
inches  45:22
incident  34:15 36:4
  37:15 41:23 42:14
  43:9,14 44:2,6,11,
  14,16,21,24,25 45:2
  46:17,19,23 47:12
  48:19 49:13 50:2,24
  51:13 52:2,5 53:2,6
  55:9,25 56:11,14
  60:9,11,12
incidents  20:4
individual  66:2,6,10
inform  49:22
information  45:4
  57:23 69:13
informed  36:18
initial  30:19 31:15,
  19
inside  22:18,19,25
  45:8
inspect  8:5 47:6
inspected  61:13,23,24
inspection  8:8 29:8
  30:15,19 47:13,16,19
  53:11 61:21 64:10
  66:15 67:7 69:17
inspections  62:13,17
  63:12,25 64:13,18
  66:9
instructions  5:8
interested  70:18
interval  61:23 63:19
involved  44:6
involving  36:11 60:16
items  8:10

J

January  7:17
Jenny  11:5,6 18:23
  33:23,24 34:4,11
  36:5 43:18 49:18,19,
  20 55:22,24 56:10,16
  59:18
Jenny's  59:17
job  7:5,9
jurat  67:22

K

Karen  30:13 58:4,5
kind  11:14 14:2 15:15
  20:6 28:22 30:18
  31:14 54:4 63:6 67:9
knowledge  20:10 35:18
  37:16 49:20 50:3
  53:5
Krentsel  4:15
Kurt  4:14

L

L-E-U-N-G  11:5
labor  10:14
leak  35:11
learn  36:15
leave  40:19,22
left  25:2,10,11 60:5
Leung  11:5 43:18
level  6:5
light  28:5,8
lighting  27:20,23,25
lights  28:13,18,23
  29:2,9 69:18
liquid  25:19
list  11:23 12:10,12,
  13,15,17,21,25 13:6,
  17 16:18 69:14
lists  13:12
lobby  8:12 31:2
located  24:25 36:20
  45:23
location  44:17
lock  22:20,23 23:8,12
locked  15:2,9,14
  22:17,19 35:6
log  16:21 17:9,13,18,
  23 18:9,18 28:22,25
  29:7 69:16,17
logs  18:3
long  5:4 22:10,11
  23:19 24:15 33:16
  34:10,12 39:16,18
  40:6,9,14
longer  5:25
looked  38:13,16 48:13

loss  17:18 69:16
lot  23:7
lower  59:7

M

made  11:10 18:14,19
  20:4 28:23,25 31:19
  33:22
magnet  13:16,18,19
mailbox  59:17 60:3
main  49:15
make  13:14 14:2
  19:19,23 21:12 28:18
  31:2,14 48:9 54:19,
  25
making  11:16
man  41:3 47:25 57:13
  58:20,21 59:6,10
manager  10:13 11:6
  18:6 43:17 49:17,23,
  25
manager's  11:4
March  70:10,20
Mark  41:25
marked  42:7 57:5
marriage  70:17
matter  70:18
meaning  61:24
means  10:23
medication  6:16,19
meetings  56:13
men  27:17,19
mentioned  32:21
  61:12,17 62:24,25
  63:9
mess  23:7
middle  5:16,20,21
minute  40:8
minutes  13:9 23:16,21
  32:4 40:17 52:21
  53:6,13,16,20,25
  54:13,17 55:2 63:2
mirror  28:6
mistaken  10:4 55:18
Monday  9:18,20,22,24
  17:5 29:14
month  7:16 66:8,11
  67:8

Nataly Villanueva
March 06, 2019

6

months   34:14
moon   19:5 33:9
mop   23:12 34:6,9
  35:3,6
mopping   23:14 35:8
moving   50:15

**N**

Nataly   4:7,13 5:11
  68:7 70:9
needed   15:10 23:15
nods   4:20
Northern   4:9 8:25
  14:24
Notary   4:2 68:13 70:7
notation   17:10 20:3,5
  28:22,25 54:25
notations   21:13 31:14
note   54:8,20
noted   53:24 68:2
notes   14:2 20:7,9
notice   47:15
noticed   33:11
noticing   40:6
number   42:16,18,24,25
  43:3,5 51:4,5
numbers   24:13

**O**

object   16:5
objection   54:9
observation   61:3
observe   24:8 26:10
  35:20 46:19 57:17,20
  63:5 64:15,20 66:14
observed   25:13 26:3
  45:13,18 46:6,9
  64:23 65:17 66:6
observing   53:3
occur   21:2
occurred   20:22 67:15
offense   6:13
offered   52:5
office   8:14 12:16
  32:22 36:19,20 49:15
  53:2
open   9:12 15:18,20
  24:20,23

Opens   24:24
opportunity   42:10
opposed   51:12 60:2
order   15:6 42:5 69:11
outcome   70:18
overflowed   13:15
overflowing   25:23
  26:2 48:17 65:18,20,
  22 67:5
override   22:20,23

**P**

p.m.   9:25 10:4,6
  29:19 31:25 32:2,4,
  16 43:15 57:13 63:23
  68:2
pack   52:7
pain   38:18,22 59:7
paper   33:10 47:21
paramedics   39:4,5,7,
  8,19
part   8:4 13:25 14:8
  18:8 28:20 53:7,10
  55:10 57:4 59:12
parties   18:19 70:16
partner   43:23 49:3
  51:4 62:6,9,16,22
  63:10,15,25 64:6
partners   65:25
parts   38:18
past   27:3
pending   5:6
people   10:18 18:12,15
  20:11 21:15 22:25
  23:5,23 27:6,14,15
  33:12 35:18 46:10,
  16,20
percent   22:5
perform   30:15 47:24
  62:12 64:6,10
performed   29:6 53:11
  66:9 67:7
person   11:15,16,19
  12:5,11 13:5 14:12,
  13 16:11,13 19:5
  22:8 26:23 27:11
  35:2 41:3
personal   20:10 39:24
  53:8 61:3

personally   8:16 21:22
  22:2 35:20
phone   39:20,23,24
photographs   14:5,8
  18:8 21:17 37:8,13,
  15 41:2 48:20
place   34:11 37:12
Plaintiff's   42:7
  50:4,15 55:5,7 57:5
  59:11,19 60:18 62:25
  69:9
point   18:4 30:16
  44:10 48:18 60:11
policy   24:3 37:11,16
  44:12 51:24 54:21
  55:11
preparation   18:9
  54:18 57:4
prepare   41:21 44:13
  56:24 59:18 60:7
prepared   50:13,22
  51:18,22 56:8 59:15,
  22
preparing   51:15
present   59:22
pretty   16:10 32:19
  39:11 40:16
previously   46:9
prior   15:13 18:24
  19:18 24:2 26:4
  29:2,9 33:8,14
  46:17,22 52:17
  64:13,18 69:18
problem   5:6
procedure   37:12 44:12
process   14:9 23:19
program   10:17 11:2
promotion   7:19
Protective   42:5 69:11
provide   5:24 56:4
provided   17:24 29:10
  55:25
providing   52:6
public   4:3 24:6 68:13
  70:7
puddle   45:19,20,23
  46:2 65:11,15
purchase   19:19,23
purpose   12:4,6 43:3
  44:7

purposes   19:17
pursuant   11:12 42:4
  69:10
put   43:5,7,8 54:6
  59:16
putting   60:2

_____

Q

quarter   46:4
question   4:22,23,24
  5:4 16:6
questions   4:16,19
  61:9 67:18
quick   40:16

_____

R

ready   23:18
reason   23:24 51:11
  53:23 59:25
receive   33:5,6 65:24
  67:12
received   42:6
recollection   36:17
record   4:6,8 14:11,
  16,18,20 16:15
  41:16,18,20 47:2
  57:8 70:13
reduced   54:5
refer   17:2,7
reference   42:25 44:3
  58:19
references   49:2 52:5,
  14
referencing   14:23
referred   42:3
referring   16:25 55:22
refers   17:3
refuse   23:22
register   8:3 11:16
  31:5 32:21 58:2
related   70:15
relevant   54:17
remember   7:16 28:7
  29:4 30:14 34:13,18
  35:4,10,25 38:2
  39:20 43:4,8 45:24
  52:25 55:20 56:6
  58:8,25 59:4,5 60:6

63:8 65:2 66:5
remind   12:6
removed   48:15
repeat   20:24 26:7
report   37:14 41:22
  42:14 43:9 44:8,14
  49:11,14,21 56:2,17
  57:3,4,9,12
reported   46:18
reporter   4:5,19 5:2
  70:6
reporting   49:24
reports   49:13
represent   4:15 29:13
request   12:24 17:17
  29:5
REQUESTED   69:13
require   15:15 33:2
respect   4:17 8:15
  20:4 22:3 29:2,7
  31:10 32:23 33:12
  37:12 47:7
responses   4:18
responsibilities
  7:22,23 8:5 29:23
  30:8
responsibility   8:21
responsible   8:18,20
  30:5
rest   32:3
restocked   30:24
restocking   8:10
returned   18:4
review   31:5 41:8 57:3
right-hand   42:15
Robertson   4:12,14
  5:23 12:24 14:16,19
  17:16 28:2 29:5
  41:15,19,25 57:11
  61:6 67:18 69:5
role   11:17
Roughly   9:11
run   33:9
running   64:20

_____

S

safe   31:3
Saturday   9:21 10:3

Sayeed   14:14 30:12
  36:17,25 37:4,18,20
  38:3 39:11,18 43:21,
  24 47:5 48:8 49:2
  50:18 51:8,15,25
  52:5,14,20 53:5,15,
  24 54:12,16,24
  56:22,25 58:18,22
  59:2 60:24 61:4
  62:20,25
Sayeed's   47:6,20
  50:19 51:2,4 53:12
  57:3,9
scene   40:12
schedule   11:12
School   6:9
screaming   36:23
search   29:6 47:24
seat   58:20
seeping   64:20
sense   66:25
sentence   58:19
separate   16:15
September   51:12
  55:14,16 56:8,18,20
  59:20
serve   8:3
serves   7:8
service   30:24
serving   7:24 57:25
set   9:18 13:10 27:25
  28:3 63:18,24 70:11,
  19
severe   39:22
shave   19:6
she'll   10:17
shift   32:9 62:14,18
SHIRLEY   70:6,23
shorter   61:24
Shorthand   70:6
shouting   36:23
show   10:16 11:24
sign   23:12 35:5
signature   49:9 50:25
  51:2
sink   19:6,11,13,16
  20:11 24:11,18,21,25
  25:5,8,9,11,14,16,
  18,22 26:15,19,21
  36:2 45:25 48:13,16
  65:3,22 66:18 67:3,5

Nataly Villanueva
March 06, 2019

8

sinks  17:7
sit  26:5 48:22
sitting  63:23
slip  37:5
slipped  37:3 38:22
 39:14 45:8 58:11
solely  61:3
sort  63:10
sounding  36:22
sounds  34:20
source  28:5,8 48:2,
 10,11,23
speak  60:12
speaking  4:25 5:2
 43:24
specific  63:18 64:7
specifically  53:19
spilling  26:14,15
 45:15
ss  70:4
staff  9:7,9
standing  38:10
Starbucks  6:25 7:3
 8:24 12:20 14:21,22,
 23 15:2,22 16:17
 17:25 18:4,12,15,16,
 18 23:22 24:2 27:4
 33:14 35:14,16 37:11
 39:24 40:2 41:5
 44:13 46:20 49:15,21
 51:24 54:20 55:11
 56:10 60:16 61:13
 65:25
start  11:25 12:9
 23:13 29:17 42:9
started  19:4 20:16
 29:18
State  4:3,6,8 70:4,7
statement  41:22 42:5,
 6 50:17 51:7 52:14
 54:5,7,18,20 55:3,8
 69:11,12
statements  60:8
station  16:20 17:2,9,
 13,17,22 18:9 69:16
Stipulated  42:4 69:11
stirrers  8:11
store  8:6,8,16 9:2,
 12,17 10:8 11:9,24
 12:20 17:4 18:5,20
 19:2 30:3,5,9,16,19,

 21 31:8 50:2 57:14,
 18 58:6
store/department
 43:17
straight  19:21 57:14,
 20 58:6
stretcher  40:24,25
structure  11:14
Subscribed  68:9
subsequently  41:21
suffered  38:21
Sunday  10:2,5,6
supervisor  7:10,11,22
 8:5,17 11:18 13:23
 29:25
supervisor's  8:21
 13:25
supervisors  16:21
support  11:18,22
 12:5,11 13:5 14:13
 16:12 22:14 23:11
 28:21 34:24,25 36:18
 61:17 62:6,9,16,21
 63:9,15,25 64:6
supposed  6:17 12:14
 44:13
surveillance  41:6,8,
 11
sweeping  13:13
swept  47:23
sworn  4:2 68:9 70:12

_____

T

taking  13:14 22:11
talked  16:13
tall  38:14
task  12:10 13:7,17
 53:10
tasks  8:22 11:18
 12:3,7,9,13 13:22
 14:6 64:7,9
Tech  6:9
Technology  6:10
terms  11:9,10 23:3
 24:4,7 25:7 28:23
 32:17 35:2 37:15
 46:7 63:11
testified  4:4 25:24
 43:19 61:16

testify  6:20
testimony  70:14
thing  22:9 24:18,19,
 21 32:19 54:4
throwing  26:24
Thursday  9:20,23,24
time  4:21 5:3,4 7:18
 12:2 14:17 16:18
 18:13 19:15 22:5,16
 25:22 27:14,16
 29:17,21 31:22 32:15
 33:17,21,24 34:12
 41:17 43:14 46:18,22
 48:18 54:21 55:17
 56:22 60:4 61:24,25
 63:19,21 64:14,19
 66:5 67:14 68:2
timer  11:23 12:4,8
 13:10 63:13,24 64:4,
 5
times  4:23 16:3,8
 19:3,25 20:17,19,21,
 22,25 21:13,18,25
 22:3 24:9 26:9 36:6
 61:21
title  7:5,9
today  6:17 10:15
 41:12 48:22 63:24
toilet  15:11 24:19
 25:7,11,15,19 28:7
 33:10 47:21 48:14
 64:16,25 65:5,15,18,
 20 66:18 67:3
told  20:13 36:5 37:2,
 20 39:11,18 52:22,
 24,25 54:12 55:19
 56:16 58:15,17 59:2,
 3,8,9,10 60:23
top  28:5,6 43:13
track  13:16 16:22
transcript  70:12
TRIAL  70:10
true  70:13
turn  28:14
type  11:10 13:19 15:6
 21:12 24:3 29:7 41:5
 44:2
typewritten  12:12,15
typically  23:20

Nataly Villanueva
March 06, 2019

9

**U**

understand  5:8 54:11
uniform  63:16
unisex  15:24
upper  27:8 42:15,20
urine  25:20

**V**

Varies  10:10
vary  10:8
vehicle  40:23
VELEZ  6:2 13:2 16:5
  17:19 27:24 29:11
  41:14 54:8 57:8
  61:8,11 67:17 69:6
verbal  4:19
verification  14:2
verify  8:21 13:24
victim  44:5
view  44:10
Villanueva  4:7 5:1,
  11,14,18 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1
  41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1
  57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1,
  7 70:9

**W**

wait  35:7
walk  24:17 28:15
  30:21 31:2,8,15,19,
  23 32:3,6,10,12,17
  34:3 58:21
wall  65:8

wanted  22:12 36:3
wash  19:16 27:8 46:16
water  23:7 24:7,10
  25:13,14,21 26:3,6,
  10,13,14,15,17,23
  31:18 32:24 33:14
  34:5 35:23 36:5,8
  37:6 39:15 45:11,13,
  17 46:7,8,15 47:15
  48:3,10,16,23 60:19
  64:15,20,23 65:12,
  15,17 66:14,17 67:13
wattage  28:10
wears  63:10,15
Wednesday  17:5
week  9:17
weekly  16:22
wet  23:11 35:5,9,13,
  20 58:11
WHEREOF  70:19
wide  24:15 45:20
winter  7:18
wipe  23:15
wiped  47:22
wiping  23:14
wireless  40:3
withdrawn  30:16 39:17
  63:8
witnessed  50:23
witnesses  48:25
women  27:18
Woodside  4:9 8:24
word  45:10 60:19
words  44:25 54:6,19
  55:20 60:23
work  9:10 10:12 13:7
  29:15,16 47:6
working  7:2 19:4
  20:16 30:11,17 33:25
  34:2
write  55:10,17,19
  56:16
writing  13:3 17:20
  29:12
written  11:12 14:2
  17:10 20:6,9 21:12
  24:3 41:22 42:5
  50:17 51:7,12 54:5,
  7,18,20 55:2,8,13,25
  56:5,9,17,24 57:3,4,
  9 60:7 69:11

wrote  51:8 55:8 57:6

**Y**

year  10:14,16
York  4:3,10 6:9 8:25
  70:4,5,8

