EXHIBIT "G"

```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF NEW YORK

 3   ----------------------------------------x
     PETER ALTMAN,
 4                        Plaintiff,

 5

 6          -against-        Index No:
                             1:18-cv-03411
 7

 8   STARBUCKS CORPORATION,

 9                        Defendant.
     ----------------------------------------x
10

11          EXAMINATION BEFORE TRIAL of the

12   Defendant, STARBUCKS CORPORATION by SAYEED AKBAR,

13   taken by the Plaintiff, pursuant to Court Order,

14   held at the offices of U.S. Legal Support, 89-00

15   Sutphin Boulevard, Suite 307, Jamaica, New York

16   11435, on April 15, 2019, at 4:38 p.m., before

17   a Notary Public of the State of New York.

18   ***********************************************

19

20

21

22

23

24

25
```

1

2    A P P E A R A N C E S:

3

4    KRENTSEL & GUZMAN, LLP
              Attorneys for Plaintiff
5             PETER ALTMAN
              17 Battery Place, Suite 604
6             New York, New York 10004

7    BY:      KURT ROBERTSON, ESQ.

8             KRobertson@kglawteam.com

9

10

11   GOLDBERG SEGALLA, LLP
              Attorneys for Defendant
12            STARBUCKS CORPORATION
              200 Garden City Plaza, Suite 520
13            Garden City, New York 11530

14   BY:      J. DANIEL VELEZ, ESQ.

15            dvelez@goldbergsegalla.com

16            FILE #:   10478.0021

17

18

19

20

21

22

23

24

25

1              S T I P U L A T I O N S

2

3              IT IS HEREBY STIPULATED AND AGREED by and

4      between the attorneys for the respective parties

5      herein that the sealing, filing, and certification

6      of the within Examination Before Trial be waived;

7      that all objections, except as to form, are reserved

8      to the time of trial;

9              That the transcript may be signed before

10     any Notary Public with the same force and effect as

11     if signed before a Clerk or Judge of the Court;

12             That this Examination Before Trial may be

13     utilized for all purposes as provided by the CPLR;

14             That all rights provided to all parties by

15     the CPLR shall not be deemed waived and the

16     appropriate sections of the CPLR shall be

17     controlling with respect thereto.

18

19

20

21

22

23

24

25

```
 1   S A Y E E D   A K B A R, the witness herein, having
 2   been first duly sworn by a Notary Public of the
 3   State of New York, was examined and testified as
 4   follows:
 5
 6   EXAMINATION BY
 7   MR. ROBERTSON:
 8   Q.      State your name for the record, please.
 9   A.      Sayeed, S-A-Y-E-E-D, Akbar, A-K-B-A-R.
10   Q.      State your address for the record, please.
11   A.      The address of Starbucks is 51-06 Northern
12   Boulevard, Woodside, New York 11377.
13              MR. ROBERTSON:  Counselor, you'll
14           accept service or provide the last known
15           address in the event he is no longer
16           employed?
17              MR. VELEZ:  Yes.
18   Q.      Good afternoon, Mr. Akbar.  My name is Kurt
19   Robertson.  I'm with the firm of Krentsel & Guzman.
20   We represent Mr. Peter Altman in an action that he
21   has brought against Starbucks.  I'll be asking you
22   some questions with respect to that.
23           I ask that you keep your responses to my
24   questions verbal because the court reporter can't
25   take down nods of the head or hand gestures.  From
```

1                      S. AKBAR

2     time to time, I may ask you a question that you know

3     the answer to before I finish asking it.  At those

4     times, please allow me to ask the entire question

5     anyway because the court reporter can only take down

6     one of us speaking at a time.  If I ask you a

7     question and you need it repeated or rephrased,

8     please let me know.  I'll be happy to do so.  If you

9     need to take a break at any time, just let me know

10    as long as there is no open question -- by "open

11    question," I mean a question that I've asked you and

12    you haven't answered -- I don't have a problem with

13    that.  Do you understand my instructions?

14    A.     Yes.

15    Q.     What is your date of birth?

16                   MR. ROBERTSON:  We'll just put the

17           year on the record.

18    A.     XX-XX-1995.

19    Q.     What is your highest level of education?

20    A.     I am a third-year college student.

21    Q.     What's your course of study?

22    A.     Radiology.

23    Q.     Where are you studying?

24    A.     At Harlem Hospital School of Imaging

25    Sciences.

```
1                       S. AKBAR
2    Q.      How many more years do you have to go until
3    you complete that course of study?
4    A.      I have, approximately, until October; so
5    about six months.
6    Q.      So you'll be graduating in October of 2019?
7    A.      That's right, sir.
8    Q.      Are you a full-time or part-time student?
9    A.      I am a full-time student.
10   Q.      Do you have any other types of degrees or
11   certificates or training programs or completion
12   courses or anything like that?
13   A.      No.
14   Q.      Are you currently employed?
15   A.      Yes, sir.
16   Q.      By whom are you employed?
17   A.      Starbucks Coffee Company.
18   Q.      No offense.  I ask this of everyone.  Have
19   you ever been convicted of a crime?
20   A.      No.
21   Q.      What is your job title with Starbucks?
22   A.      Barista.
23   Q.      When did you begin working with Starbucks?
24   A.      Approximately, May of 2015.
25   Q.      What was your job title in May of 2015?
```

Sayeed Akbar
April 15, 2019                                              7

```
 1                           S. AKBAR

 2   A.      Barista as well.

 3   Q.      How many hours a week do you work?

 4   A.      Approximately, 14 to 15 hours.

 5   Q.      Back in August of 2017, did you work the

 6   same amount of hours or did it change?

 7   A.      It changed.

 8   Q.      How many hours a week did you work in August

 9   of 2017?

10   A.      Approximately, 20 to 25.

11   Q.      Were there set days per week that you worked

12   or did you work different days?

13   A.      There were set days.

14   Q.      What days did you work?

15   A.      Friday, Saturday, and Sunday.  I don't

16   recall, but Mondays and Wednesdays as well, I

17   believe.

18   Q.      So did you also work on Monday and Wednesday

19   in addition to Friday, Saturday, Sunday?

20   A.      Sometimes.

21   Q.      What were your duties and responsibilities

22   as a barista?

23   A.      I was responsible for delivering beverages

24   and making beverages as well as upkeeping the store

25   to make sure it's clean and customer-ready.
```

```
 1                      S. AKBAR
 2   Q.      What hours did you work back in August of
 3   2017?   For purposes of this deposition, unless I say
 4   otherwise, all my questions will, generally, pertain
 5   to August of 2017.  Okay?
 6   A.      Yes.
 7   Q.      What hours did you work?
 8   A.      I would work the closing shifts where I
 9   would come in at 3:00 and leave approximately at
10   11:30.
11   Q.      Would that be 3:00 p.m. to 11:30 p.m.?
12   A.      Yes.
13   Q.      Did you have a set time in which you worked
14   as a barista or a set time in which you did
15   cleaning?  How was that determined?
16   A.      It's determined by the shift supervisor who
17   was responsible for thinking critically about the
18   store situation and assigning tasks to those who are
19   able to complete them to the best of their ability.
20   Q.      Did you work as either a barista or a
21   cleaner for the entire day or would you do both
22   during the course of the day or something else?
23   A.      Often times, it was both.
24   Q.      Were there set times during the day in which
25   you were assigned to a particular task?
```

```
 1                        S. AKBAR
 2   A.      I'm sorry.  One more time?
 3   Q.      Were there set times when you would be
 4   cleaning or set times when you would work as a
 5   barista or would it just be as needed?
 6   A.      As needed.
 7   Q.      In terms of the cleaning of the store, did
 8   you take any photographs to document any of the
 9   cleaning that you did?
10   A.      No, sir.
11   Q.      Also, with respect to the cleaning of the
12   store, would you take any notes to document the
13   cleaning that you did?
14   A.      No, sir.
15   Q.      To your knowledge, would anyone inspect the
16   cleaning work that you did?
17   A.      Yes.
18   Q.      Who was that?
19   A.      The shift supervisor in charge.
20   Q.      How long after you cleaned would the shift
21   supervisor inspect your work?
22   A.      Approximately, 20 to 30 minutes after.
23   Q.      Did Starbucks have any type of system,
24   electronic or otherwise, to document the cleaning
25   that would be done?
```

1                            S. AKBAR

2    A.      Yes.

3    Q.      What was that system called?

4    A.      It was a chart and it was called the task

5    cycle.

6    Q.      Did you use the task cycle?

7    A.      Yes, sir.

8    Q.      What would that entail?

9    A.      I don't understand that.

10   Q.      What would you do in terms of the use of the

11   task cycle?

12   A.      The task cycle was used to, kind of,

13   organize our duties and to make sure every area of

14   the store was cleaned properly and thoroughly.

15   Q.      Is the task cycle written?

16   A.      Yes.

17   Q.      Is that a booklet?

18   A.      No.  It's a chart.

19   Q.      Would you have to follow that task cycle in

20   terms of what you were doing with respect to

21   cleaning the store?

22   A.      Yes.

23   Q.      Were you meant to take any notes as part of

24   that task cycle process?  In other words, did it

25   have any kind of blank pages or anything for you to

1                           S. AKBAR

2    fill in any information as you completed the task

3    cycle?

4    A.      No.

5    Q.      Same question with respect to taking

6    photographs, were you meant to take any photographs

7    as part of the task cycle cleaning?

8    A.      No.

9    Q.      Did you advise any Starbucks employee as to

10   when you had finished cleaning?

11   A.      I don't understand that question.

12   Q.      How would the shift supervisor know that you

13   had finished cleaning?

14   A.      I would have to indicate.

15   Q.      How would that be done?

16   A.      Verbally.

17   Q.      Where is the Starbucks located that you work

18   at?

19   A.      It's located in Woodside along Northern

20   Boulevard and Woodside Avenue.

21   Q.      How many entrances are there to the

22   Starbucks?

23   A.      There are two ways you can get in.

24   Q.      Where are they located?

25   A.      You mean with respect to the store?

1                        S. AKBAR

2    Q.      Yes.

3    A.      There is actually one way to get into the

4    store.  That's a front gate.

5    Q.      Off of Northern Boulevard?

6    A.      No.  It's a shopping center.  So you would

7    have to walk into the shopping center and you would

8    have to walk into the Starbucks.

9    Q.      Are there cameras in the Starbucks?

10   A.      Yes.

11   Q.      Is there a bathroom in the Starbucks?

12   A.      Yes.

13   Q.      Where is the bathroom located?

14   A.      All the way in the back of the store.

15   Q.      How many bathrooms are there?

16   A.      There is one bathroom.

17   Q.      Would you have to pass the serving area in

18   order to get to the bathroom?

19   A.      Yes.

20   Q.      Do you have to be a paying customer in order

21   to use the bathroom or is it available to anyone?

22   A.      It is available to the public.

23   Q.      Does the bathroom door lock?

24   A.      Yes.

25   Q.      From the inside?

```
 1                         S. AKBAR

 2   A.      Yes.

 3   Q.      Prior to August 21, 2017, were you aware of

 4   homeless people using the bathroom?

 5   A.      Yes.

 6   Q.      How often did that occur?

 7   A.      Rarely.

 8   Q.      When you say "rarely," how often?  More or

 9   less than ten times?

10   A.      Two or three times a month, I would say.

11   Q.      Would that be since you started working

12   there in 2015?

13   A.      Yes.

14   Q.      With respect to the homeless use of the

15   bathroom two to three times a month, to your

16   knowledge, would they be using the bathroom for

17   grooming purposes?

18   A.      Sometimes.

19   Q.      What would lead you to the conclusion that

20   the homeless were using the bathroom for grooming

21   purposes?

22   A.      Often times, there would be hair or some

23   sort of spit in the sink as well as copious amounts

24   of water on the floor.

25   Q.      Did you or any Starbucks employee ever
```

```
 1                    S. AKBAR
 2   advise any of the homeless people not to use the
 3   bathroom for grooming purposes?
 4   A.      Yes, sir.
 5   Q.      Was that you or someone else?
 6   A.      Usually, it is the shift supervisor who has
 7   the final say.
 8   Q.      Did you ever observe a shift supervisor
 9   advising a homeless person not to use the bathroom
10   for grooming purposes?
11   A.      Yes, sir.
12   Q.      When was that first time that you observed
13   that process?
14   A.      I would say sometime in the first six months
15   of my employment.
16   Q.      With respect to the homeless people that
17   were using the bathroom for grooming purposes, was
18   it the same person or persons or was it different
19   homeless people?
20   A.      Different homeless people.
21   Q.      Was any type of sign posted advising people
22   not to use the bathroom for grooming purposes?
23   A.      No, sir.
24   Q.      Did you ever take any photographs
25   documenting any of the water on the ground after the
```

```
 1                         S. AKBAR
 2   homeless used the bathroom for grooming purposes?
 3   A.      The shift supervisor would take a picture
 4   and send it to the manager to confirm.
 5   Q.      When did that happen?
 6   A.      I would say sometime in the first six months
 7   of my employment as well.
 8   Q.      What would the manager do with the
 9   photographs?
10   A.      She would advise us on the necessary steps
11   that we would have to take.
12   Q.      Did the Starbucks have a camera?
13   A.      Yes.
14   Q.      Was that a special -- was it a phone camera
15   or was it like a digital camera or something else?
16   A.      No.  It's a CCTV.  So it's hooked up to a
17   live feed in the back.
18   Q.      Specifically, with respect to taking
19   pictures of the water in the bathroom, what would
20   the shift supervisor use in order to take those
21   photos?
22   A.      A phone picture, a phone camera.
23   Q.      Would that be the shift supervisor's
24   personal phone or someone else's?
25   A.      The shift supervisor's personal phone.
```

```
1                        S. AKBAR
2   Q.      Which supervisor did you observe taking
3   pictures with her personal phone?
4   A.      I don't recall.
5   Q.      Was it a male or female?
6   A.      A male.
7   Q.      Is that person still employed by Starbucks?
8   A.      I don't know.
9   Q.      Was it one person or more than one person
10  that you observed taking pictures?
11  A.      It was usually one or two, depending on the
12  situation.
13  Q.      The other person, was that person also male
14  or was it a female?
15  A.      I don't recall.
16  Q.      Which manager would the photographs be sent
17  to?
18  A.      At that time, it was Helen.
19  Q.      Do you know Helen's last name?
20  A.      No.
21  Q.      Is Helen still with Starbucks?
22  A.      I don't know.
23  Q.      What would Helen do with the photos?
24  A.      She would advise us on the necessary steps
25  that we would have to take.
```

Sayeed Akbar
April 15, 2019                                          17

```
 1                       S. AKBAR
 2   Q.      Would Helen store the photographs or would
 3   Starbucks store the photographs?  Do you know?
 4   A.      Usually, we would just get rid of the
 5   photographs as soon as the situation was taken care
 6   of.
 7   Q.      How would the photographs be gotten rid of?
 8   A.      They would be deleted on the phone.
 9   Q.      Do you know if Helen also deleted the
10   photographs or did she store them or something else?
11   A.      I don't know.
12   Q.      Did Starbucks have a policy and procedure as
13   to what was to be done with those photographs?
14   A.      No.
15   Q.      Do you know if Helen or any other shift
16   supervisors or anyone else has any photographs now
17   pre-dating August of 2017 that showed water on the
18   floor following a homeless person using the bathroom?
19   A.      I don't know.
20   Q.      When you say Helen would tell you what to
21   do, what would she do in terms of telling you what
22   to do?
23   A.      She would tell us to clean up the mess and
24   advise us to tell the homeless individuals not to
25   take care of their grooming responsibilities inside
```

```
 1                      S. AKBAR
 2   our bathroom.
 3   Q.      Prior to August 21, 2017, did you ever
 4   observe anyone slip and fall or having accidents in
 5   the bathroom as a result of the homeless people
 6   using the bathroom for grooming purposes?
 7   A.      No, sir.
 8   Q.      I'm showing you what was marked Defendant's
 9   Exhibits B, C and D of January 29, 2018 and I'll ask
10   you to take a look at those (handing).
11   A.      (Perusing.)
12   Q.      Ready?
13   A.      Yes.
14   Q.      Do you know what's depicted in those
15   photographs?
16   A.      Yes, sir.
17   Q.      What is that?
18   A.      This is the Starbucks bathroom.
19   Q.      All three show the Starbucks bathroom?
20   A.      Yes, sir.
21   Q.      Are those fair and accurate depictions of
22   the bathroom in the Starbucks?
23   A.      Yes.
24   Q.      Can I see the middle one, please?
25   A.      Yes (handing).
```

```
 1                         S. AKBAR
 2   Q.     Defendant's Exhibit C, do you see what
 3   appears to be a sink in that photograph?
 4   A.     Yes, sir.
 5   Q.     That sink in the photograph, back on August
 6   21, 2017, was that sink in the same location?
 7   A.     Yes.
 8   Q.     Is that a fair and accurate depiction of the
 9   way the bathroom would have looked with the sink,
10   and, I guess, it's a baby-changing stand on the
11   right --
12   A.     Yes, sir.
13   Q.     -- back in August of 2017?
14   A.     Yes.
15   Q.     The water that you described on the floor as
16   "copious amounts of water on the floor," to your
17   knowledge, would it have come from that sink or
18   would it have come from the toilet or elsewhere?
19   A.     Usually, around the sink area.  I would say
20   around this area (indicating).
21                   MR. VELEZ:  Noting beneath the sink.
22   Q.     Prior to August 21, 2017, did you ever have
23   to clean water on the floor?
24   A.     Yes.
25   Q.     What would you use to clean it?
```

1                           S. AKBAR

2   A.      A mop.

3   Q.      Would you also need a bucket?

4   A.      Yes.

5   Q.      What would you use the bucket for?

6   A.      To squeeze out excess water.

7   Q.      Were you at the Starbucks on August 21, 2017?

8   A.      Yes.

9   Q.      Were you present when an accident occurred

10  in that store?

11  A.      Yes.

12  Q.      Do you know my client, Peter Altman?

13  A.      Yes.

14  Q.      Had you met Mr. Altman at all prior to

15  August 21, 2017?

16  A.      Yes.

17  Q.      Do you recognize him by face or something

18  else?

19  A.      Yes, by face.

20  Q.      How was it that you came to know Mr. Altman

21  prior to August 21, 2017?

22  A.      He lived in my neighborhood.

23  Q.      Did you speak with him outside of the

24  Starbucks?

25  A.      No, I don't recall.

```
1                       S. AKBAR
2     Q.    Did you just recognize him as a familiar
3     face from your neighborhood?
4     A.    Yes.
5     Q.    Prior to August 21, 2017, you never had any
6     discussion at all with Mr. Altman?
7     A.    No.
8     Q.    Did you observe Mr. Altman in the store on
9     August 21, 2017?
10    A.    Yes.
11    Q.    Where did you first observe him?
12    A.    I observed him at the serving area.
13    Q.    Do you recall what you served him?
14    A.    No.  I wasn't serving.
15    Q.    When you say you served him at the serving
16    area, you provided coffee for him?
17              MR. VELEZ:  Just note my objection.
18              He said he didn't serve him.
19              MR. ROBERTSON:  Oh, okay.
20    Q.    When did you first observe him on August 21,
21    2017?
22    A.    In the serving area, but I did not serve him.
23    Q.    Oh, you observed him; you didn't serve him.
24    A.    Yes.
25    Q.    My apologies.  I didn't hear you properly.
```

```
 1                       S. AKBAR
 2   A.      That's okay.  That's fine.
 3   Q.      I'm sorry about that.  What was Mr. Altman
 4   doing when you saw him?
 5   A.      He was just waiting.
 6   Q.      Do you know what he was waiting for?
 7   A.      The bathroom.
 8   Q.      Did Mr. Altman order any kind of food or
 9   drink prior to waiting for the bathroom?
10   A.      I believe he bought something to eat.
11   Q.      Did he have that with him prior to waiting
12   in the bathroom area?
13   A.      I don't think so.
14   Q.      To your knowledge, if you know, did
15   Mr. Altman consume the food prior to going to the
16   bathroom area?
17   A.      No.
18   Q.      Was there anyone else with him?
19   A.      No.
20   Q.      How long was he waiting in the bathroom area?
21   A.      I'd say about five minutes.
22   Q.      Was there anyone in the bathroom, to your
23   knowledge?
24   A.      You mean while he was waiting for it?
25   Q.      Yes.
```

Sayeed Akbar
April 15, 2019                                      23

```
 1                    S. AKBAR
 2    A.     Yes.
 3    Q.     Did you observe the person go into the
 4    bathroom?
 5    A.     No.
 6    Q.     Did you observe the person come out of the
 7    bathroom?
 8    A.     No.
 9    Q.     Did you observe Mr. Altman go into the
10    bathroom?
11    A.     No.
12    Q.     Do you have any idea as to how long he was
13    in the bathroom?
14    A.     No.
15    Q.     At some point, did you learn that Mr. Altman
16    had an accident?
17    A.     Yes.
18    Q.     How did you learn that?
19    A.     I saw him stepping out of the bathroom,
20    holding his hip.
21    Q.     Where were you when you made that
22    observation?
23    A.     I was in the back of the house, coming out
24    from the back of the house.
25    Q.     When you say "back of the house," what do
```

```
 1                    S. AKBAR

 2   you mean?

 3   A.      The store, the back of the store.

 4   Q.      Did you say anything to Mr. Altman?

 5   A.      I asked him if he needed any help.

 6   Q.      What did he say to you?

 7   A.      He said that he fell inside the bathroom.

 8   Q.      Anything else?

 9   A.      I asked him if he needed some help.  I got

10   him a chair and I made him an ice pack.  Then I let

11   my shift supervisor take care of it.

12   Q.      Who was your shift supervisor?

13   A.      At that time, it was Natalie.

14   Q.      When you say you let your shift supervisor

15   take care of it, what do you mean?

16   A.      I let her deal with Mr. Altman.

17   Q.      Did you leave the area?

18   A.      Yes.  I resumed my tasks.

19   Q.      What were your tasks?

20   A.      To upkeep the store.

21   Q.      Do you know what time the accident occurred?

22   A.      I don't recall but sometime in the evening.

23   Q.      Had you used that bathroom at all before

24   Mr. Altman?

25   A.      No, but I went in prior just to observe the
```

```
 1                    S. AKBAR
 2   condition of the bathroom.
 3   Q.      When was that?
 4   A.      I would say, approximately, 10 to 15 minutes
 5   prior.
 6   Q.      Would that be before Mr. Altman was waiting
 7   for the bathroom or something else?
 8   A.      I would say before, yes.
 9   Q.      Why did you go into the bathroom at that
10   point?
11   A.      Part of my tasks is to observe and clean the
12   bathroom.
13   Q.      What did you do in terms of observing and
14   cleaning the bathroom when you went into it 10 to 15
15   minutes prior to the accident?
16   A.      I checked all the corners.  I checked to see
17   if there were any leaks.  I checked to see if there
18   was any liquid on the floor.  I made sure the
19   mirrors were clean and the toilet was clean and
20   ready for customer use.
21   Q.      When you say that you checked for leaks,
22   prior to August of 2017, were there leaks in the
23   bathroom?
24   A.      Yes.
25   Q.      Where were the leaks?
```

1               S. AKBAR

2   A.      Around the toilet area.

3   Q.      When did you first observe leaks in the

4   toilet area?

5   A.      I don't recall.

6   Q.      In terms of timeframe, how long before

7   August of 2017 had you first observed leaks in the

8   area of the toilet?

9   A.      About six months.

10  Q.      Did you observe leaks on one occasion or

11  more than one occasion?

12  A.      One occasion.

13  Q.      In terms of the leaking by the toilet, what

14  caused that, to your knowledge?

15  A.      To my knowledge, the base -- the grout that

16  was holding the toilet to the ground was coming off.

17  Q.      Was that condition repaired?

18  A.      Yes, sir.

19  Q.      Do you know who fixed it?

20  A.      No, sir.

21  Q.      Apart from that occasion six months prior to

22  the accident, did you ever observe any other time

23  when there were leaks in the bathroom area?

24  A.      No.

25  Q.      When you observed the bathroom area in the

```
 1                        S. AKBAR
 2   10 to 15 minutes before Mr. Altman went to use the
 3   bathroom, did you observe any water on the ground?
 4   A.      I'm sorry.  Can you say that again?
 5   Q.      When you went into the bathroom area 10 to
 6   15 minutes before Mr. Altman, did you see any water
 7   on the ground?
 8   A.      No, sir.
 9   Q.      Was there any type of written record created
10   with respect to your inspection of the bathroom 10
11   to 15 minutes before Mr. Altman?
12   A.      No, sir.
13   Q.      Is there any type of documentation at all to
14   show that you had looked at the bathroom 10 to 15
15   minutes before Mr. Altman?
16   A.      The task cycle chart.
17   Q.      What about the task cycle chart would show
18   that you had inspected the bathroom 10 to 15 minutes
19   before?
20   A.      There is a paper clip that is used to
21   indicate what part of the cycle the barista is up
22   to.  We use that clip to indicate which location or
23   which area it is that we're working on.
24   Q.      You said it's a paper clip?
25   A.      It's like -- it's very hard to describe.
```

```
 1                         S. AKBAR
 2   It's, kind of, like, a chart and we have a paper
 3   clip attached to it.  We, kind of, run it down.
 4   Q.       That paper clip, I guess, gets reset when
 5   you're done?
 6   A.       Yes.
 7   Q.       To your knowledge, did anyone take a
 8   photograph or anything of the task cycle chart at
 9   the time of Mr. Altman's accident?
10   A.       No.
11   Q.       Is there any type of writing inside the
12   bathroom, like, "a check the box" or anything that
13   would indicate when the bathroom is cleaned or any
14   initials to show who cleaned it or anything like
15   that?
16   A.       No.
17   Q.       Did you ever take any photographs of the
18   bathroom on August 21, 2017?
19   A.       I'm sorry.  One more time?
20   Q.       Did you take any photographs of the bathroom
21   after Mr. Altman's accident?
22   A.       No.
23   Q.       Do you know if anyone else did?
24   A.       No.
25   Q.       When you spoke to Mr. Altman, where was he?
```

Sayeed Akbar
April 15, 2019

29

```
 1                        S. AKBAR
 2   Was he still in the bathroom?  Was he in the
 3   Starbucks itself or somewhere else?
 4   A.      Um --
 5                  MR. VELEZ:  When he first saw him?
 6                  MR. ROBERTSON:  I'm sorry.  I'll
 7           withdraw the question.
 8   Q.      When you observed Mr. Altman and he told you
 9   about injuring his hip, where was he at the time?
10   A.      He had just stepped out of the bathroom into
11   the corner where the door opens into.
12   Q.      Could you see the inside of the bathroom at
13   that time?
14   A.      No.
15   Q.      Did you ever observe the inside of the
16   bathroom after Mr. Altman had used it?
17   A.      Yes.
18   Q.      Was there any water on the ground?
19   A.      Yes, but not a lot.
20   Q.      Where did you see water?
21   A.      I saw it towards the middle of the bathroom.
22   Q.      Looking at Exhibit C, the photograph with
23   the sink depicted in it, was the water that you
24   observed on the ground anywhere shown in Exhibit C?
25   A.      I would say around this area (indicating).
```

```
 1                      S. AKBAR
 2              MR. ROBERTSON:  Counsel, would you
 3          be okay with him making a mark to indicate
 4          where he saw the water?
 5              MR. VELEZ:  No.  I wouldn't like him
 6          to mark the photograph, but we can make a
 7          verbal description of where he just pointed
 8          to.
 9              MR. ROBERTSON:  Okay.
10    Q.    Can you just indicate again where you saw
11    the water?
12    A.    Towards the middle, away from the toilet and
13    the sink (indicating).
14    Q.    Okay.  So towards the middle left portion of
15    the photograph, correct?
16    A.    Yes.
17    Q.    Did you ever observe any water in the area
18    below the sink?
19    A.    No.
20    Q.    Is there anything that's off to the left in
21    the photograph in the area that you were pointing?
22    A.    I'm sorry?
23    Q.    Is there anything else that's off to the
24    left in that area where you were indicating where
25    you saw the water?  In other words, is the toilet
```

```
 1                    S. AKBAR
 2   there or is there another sink there?  Is there a
 3   urinal there or something else?
 4   A.     The toilet is in the upper left corner, but,
 5   as far as I know, there is nothing else there.
 6   There is also a trash can in the bottom left.
 7   Q.     Was there any water in the area of the
 8   toilet?
 9   A.     No.
10   Q.     Do you know how the water came to be in that
11   location?
12   A.     No, sir.
13   Q.     Did you or someone else clean up the water?
14   A.     Yes.
15   Q.     Was it you or was it someone else?
16   A.     I believe it was someone else.
17   Q.     Who cleaned up the water?
18   A.     I don't recall.
19   Q.     Did you observe the person clean up the
20   water?
21   A.     No, sir.
22   Q.     Other than that one discussion that you had
23   with Mr. Altman before you went and got your
24   supervisor, did you speak with him again at all
25   following the accident?
```

1                        S. AKBAR

2    A.      No, sir.

3    Q.      Did you prepare a report following this

4    accident?

5    A.      Yes.

6    Q.      I'm going to show you what was marked as

7    Defendant's Exhibit A of January 29, 2019,

8    Plaintiff's 1 of March 6, 2019 and Plaintiff's 2 of

9    March 6, 2019.  I'll ask you to take a look at these

10   exhibits (handing).

11   A.      (Perusing.)

12   Q.      Did you prepare any of those documents?

13   A.      Yes, sir.

14   Q.      Which one?

15   A.      The middle one.

16              MR. VELEZ:  I'm sorry, counselor.

17         Which one?

18              MR. ROBERTSON:  Noting Plaintiff's

19         Exhibit 1.

20   Q.      Did you have anything to do with either of

21   the other two exhibits?

22   A.      No, sir.

23   Q.      What is Plaintiff's Exhibit 1?

24   A.      It's a written statement from myself.

25   Q.      In the area where it says "name and

```
1                          S. AKBAR
2    signature," is that your name and your signature?
3    A.      Yes, sir.
4    Q.      Did you write that personally or did someone
5    else write it on your behalf?
6    A.      I wrote it.
7    Q.      And Partner Number, what is that?
8    A.      That is the number that is used to indicate
9    our employee -- it's, kind of, our employee ID.
10   Q.      Date and time signed, do you see where it
11   says September 5th?
12   A.      (Perusing) Yes.
13   Q.      Was that the date and time that you signed
14   the document?
15   A.      Yes, sir.
16   Q.      Was that also the date and time that you
17   prepared the document?
18   A.      Yes.
19   Q.      Is there any reason why the document was
20   prepared on September 5th?
21   A.      We were following up on a superior's
22   advisement about the issue.
23   Q.      Who was the superior that you were following
24   up on their advisement?
25   A.      The DM, the district manager.
```

```
1                    S. AKBAR

2    Q.    And who was that?

3    A.    At that time, I believe it was Alvin.

4    Q.    Do you know Alvin's last name?

5    A.    No, sir.

6    Q.    What was Alvin's instruction that you were

7    following up on?

8    A.    To prepare a written report of what occurred

9    during the incident.

10   Q.    Did anyone assist you with the preparation

11   of this report?

12   A.    Jenny helped me fill out the top part.

13   Q.    When you say that Jenny helped you, what did

14   she do?

15   A.    She just told me how to fill it out.

16   Q.    What, specifically, did she do in terms of

17   telling you how to fill it out?

18   A.    Just provided instructions on what to sign

19   and where to sign.

20   Q.    At any point, did Jenny instruct you as to

21   what to say?

22   A.    No.

23   Q.    Looking now at where it says "description of

24   the incident," have you had an opportunity to read

25   that?
```

```
 1                        S. AKBAR
 2   A.      Yes.
 3   Q.      Do you see in the first sentence where it
 4   references saying "the entire floor was wet"?
 5   A.      Yes.
 6   Q.      Did anyone tell you to say that?
 7   A.      No, sir.
 8   Q.      Earlier, you testified and you indicated
 9   that the only water that you observed was to the
10   left portion of the photograph.
11   A.      Mm-hmm.
12   Q.      In the statement, it says "the entire floor
13   was wet."  What did you mean by "the entire floor
14   was wet"?
15   A.      I meant the middle portion of the floor.
16   Q.      Is there any reason why you didn't say the
17   middle portion of the floor?
18   A.      Perhaps, because I was trying to get back to
19   my tasks and the report was written a little hastily.
20   Q.      You understood the importance of the
21   accident report when you were making it, correct?
22   A.      Yes.
23   Q.      And it would be important that the accident
24   report be as accurate as possible, correct?
25   A.      Yes, sir.
```

1                       S. AKBAR

2    Q.     The second sentence where you said that you

3    "presumed it was a leak from the toilet."  Do you

4    see that?

5    A.     Yes.

6    Q.     Whey did you presume that it was a leak from

7    the toilet?

8    A.     Because that had happened six months prior.

9    Q.     You said that you "thought about it and you

10   checked."  When did you check for the leak?

11   A.     I checked after Mr. Altman came out.

12   Q.     How long after he came out?

13   A.     After he was taken away by the paramedics.

14   Q.     In terms of timeframe, how long would that

15   be?

16                  MR. VELEZ:  After the accident?

17                  MR. ROBERTSON:  Yes.

18   A.     I would say about 10 or 15 minutes later.

19   Q.     Was there anyone with you at the time?

20   A.     No, sir.

21   Q.     The next sentence, again, you say "it was

22   strange that the entire floor was wet."  Do you see

23   that?

24   A.     Yes.

25   Q.     Why was it strange that the entire floor was

```
 1                        S. AKBAR
 2   wet?
 3   A.      Because I had checked the bathroom 15 to 20
 4   minutes prior to the incident and the floor was dry.
 5   Q.      Again, now, with respect to the use of the
 6   term "entire floor was wet," is there any reason why
 7   you didn't, at that point, indicate that the portion
 8   of the floor that you're referring to was that
 9   portion that you indicated in the photograph?
10   A.      I'm sorry.  One more time?
11                  MR. ROBERTSON:  Can you repeat that
12           question for me?
13                  (Whereupon, the record was read by
14           the reporter.)
15                  MR. VELEZ:  Just note my objection.
16           You can answer the question if you know what
17           he's asking you.
18   Q.      Do you understand what I'm saying?
19   A.      I do, but, once again, it was due to the
20   fact that this report was written very hastily, and,
21   "entire floor," I referenced in my head that it was
22   the middle portion of the flcor, the main part of
23   the floor.
24   Q.      Again, now, with respect to the second time
25   that the term "entire floor" was used, with respect
```

```
 1                         S. AKBAR
 2   to this portion here, you were, again, aware of the
 3   importance that the report be as accurate as
 4   possible, correct?
 5   A.       At the time of me writing the report, no,
 6   not really.
 7   Q.       What were your thoughts with respect to the
 8   accuracy of the report at the time that you were
 9   drafting it?
10                 MR. VELEZ:  Just note my objection.
11            You can answer it.
12   A.       I'm not sure I understand that question.
13   Q.       Okay.  Just now, I asked whether or not it
14   was important or would it be important that the
15   report be as accurate as possible.  The first time
16   you indicated yes and said that the report was
17   written in haste.  Again, the second time, now,
18   we're discussing the second use of the term "entire
19   floor" being wet in the report.  So I'm just asking
20   you the same set of follow-up questions again.
21   Would it have been important that the report be as
22   accurate as possible, even now, with respect to the
23   second time that you're using the term?
24   A.       Yes, sir.
25   Q.       Your answer is "yes"?
```

```
1                      S. AKBAR

2   A.      Mm-hmm.

3   Q.      I'm sorry.  You can't say "mm-hmm."  For the

4   record, was your answer "yes"?

5   A.      Yes.

6   Q.      The second to last sentence, it says there

7   that you "assume that someone had spilled a lot of

8   water on the floor."  Do you see that?

9   A.      Yes.

10  Q.      Why did you make that assumption?

11  A.      Usually, customers will shake their hands

12  when they wash them or splash their face with water.

13  I assumed that they had just missed the sink.

14  Q.      Could it also have been, based on your

15  observation, water on the flcor from one of the

16  homeless people that you described earlier?

17                  MR. VELEZ:  Just note my objection.

18  A.      No.

19  Q.      Why is that?

20  A.      There were no homeless people in the store

21  at that time.

22  Q.      Did you observe all of the customers

23  entering the store prior to Mr. Altman?

24  A.      No, sir.

25  Q.      The portion of the report entitled "complete
```

```
 1                    S. AKBAR
 2   explanation/detail of the incident," was that all in
 3   your handwriting?
 4   A.      Yes.
 5   Q.      Did anyone assist you with that portion of
 6   the report?
 7   A.      (Perusing) No, sir.
 8   Q.      Looking at the signature there, is that your
 9   signature?
10   A.      (Perusing) Yes, sir.
11   Q.      Did anyone assist you with the signature?
12   A.      No.
13   Q.      Where it says "one of one," does that mean
14   that this is the only document that you created?
15   A.      Yes, sir.
16   Q.      Other than the photographs that we've marked
17   today, did you observe any other photographs with
18   respect to this incident?
19   A.      No, sir.
20   Q.      Did you review the video of Mr. Altman and
21   this incident?
22   A.      Yes.
23   Q.      When did you do that for the first time?
24   A.      I would say a couple of months ago.
25   Q.      What were the circumstances under which you
```

```
 1                        S. AKBAR
 2  were doing so?  Was that with your attorneys or was
 3  that internal within Starbucks or something else?
 4  A.       It was with my attorneys.
 5  Q.       The video that you observed of Mr. Altman,
 6  did it fairly and accurately depict Mr. Altman in
 7  the Starbucks?
 8  A.       I'm sorry.  One more time?
 9  Q.       The video of Mr. Altman that you observed,
10  did it fairly and accurately depict Mr. Altman in
11  the Starbucks?
12  A.       Yes.
13  Q.       Did you see the customer enter the bathroom
14  before Mr. Altman in the video?
15  A.       No, sir.
16              MR. ROBERTSON:  Can I get this
17          marked?
18              (Whereupon, play cards that
19          Starbucks employees use to indicate what
20          they have to do, what type of tasks that
21          need to be performed in closing up the store
22          for the night, and in order to upkeep the
23          store was marked as Plaintiff's Exhibit 1,
24          for identification, as of this date.)
25  Q.       I'm showing you what we have marked as
```

| 1 | S. AKBAR |
| 2 | Plaintiff's Exhibit 1 as of today's date (handing). |
| 3 | Do you know what that document is? |
| 4 | A. (Perusing) Yes, sir. |
| 5 | Q. What is it? |
| 6 | A. These are the play cards that we use to |
| 7 | indicate what we have to do, what type of tasks we |
| 8 | have to do to, kind of, close up the store for the |
| 9 | night and as far as upkeeping the store. |
| 10 | Q. Are those tasks done on a daily basis, an |
| 11 | hourly basis, or something else? |
| 12 | A. Yes, sir. It's indicated on the top from |
| 13 | what times we have to, kind of, check these areas or |
| 14 | we have to accomplish whatever task it says in that |
| 15 | timeframe that is listed on the top. |
| 16 | Q. Are there also photographs and diagrams that |
| 17 | instruct as to how the tasks are to be completed? |
| 18 | A. Yes, sir. |
| 19 | Q. Did you ever review that document prior to |
| 20 | today's date? |
| 21 | A. Yes. |
| 22 | Q. When did you review it for the first time? |
| 23 | A. The first time ever? |
| 24 | Q. Yes. |
| 25 | A. When they first started using the play |

```
 1                          S. AKBAR
 2   cards; so I would say a year and a half ago.
 3   Q.      You said they first started using them about
 4   a year and a half ago?
 5   A.      Yes, sir.
 6   Q.      Would that be before or after August of 2017?
 7   A.      Before.
 8   Q.      It was before August of 2017?
 9   A.      Yes.
10   Q.      Would you follow those procedures as
11   outlined in those cards each time you went ahead
12   with the cleaning or inspecting of the store?
13   A.      Yes, sir.
14               MR. ROBERTSON:  Thank you.  I have
15           no further questions at this time.
16               MR. VELEZ:  I just have three
17           follow-ups.
18               MR. ROBERTSON:  Sure.  Let me just
19           put a real quick thing down.  I'm just going
20           to request that a search be performed and
21           that copies of any of the photographs taken
22           that were passed along to the managers
23           depicting water on the floor prior to August
24           of 2017 be provided.  Also, Helen's last
25           name, if that could be provided as well.
```

```
 1                         S. AKBAR
 2                MR. VELEZ:  We'll take it under
 3           advisement.  We just ask that you follow up
 4           in writing.
 5                MR. ROBERTSON:  Sure.
 6  CONTINUED EXAMINATION BY
 7  MR. VELEZ:
 8  Q.     On August 21st of 2017, did you receive any
 9  complaints from anyone before the accident regarding
10  water on the floor of the bathroom?
11  A.     Yes, sir.
12  Q.     On the day of the accident, did you
13  receive --
14  A.     Oh, no, no.
15  Q.     Let me just get the question out on the
16  record.  On August 21st of 2017, did you receive any
17  complaints from anyone before the accident regarding
18  water on the bathroom floor?
19  A.     No.
20  Q.     Before the accident on August 21st of 2017,
21  did you receive any prior complaints from anyone
22  regarding homeless individuals using the bathroom in
23  the Starbucks store?
24                MR. ROBERTSON:  Objection.
25  A.     On the date of?
```

```
 1                        S. AKBAR

 2    Q.     On the date of?

 3    A.     No.

 4    Q.     Are you aware of any prior accidents

 5    involving water in the bathroom of the Starbucks

 6    before August 21st of 2017?

 7    A.     No, sir.

 8                  MR. VELEZ:   That's all I have.

 9                  MR. ROBERTSON:   Thank you.

10                     (Time Noted:   5:30 p.m.)

11

12

13

14                    SAYEED AKBAR

15

16

17

18    Subscribed and sworn to before me

19    this      day of          2019.

20

21

22    _____

23           Notary Public

24

25
```

1                    I N D E X

2

3    WITNESS              EXAMINATION BY          PAGE

4    Mr. Akbar            Mr. Robertson          4

5                        Mr. Velez              44

6

7                        EXHIBITS

8    PLAINTIFF'S  DESCRIPTION                    PAGE

9    1            Play cards that Starbucks

10                employees use to indicate what

11               they have to do, what type of

12               tasks that need to be performed

13               in closing up the store for the

14               night, and in order to upkeep

15               the store                       41

16   * Exhibit retained by plaintiff's counsel.

17

18                REQUESTS FOR PRODUCTION

19   DESCRIPTION                                 PAGE

20   Copies of any of the photographs taken

21   that were passed along to the managers

22   depicting water on the floor prior to

23   August of 2017                              43

24

25   The last name of Helen, the Starbucks manager 43

1            C E R T I F I C A T E

2

3            I, AUDREY A. GLADITSCH, hereby certify that

4    the Examination Before Trial of SAYEED AKBAR was

5    held before me on the 15th day of April, 2019; that

6    said witness was duly sworn before the commencement

7    of his testimony; that the testimony was taken

8    stenographically by myself and then transcribed by

9    myself; that the party was represented by counsel as

10   appears herein;

11           That the within transcript is a true record

12   of the Examination Before Trial of said witness;

13           That I am not connected by blood or

14   marriage with any of the parties; that I am not

15   interested directly or indirectly in the outcome of

16   this matter; that I am not in the employ of any of

17   the counsel.

18           IN WITNESS WHEREOF, I have hereunto set my

19   hand this 24th day of April, 2019.

20

21

22

23           _____
                   AUDREY A. GLADITSCH

24

25

```
1                         ERRATA SHEET

2    CASE NAME:  PETER ALTMAN v. STARBUCKS CORPORATION

3    DATE OF DEPOSITION:  April 15, 2019

4    WITNESS'S NAME:  SAYEED AKBAR

5    PAGE   LINE(S)   CHANGE            REASON

6    ____|_____|_____|_____

7    ____|_____|_____|_____

8    ____|_____|_____|_____

9    ____|_____|_____|_____

10   ____|_____|_____|_____

11   ____|_____|_____|_____

12   ____|_____|_____|_____

13   ____|_____|_____|_____

14   ____|_____|_____|_____

15   ____|_____|_____|_____

16   ____|_____|_____|_____

17

18

19                                SAYEED AKBAR

20

21   SUBSCRIBED AND SWORN TO BEFORE ME

22   THIS ____ DAY OF _____, 20__.

23

24   _____        _____

25   (NOTARY PUBLIC)            MY COMMISSION EXPIRES:
```

Sayeed Akbar
April 15, 2019

1

**1**

**1** 32:8,19,23 41:23
**10** 25:4,14 27:2,5,
 10,14,18 36:18
**11377** 4:12
**11:30** 8:10,11
**14** 7:4
**15** 7:4 25:4,14
 27:2,6,11,14,18
 36:18 37:3

**2**

**2** 32:8
**20** 7:10 9:22 37:3
**2015** 6:24,25 13:12
**2017** 7:5,9 8:3,5
 13:3 17:17 18:3
 19:6,13,22 20:7,15,
 21 21:5,9,21 25:22
 26:7 28:18
**2018** 18:9
**2019** 6:6 32:7,8,9
**21** 13:3 18:3 19:6,
 22 20:7,15,21 21:5,
 9,20 28:18
**25** 7:10
**29** 18:9 32:7

**3**

**30** 9:22
**3:00** 8:9,11

**5**

**51-06** 4:11
**5th** 33:11,20

**6**

**6** 32:8,9

**A**

**A-K-B-A-R** 4:9

**ability** 8:19
**accept** 4:14
**accident** 20:9 23:16
 24:21 25:15 26:22
 28:9,21 31:25 32:4
 35:21,23 36:16
**accidents** 18:4
**accuracy** 38:8
**accurate** 18:21 19:8
 35:24 38:3,15,22
**accurately** 41:6,10
**action** 4:20
**addition** 7:19
**address** 4:10,11,15
**advise** 11:9 14:2
 15:10 16:24 17:24
**advisement** 33:22,24
**advising** 14:9,21
**afternoon** 4:18
**Akbar** 4:9,18 5:1
 6:1 7:1 8:1 9:1
 10:1 11:1 12:1 13:1
 14:1 15:1 16:1 17:1
 18:1 19:1 20:1 21:1
 22:1 23:1 24:1 25:1
 26:1 27:1 28:1 29:1
 30:1 31:1 32:1 33:1
 34:1 35:1 36:1 37:1
 38:1 39:1 40:1 41:1
**Altman** 4:20 20:12,
 14,20 21:6,8 22:3,
 8,15 23:9,15 24:4,
 16,24 25:6 27:2,6,
 11,15 28:25 29:8,
 16 31:23 36:11
 39:23 40:20 41:5,
 6,9,10,14
**Altman's** 28:9,21
**Alvin** 34:3
**Alvin's** 34:4,6
**amount** 7:6
**amounts** 13:23 19:16
**apologies** 21:25
**appears** 19:3
**approximately** 6:4,
 24 7:4,10 8:9 9:22
 25:4
**area** 10:13 12:17
 19:19,20 21:12,16,
 22 22:12,16,20
 24:17 26:2,4,8,23,

25 27:5,23 29:25
 30:17,21,24 31:7
 32:25
**assigned** 8:25
**assigning** 8:18
**assist** 34:10 40:5,
 11
**assume** 39:7
**assumed** 39:13
**assumption** 39:10
**attached** 28:3
**attorneys** 41:2,4
**August** 7:5,8 8:2,5
 13:3 17:17 18:3
 19:5,13,22 20:7,15,
 21 21:5,9,20 25:22
 26:7 28:18
**Avenue** 11:20
**aware** 13:3 38:2

**B**

**baby-changing** 19:10
**back** 7:5 8:2 12:14
 15:17 19:5,13
 23:23,24,25 24:3
 35:18
**barista** 6:22 7:2,22
 8:14,20 9:5 27:21
**base** 26:15
**based** 39:14
**bathroom** 12:11,13,
 16,18,21,23 13:4,
 15,16,20 14:3,9,17,
 22 15:2,19 17:18
 18:2,5,6,18,19,22
 19:9 22:7,9,12,16,
 20,22 23:4,7,10,13,
 19 24:7,23 25:2,7,
 9,12,14,23 26:23,
 25 27:3,5,10,14,18
 28:12,13,18,20
 29:2,10,12,16,21
 37:3 41:13
**bathrooms** 12:15
**begin** 6:23
**behalf** 33:5
**beneath** 19:21
**beverages** 7:23,24
**birth** 5:15

Sayeed Akbar
April 15, 2019

2

blank  10:25
booklet  10:17
bottom  31:6
bought  22:10
Boulevard  4:12
  11:20 12:5
box  28:12
break  5:9
brought  4:21
bucket  20:3,5

#### C

called  10:3,4
camera  15:12,14,15,
  22
cameras  12:9
cards  41:18
care  17:5,25 24:11,
  15
caused  26:14
CCTV  15:16
center  12:6,7
certificates  6:11
chair  24:10
change  7:6
changed  7:7
charge  9:19
chart  10:4,18
  27:16,17 28:2,8
check  28:12 36:10
checked  25:16,17,21
  36:10,11 37:3
circumstances  40:25
clean  7:25 17:23
  19:23,25 25:11,19
  31:13,19
cleaned  9:20 10:14
  28:13,14 31:17
cleaner  8:21
cleaning  8:15 9:4,
  7,9,11,13,16,24
  10:21 11:7,10,13
  25:14
client  20:12
clip  27:20,22,24
  28:3,4
closing  8:8 41:21
coffee  6:17 21:16

college  5:20
Company  6:17
complete  6:3 8:19
  39:25
completed  11:2
completion  6:11
conclusion  13:19
condition  25:2
  26:17
confirm  15:4
consume  22:15
convicted  6:19
copious  13:23 19:16
corner  29:11 31:4
corners  25:16
correct  30:15
  35:21,24 38:4
Counsel  30:2
counselor  4:13
  32:16
couple  40:24
courses  6:12
court  4:24 5:5
created  27:9 40:14
crime  6:19
critically  8:17
customer  12:20
  25:20 41:13
customer-ready  7:25
customers  39:11,22
cycle  10:5,6,11,12,
  15,19,24 11:3,7
  27:16,17,21 28:8

#### D

date  5:15 33:10,13,
  16 41:24
day  8:21,22,24
days  7:11,12,13,14
deal  24:16
Defendant's  18:8
  19:2 32:7
degrees  6:10
deleted  17:8,9
delivering  7:23
depending  16:11
depict  41:6,10
depicted  18:14

29:23
depiction  19:8
depictions  18:21
deposition  8:3
describe  27:25
description  30:7
  34:23
determined  8:15,16
digital  15:15
discussing  38:18
discussion  21:6
  31:22
district  33:25
DM  33:25
document  9:8,12,24
  33:14,17,19 40:14
documentation  27:13
documenting  14:25
documents  32:12
door  12:23 29:11
drafting  38:9
drink  22:9
dry  37:4
due  37:19
duly  4:2
duties  7:21 10:13

#### E

earlier  35:8 39:16
eat  22:10
education  5:19
electronic  9:24
else's  15:24
employed  4:16 6:14,
  16 16:7
employee  11:9 13:25
  33:9
employees  41:19
employment  14:15
  15:7
entail  10:8
enter  41:13
entering  39:23
entire  5:4 8:21
  35:4,12,13 36:22,
  25 37:6,21,25 38:18
entitled  39:25

Sayeed Akbar
April 15, 2019

3

entrances  11:21
evening  24:22
event  4:15
EXAMINATION  4:6
examined  4:3
excess  20:6
Exhibit  19:2 29:22,
 24 32:7,19,23 41:23
exhibits  18:9
 32:10,21
explanation/detail
 40:2

**F**

face  20:17,19 21:3
 39:12
fact  37:20
fair  18:21 19:8
fairly  41:6,10
fall  18:4
familiar  21:2
feed  15:17
fell  24:7
female  16:5,14
fill  11:2 34:12,15,
 17
final  14:7
fine  22:2
finish  5:3
finished  11:10,13
firm  4:19
fixed  26:19
floor  13:24 17:18
 19:15,16,23 25:18
 35:4,12,13,15,17
 36:22,25 37:4,6,8,
 21,22,23,25 38:19
 39:8,15
follow  10:19
follow-up  38:20
food  22:8,15
Friday  7:15,19
front  12:4
full-time  6:8,9

**G**

gate  12:4

generally  8:4
gestures  4:25
Good  4:18
graduating  6:6
grooming  13:17,20
 14:3,10,17,22 15:2
 17:25 18:6
ground  14:25 26:16
 27:3,7 29:18,24
grout  26:15
guess  19:10 28:4
Guzman  4:19

**H**

hair  13:22
hand  4:25
handing  18:10,25
 32:10
hands  39:11
handwriting  40:3
happen  15:5
happened  36:8
happy  5:8
hard  27:25
Harlem  5:24
haste  38:17
hastily  35:19 37:20
head  4:25 37:21
hear  21:25
Helen  16:18,21,23
 17:2,9,15,20
Helen's  16:19
helped  34:12,13
highest  5:19
hip  23:20 29:9
holding  23:20 26:16
homeless  13:4,14,20
 14:2,9,16,19,20
 15:2 17:18,24 18:5
 39:16,20
hooked  15:16
Hospital  5:24
hours  7:3,4,6,8
 8:2,7
house  23:23,24,25

**I**

ice  24:10
ID  33:9
idea  23:12
identification
 41:24
Imaging  5:24
importance  35:20
 38:3
important  35:23
 38:14,21
incident  34:9,24
 37:4 40:2,18,21
indicating  19:20
 29:25 30:13,24
individuals  17:24
information  11:2
initials  28:14
injuring  29:9
inside  12:25 17:25
 24:7 28:11 29:12,
 15
inspect  9:15,21
inspected  27:18
inspection  27:10
instruct  34:20
instruction  34:6
instructions  5:13
 34:18
internal  41:3
issue  33:22

**J**

January  18:9 32:7
Jenny  34:12,13,20
job  6:21,25

**K**

kind  10:12,25 22:8
 28:2,3 33:9
knowledge  9:15
 13:16 19:17 22:14,
 23 26:14,15 28:7
Krentsel  4:19
Kurt  4:18

**L**

lead  13:19
leak  36:3,6,10
leaking  26:13
leaks  25:17,21,22,
  25 26:3,7,10,23
learn  23:15,18
leave  8:9 24:17
left  30:14,20,24
  31:4,6 35:10
level  5:19
liquid  25:18
live  15:17
lived  20:22
located  11:17,19,24
  12:13
location  19:6 27:22
  31:11
lock  12:23
long  5:10 9:20
  22:20 23:12 26:6
  36:12,14
longer  4:15
looked  19:9 27:14
lot  29:19 39:7

**M**

made  23:21 24:10
  25:18
main  37:22
make  7:25 10:13
  30:6 39:10
making  7:24 30:3
  35:21
male  16:5,6,13
manager  15:4,8
  16:16 33:25
March  32:8,9
mark  30:3,6
marked  18:8 32:6
  40:16 41:17,23,25
meant  10:23 11:6
  35:15
mess  17:23
met  20:14
middle  18:24 29:21
  30:12,14 32:15

35:15,17 37:22
minutes  9:22 22:21
  25:4,15 27:2,6,11,
  15,18 36:18 37:4
mirrors  25:19
missed  39:13
mm-hmm  35:11 39:2,3
Monday  7:18
Mondays  7:16
month  13:10,15
months  6:5 14:14
  15:6 26:9,21 36:8
  40:24
mop  20:2

**N**

Natalie  24:13
needed  9:5,6 24:5,9
neighborhood  20:22
  21:3
night  41:22
nods  4:25
Northern  4:11 11:19
  12:5
Notary  4:2
note  21:17 37:15
  38:10 39:17
notes  9:12 10:23
Noting  19:21 32:18
number  33:7,8

**O**

objection  21:17
  37:15 38:10 39:17
observation  23:22
  39:15
observe  14:8 16:2
  18:4 21:8,11,20
  23:3,6,9 24:25
  25:11 26:3,10,22
  27:3 29:15 30:17
  31:19 39:22 40:17
observed  14:12
  16:10 21:12,23
  26:7,25 29:8,24
  35:9 41:5,9
observing  25:13

occasion  26:10,11,
  12,21
occur  13:6
occurred  20:9 24:21
  34:8
October  6:4,6
offense  6:18
open  5:10
opens  29:11
opportunity  34:24
order  12:18,20
  15:20 22:8 41:22
organize  10:13

**P**

p.m.  8:11
pack  24:10
pages  10:25
paper  27:20,24
  28:2,4
paramedics  36:13
part  10:23 11:7
  25:11 27:21 34:12
  37:22
part-time  6:8
Partner  33:7
pass  12:17
paying  12:20
people  13:4 14:2,
  16,19,20,21 18:5
  39:16,20
performed  41:21
person  14:9,18
  16:7,9,13 17:18
  23:3,6 31:19
personal  15:24,25
  16:3
personally  33:4
persons  14:18
pertain  8:4
Perusing  18:11
  32:11 33:12 40:7,
  10
Peter  4:20 20:12
phone  15:14,22,24,
  25 16:3 17:8
photograph  19:3,5
  28:8 29:22 30:6,15,
  21 35:10 37:9

photographs  9:8
  11:6 14:24 15:9
  16:16 17:2,3,5,7,
  10,13,16 18:15
  28:17,20 40:16,17
photos  15:21 16:23
picture  15:3,22
pictures  15:19
  16:3,10
Plaintiff's  32:8,
  18,23 41:23
play  41:18
point  23:15 25:10
  34:20 37:7
pointed  30:7
pointing  30:21
policy  17:12
portion  30:14
  35:10,15,17 37:7,
  9,22 38:2 39:25
  40:5
posted  14:21
pre-dating  17:17
preparation  34:10
prepare  32:3,12
  34:8
prepared  33:17,20
present  20:9
presume  36:6
presumed  36:3
prior  13:3 18:3
  19:22 20:14,21 21:5
  22:9,11,15 24:25
  25:5,15,22 26:21
  36:8 37:4 39:23
problem  5:12
procedure  17:12
process  10:24 14:13
programs  6:11
properly  10:14
  21:25
provide  4:14
provided  21:16
  34:18
public  4:2 12:22
purposes  8:3 13:17,
  21 14:3,10,17,22
  15:2 18:5
put  5:16

### Q

question  5:2,4,7,
  10,11 11:5,11 29:7
  37:12,16 38:12
questions  4:22,24
  8:4 38:20

### R

Radiology  5:22
rarely  13:7,8
read  34:24 37:13
ready  18:12 25:20
reason  33:19 35:16
  37:6
recall  7:16 16:4,15
  20:25 21:13 24:22
  26:5 31:18
recognize  20:17
  21:2
record  4:8,10 5:17
  27:9 37:13 39:4
referenced  37:21
references  35:4
referring  37:8
repaired  26:17
repeat  37:11
repeated  5:7
rephrased  5:7
report  32:3 34:8,11
  35:19,21,24 37:20
  38:3,5,8,15,16,19,
  21 39:25 40:6
reporter  4:24 5:5
  37:14
represent  4:20
reset  28:4
respect  4:22 9:11
  10:20 11:5,25 13:14
  14:16 15:18 27:10
  37:5,24,25 38:7,22
  40:18
responses  4:23
responsibilities
  7:21 17:25
responsible  7:23
  8:17

result  18:5
resumed  24:18
review  40:20
rid  17:4,7
Robertson  4:7,13,19
  5:16 21:19 29:6
  30:2,9 32:18 36:17
  37:11 41:16
run  28:3

### S

S-A-Y-E-E-D  4:9
Saturday  7:15,19
Sayeed  4:9
School  5:24
Sciences  5:25
send  15:4
sentence  35:3 36:2,
  21 39:6
September  33:11,20
serve  21:18,22,23
served  21:13,15
service  4:14
serving  12:17
  21:12,14,15,22
set  7:11,13 8:13,
  14,24 9:3,4 38:20
shake  39:11
shift  8:16 9:19,20
  11:12 14:6,8 15:3,
  20,23,25 17:15
  24:11,12,14
shifts  8:8
shopping  12:6,7
show  18:19 27:14,17
  28:14 32:6
showed  17:17
showing  18:8 41:25
shown  29:24
sign  14:21 34:18,19
signature  33:2
  40:8,9,11
signed  33:10,13
sink  13:23 19:3,5,
  6,9,17,19,21 29:23
  30:13,18 31:2 39:13
sir  6:7,15 9:10,14
  10:7 14:4,11,23
  18:7,16,20 19:4,12

26:18,20 27:8,12
31:12,21 32:2,13,
22 33:3,15 34:5
35:7,25 36:20 38:24
39:24 40:7,10,15,
19 41:15
**situation** 8:18
16:12 17:5
**slip** 18:4
**sort** 13:23
**speak** 20:23 31:24
**speaking** 5:6
**special** 15:14
**specifically** 15:18
34:16
**spilled** 39:7
**spit** 13:23
**splash** 39:12
**spoke** 28:25
**squeeze** 20:6
**stand** 19:10
**Starbucks** 4:11,21
6:17,21,23 9:23
11:9,17,22 12:8,9,
11 13:25 15:12
16:7,21 17:3,12
18:18,19,22 20:7,
24 29:3 41:3,7,11,
19
**started** 13:11
**State** 4:3,8,10
**statement** 32:24
35:12
**stepped** 29:10
**stepping** 23:19
**steps** 15:10 16:24
**store** 7:24 8:18
9:7,12 10:14,21
11:25 12:4,14 17:2,
3,10 20:10 21:8
24:3,20 39:20,23
41:21,23
**strange** 36:22,25
**student** 5:20 6:8,9
**study** 5:21 6:3
**studying** 5:23
**Sunday** 7:15,19
**superior** 33:23
**superior's** 33:21
**supervisor** 8:16
9:19,21 11:12 14:6,

8 15:3,20 16:2
24:11,12,14 31:24
**supervisor's** 15:23,
25
**supervisors** 17:16
**sworn** 4:2
**system** 9:23 10:3

---

## T

**taking** 11:5 15:18
16:2,10
**task** 8:25 10:4,6,
11,12,15,19,24
11:2,7 27:16,17
28:8
**tasks** 8:18 24:18,19
25:11 35:19 41:20
**telling** 17:21 34:17
**ten** 13:9
**term** 37:6,25 38:18,
23
**terms** 9:7 10:10,20
17:21 25:13 26:6,
13 34:16 36:14
**testified** 4:3 35:8
**thinking** 8:17
**third-year** 5:20
**thought** 36:9
**thoughts** 38:7
**time** 5:2,6,9 8:13,
14 9:2 14:12 16:18
24:13,21 26:22
28:9,19 29:9,13
33:10,13,16 34:3
36:19 37:10,24
38:5,8,15,17,23
39:21 40:23 41:8
**timeframe** 26:6
36:14
**times** 5:4 8:23,24
9:3,4 13:9,10,15,
22
**title** 6:21,25
**today** 40:17
**toilet** 19:18 25:19
26:2,4,8,13,16
30:12,25 31:4,8
36:3,7
**told** 29:8 34:15

**top** 34:12
**training** 6:11
**trash** 31:6
**type** 9:23 14:21
27:9,13 28:11 41:20
**types** 6:10

---

## U

**understand** 5:13
10:9 11:11 37:18
38:12
**understood** 35:20
**upkeep** 24:20 41:22
**upkeeping** 7:24
**upper** 31:4
**urinal** 31:3

---

## V

**VELEZ** 4:17 19:21
21:17 29:5 30:5
32:16 36:16 37:15
38:10 39:17
**verbal** 4:24 30:7
**Verbally** 11:16
**video** 40:20 41:5,9,
14

---

## W

**waiting** 22:5,6,9,
11,20,24 25:6
**walk** 12:7,8
**wash** 39:12
**water** 13:24 14:25
15:19 17:17 19:15,
16,23 20:6 27:3,6
29:18,20,23 30:4,
11,17,25 31:7,10,
13,17,20 35:9 39:8,
12,15
**ways** 11:23
**Wednesday** 7:18
**Wednesdays** 7:16
**week** 7:3,8,11
**wet** 35:4,13,14
36:22 37:2,6 38:19
**Whey** 36:6

**withdraw**  29:7
**Woodside**  4:12
  11:19,20
**words**  10:24 30:25
**work**  7:3,5,8,12,14,
  18 8:2,7,8,20 9:4,
  16,21 11:17
**worked**  7:11 8:13
**working**  6:23 13:11
  27:23
**write**  33:4,5
**writing**  28:11 38:5
**written**  10:15 27:9
  32:24 34:8 35:19
  37:20 38:17
**wrote**  33:6

---
### X
---

**XX-XX-1995**  5:18

---
### Y
---

**year**  5:17
**years**  6:2
**York**  4:3,12